AO 4440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**Northern District of California**

| | |
|---|---|
| **Boyd Real Property LLC** | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| **The Mario Juarez Selling Team (form of entity unknown); )** | |
| **Mario Juarez, an individual; The Neal Juarez LLC,** | ) |
| a California limited liability company; | ) |
| **Verdes Bio Fuel Company** (form of entity unknown): | ) |
| **American First Financial Corp.** a California corporation; | ) |
| **Fireside California Group,** a California corporation; | ) |
| **Francis Mabel Nunez,** an individual; | ) |
| **Erika Jorndening,** an individual; | ) |
| **Edwin Ramirez,** an individual; | ) |
| **Jimena Olmos,** an individual; **Jennifer Juarez,** an individual;) | |
| **Jose Ontiveros,** an individual; **Dario Laza,** an individual, | ) |
| **Fernando "El Carinoso" Martinez;** an individual, | ) |
| **Will Jimenez,** an individual, | ) |
| **Adalberto "TITO" Gutierrez,** an individual, | ) |
| **Bernardo Villafuerte,** an individual, | ) |
| **Carmen Acosta,** an individual, | ) |
| **Delia Dorantes,** an individual, **Eleyna Felix,** an individual, | ) |
| **Enedina "Dina" Munguia,** an individual, | ) |
| **Ezequiel Zarate,** an individual, | ) |
| **Frank Coello,** an individual, **Gaberiel Ortiz,** an individual | ) |
| **Irma Reynoso,** an individual, **Jonathan Izazaga,** individual, ) | |
| **Rosa Valencia,** an individual, **Rosalia Negron,** an individual, ) | |
| **Sonia Dominguez,** an individual, | ) |
| **Stephanie Candevan,** an individual, **Sue Mei,** an individual, ) | |
| **Wilfred Negron,** an individual | |
| **Does 1-10.** | |
| *Defendant* | ) |

**EMC**

Civil Action No.

**C10-03142**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**The Mario Juarez Selling Team; Mario Juarez, an individual; The Neal Juarez LLC, Verdes Bio Fuel Company American First Financial Corp.; Fireside California Group, Francis Mabel Nunez, Edwin Ramirez, Jimena Olmos, Jennifer Juarez, Jose Ontiveros, Dario Laza, Fernando "El Carinoso" Martinez; Will Jimenez, Adalberto "TITO" Gutierrez, Bernardo Villafuerte, Carmen Acosta, Delia Dorantes, Eleyna Felix, Enedina "Dina" Munguia, Ezequiel Zarate, Frank Coello, Gaberiel Ortiz, Irma Reynoso, Jonathan Izazaga, Rosa Valencia, Rosalia Negron, Sonia Dominguez, Stephanie Candevan, Sue Mei, Wilfred Negron,** 4030A International Blvd Oakland, CA 94601
**Erika Jorndening,** an individual 1376 De Dolo Dr. Pacifica, CA 94044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUL 1 9 2010**

*CLERK OF COURT*
**CLARA PIERCE**
*Signature of Clerk or Deputy Clerk*