Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL AND
THE MARIO JUAREZ SELLING TEAM

Law Offices of Erica Jordening
Erika Jordening
1376 De Solo Dr
Pacifica, CA 94044
(415) 706-2930
ejordening@gmail.com

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL AND
THE MARIO JUAREZ SELLING TEAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jorndening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario | Case No.: 3:10-cv-03142-EMC<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE OF ASSOCIATION OF COUNSEL
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

| | |
|---|---|
| 1 | Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual, Adelberto "TITO" Gutierrez, an individual, Bernardo Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an individual, Gaberiel Ortiz, an individual, Irma Reynoso, an individual, Johnathan Izazaga, an individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Defendants. |

PLEASE TAKE NOTICE THAT defendants MARIO JUAREZ, an individual, and THE MARIO JUAREZ SELLING TEAM, by and through their attorney of record, Erika Jordening, hereby associate Sara B. Allman of Allman & Nielsen, P.C. as co-counsel of record for defendants MARIO JUAREZ, an individual, and THE MARIO JUAREZ SELLING TEAM. The address of record for Allman & Nielsen, P.C., is 100 Larkspur Landing Cir., Suite 212, Larkspur, CA 94939, telephone: (415) 461-2700, facsimile: (415) 461-2726. All pleadings, discovery, responses, notices, correspondence and other matters in this action should be served on Ms. Allman and she should be added to each party's service list.

The undersigned consents to the above association.

Dated: 8/16/2010

LAW OFFICES OF ERIKA JORDENING

By: _____
Erika Jordening
Attorneys for Defendants
MARIO JUAREZ, an individual and
THE MARIO JUAREZ SELLING TEAM

The undersigned accepts the above association.

NOTICE OF ASSOCIATION OF COUNSEL  -2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

| | |
|---|---|
| Dated: August 12, 2010 | ALLMAN & NIELSEN, P.C.<br><br>By: _____<br>Sara B. Allman<br>Attorneys for Defendants<br>MARIO JUAREZ, an individual and<br>THE MARIO JUAREZ SELLING TEAM |

NOTICE OF ASSOCIATION OF COUNSEL

-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726