| | |
|---|---|
| 1 | S. R. Mitchell (SBN 172664) |
| 2 | Attorney at Law |
|   | 1300 Clay Street Suite 600 |
| 3 | Oakland, CA 94612 |
|   | 510.836.2097 (ph)/510.380.6431 (fax) |
| 4 | Attorney for Plaintiff |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company | Civil Case No.: C1003142 THH ADR |
| Plaintiff, | |
| vs. | **PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION.** |
| **The Mario Juarez Selling Team** (form of entity unknown); **Mario Juarez**, an individual; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.** | [Files Concurrently with: Ex Parte Application for TRO and OSC re Preliminary Injunction; Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction; and Proposed Order Granting Preliminary Injunction]

**Hearing Date:  TDB**

**Hearing Time:  TDB**

**Court Room:    TDB** |
| Defendants. | |

TO THE COURT AND ALL PARTIES HEREIN:
_____

**Application for TRO   1**                         1300 Clay Street Suite 600/Oakland, CA 94612
                                                    510.836.2097 (ph)/510.836.2374 (fax)

Plaintiff Boyd Real Property LLC ("BRP" or "Plaintiff") hereby makes this ex parte application to the Court for issuance of a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction to stop and enjoin Defendants named below, as set forth in more detail herein, from

(1) occupying, using, storing, entry upon, engaging in commercial or non-commercial activities, possession, access to, use, direct or indirect use, direct or indirect blocking access to the property located at and described as 4030A International Blvd Oakland, CA 94601;

(2) to immediately cease and desist from making use of any of real property of Boyd Real Property LLC directly or indirectly in and by any means for any form of commercial or non-commercial activity on the property by removing themselves and any and all personal property located on the property, no matter who is or are the actual owners of the property form 4030A International Blvd Oakland, CA 94601, and

(3) to post a bond in the amount of no less than $ 120,000.00 and for an order to compel the Defendants to pay monthly rent of no less than $ 5,500.00 plus $ CAM charges of at least $ 700.00 per month during the pendency of this action if this request for relief is not granted as to items 1 and 2 above.  This request for relief is based on the fact that the Defendants are or may be insolvent and because of a pattern and practice of fraud and deception to evade creditors, Plaintiff have ne means of recovery or expectations of recovery of monetary damages that accrue daily. Furthermore, because Defendant Mario Juarez and his Counsel Erika Jordening have and continue efforts to commit a fraud on this Court and in violation of Federal Rules of Civil Procedure Rule 11 filed a false and misleading declaration in this matter. Mario Juarez fails to disclose to the Court that he is in fact using the property for his real estate activities.

This Application is made pursuant to Federal Rules of Civil Procedure 65 (b) and Local Rules 7-10 and 65-1, on the grounds that Defendants, each of them:

---

a) Are trespassing on Plaintiff's real property located at 4030A International Blvd Oakland, CA 94601. Plaintiff has demanded that each and all of the Defendants remove themselves form the Plaintiff's property. Defendants have failed and refused to leave the property. NO PERSON, ENTITY OR DEFENDANT HAS PAID ANY RENT OR USAGE FEES FOR THE PROPERTY, YET ALL DEFENDANTS CONTINUE TO USE THE PROPERTY FOR FINANCIAL GAIN.

b) **The Defendants are trespassing and in violation of the Judgment for Restitution of Property properly issued July 1, 2010 in Alameda County Superior Court Case No. RG10500488 against The Mario Juarez Selling Team and Fireside California Group, a California corporation.** The Judgment has not been overturned and is not on appeal to be altered. Defendants have no legal authorization to be on the property or remain on the property. In addition to the Judgment for Restitution, Plaintiff complied with California Civil Code § 3334 and served notice of termination of any alleged tenancy on the property. Defendants remain on the property, pay no rent and have not paid any rent, consume power and water that is paid for by the Plaintiff, Mario Juarez has full knowledge of the Judgment and does not deny in his declaration that he is operating some form of business on the property outside of Terracota LLC. Mario Juarez appears in this matter for himself and "The Mario Juarez Selling team."

c) Defendants have dumped waste, hazardous materials and human waste on the property and other mounds of trash and debris. There is a high risk of destruction of real property as Defendants attempt to build counterclaims of damages on the property—despite a recent full roof repaid, Defendants made false reports of a leaking roof and poured water on the floors to create claims of a leaking roof. Defendants then prevented Plaintiff's agents form coming on the property. Defendants some or all are engaging in waste and damages to the real property by creating a private nuisance including dumping human waste, waste and other trash on the

---

**Application for TRO   3**  1300 Clay Street Suite 600/Oakland, CA 94612
510.836.2097 (ph)/510.836.2374 (fax)

property. Defendants all or some are operating unlicensed business activities and Plaintiff is informed, engaging undocumented workers in construction related activities on the property after hours and overnight. In doing so and operating the unauthorized and unlicensed activities overnight, Defendants are utilizing electrical power and water otherwise paid for by the Plaintiff and creating risk of injury that may render Plaintiff liable.

d) Defendants, some or all of them, are operating unlawful and unlicensed business activities on the property and Defendant Mario Juarez has participated in overt acts of deception and abuse of the legal process to deprive the Plaintiff of it property and have used threats of unfounded legal complaint to prevent Defendants from obtaining their property, which they have a legal right to recover. Defendant Mario Juarez has engaged in perjury and suborned perjury and engaged and engages Defendant Erika Jordening (also appearing as legal counsel for some of the Defendants in this case) and Attorney Lewis Phon to prepare false and misleading statements under oath to prevent Plaintiffs from recovery of its property.

e) Defendant Mario Juarez and "The Mario Juarez Selling Team" form of entity unknown is operating a business at the Premises has and continues to participate in unjust enrichment activities, of collecting rents or rental income from third parties (Farmers Insurance and American First Financial ) allegedly utilizing the property or representing to the public that they are utilizing the property for commercial activities. Plaintiff did not and does not authorize the activity and Plaintiff has not received any compensation from Defendants or the third parties for their commercial use it its property.

f) Defendants are utilizing Plaintiff's property to engage in a wide range of unlawful business practices and activities in violation of various Federal and State laws and thus in violation of California Business & Professions Code § 17200. Plaintiff does not authorize such activity and does not authorize the use of its property as part of the alleged unlawful business practices.

g)      Defendants are and have dumped human waste, garbage and other construction debris on Plaintiff's property in the warehouse area. When Plaintiff locked access to the warehouse to prevent further dumping and damages, Defendant Mario Juarez made a false police report against Plaintiff. Juarez and The Mario Juarez Selling Team never had a lease or rental agreement to use the warehouse for any purpose.

h)      Defendants have a history of evading financial obligations and thus there is no monetary relief or recovery is unlikely as Mario Juarez alleges he is judgment proof and he has a history of fraudulent transfers to evade creditors. In this case, Mario Juarez has already started another entity, The Neal Juarez Company LLC, as a new shall to secret assets and avoid liability to his creditors. He has engaged in deception, hindrance and delay without legal justification to avoid vacating the property following termination of the tenancy and even following entry of Judgment for Restitution. Basically, his plan is to drive the plaintiff bankrupt while he gets free rent and gets his business subsidized with free electricity and water.

i)      Defendant Mario Juarez filed a misleading and deceptive declaration with this Court on August 6, 2010, continuing the pattern to obstruct Plaintiff's efforts to recover its property. Mr. Juarez attempts to shift responsibility for tenancy or occupancy to an alleged Terracota LLC, yet produces no statements from any person purporting to manage and control Terracota LLC. Mr. Juarez then presents a series of evasive and misleading statements intended to commit a fraud on the Court. Mr. Juarez alleges that he is a licensed real estate agent but conducts no real estate activities for Terracota LLC. He then fails to disclose that conducts the activities at 4030A International Blvd. Furthermore, the motion was filed for improper purposes to simply delay these proceedings. Defendants filed its motion on August 6, 2010. The Clerk issued notice on August 16, 20110 that all motions must be re-noticed. As of the date of this application, Defendants have not re-noticed their motion, withdrawn it, or filed an answer.

---

**Application for TRO   5**                                1300 Clay Street Suite 600/Oakland, CA 94612
                                                            510.836.2097 (ph)/510.836.2374 (fax)

|   |   |
|---|---|
| 1 | Plaintiffs have and will continue to suffer irreparable harm of imminent bankruptcy should Defendants continue to hold, use and damage, block access to, occupy and use its property and its resources for their own financial gain and unlawful business practices.  Plaintiff faces substantial and catastrophic financial loses and exposure to unreasonable liability or premises liability claims if Defendants are out ousted property and barred form access to and use of Plaintiff's real property pending a final judgment in this matter. In addition, Plaintiffs face the loss of future business by Defendants' interference with it existing tenants and deliberate and intentional interference with Plaintiff's efforts to enter its property, and show its property to prospective tenants that will pay. |

Plaintiffs have never authorized Defendants to trespass and have made repeated demands that they leave the property, remove themselves and cease use and occupancy of Plaintiff's property.  With every day that Defendants continue to use, occupy Plaintiff's property at 4030A International Blvd and attempt to prevent Plaintiffs from lawful recovery of its property, Plaintiff suffers financial loss and Defendants gain financial benefit and unjust enrichment. Defendants have no lawful justification for being on the property and have no right to occupy Plaintiff's property without paying for their use.

Accordingly, Plaintiffs respectfully request the issuance of temporary and preliminary injunctive relief enjoining Defendants from holding, occupying, using, access to, and entry upon the real property of Boyd Real Property LLC located at 4030A International Blvd Oakland CA 94601. Plaintiff requests injunctive relief ordering the Defendants and all of their officers, directors, stockholders, owners, agents, servants, employees, representatives and attorneys and all those in active concert or participation with Defendants or each of them, be enjoined and restrained, including, but not limited to, as follows:

i)      From entry upon, remaining upon and from trespassing on Plaintiff's real property located

---

at 4030A International Blvd Oakland, CA 94601.

j)      From engaging in waste and damages to the real property by creating a private nuisance including dumping human waste, waste and other trash on the property.

k)      From operating any form of business operation or business, licensed or unlicensed business activities on the real property located at 4030A International Blvd and from advertisement or use of the address of 4030A International Blvd Oakland, CA in any capacity and for any purpose as a current place of business,

l)      That Defendant Mario Juarez and "The Mario Juarez Selling Team" form of entity unknown, and any named occupant and Defendant be enjoined from operating and renting, leasing, or loaning out use of the real property located at 4030A International Blvd Oakland, CA 94601 from third parties allegedly utilizing the property or representing to the public that they are utilizing the property for commercial activities.

m)      Enjoin all Defendants from utilizing Plaintiff's property to engage in unlawful business practices and activities in violation of various Federal and State laws and thus in violation of California Business & Professions Code § 17200.

n)      Enjoin Defendants from dumping human waste, garbage and other construction debris on Plaintiff's property in the warehouse area.

o) That if the Court so deems, that if this application is denied in whole or part for the Court to require Mario Juarez and The Mario Juarez Selling Team, American First Financial, and any or all of the Defendants to post a bond of no less than $ 120,000 in favor of the Plaintiff and that any party that remains on the property be ordered to pay rental payments of $ 5500.00 per months plus at $ 800.00 for CAM in good funds to the Plaintiff.

   This Application is further made pursuant to Federal Rules of Civil Procedure Rule 65(b), and pursuant to California Business and Professions Code § 17200.  Plaintiffs seek injunctive

relief and damages against Defendants under principles of diversity jurisdiction over any claims arising under California law; Local Rules 7-10 and 65-1 on the grounds that good cause warrants this court issuing a temporary restraining order and preliminary injunction.

Plaintiffs have not previously sought issuance of a Temporary Restraining Order or Order to Show Cause regarding the relief requested above.

This Application is based on this ex parte notice, the attached Memorandum of Points and Authorities filed herewith and the exhibits attached thereto and upon such other oral and/or documentary evidence, if any, that may be presented at the time of or prior to the hearing on this matter.

A copy of this Application, the accompanying Memorandum of Points and Authorities, supporting papers and the Summons and complaint in this action, shall be sent to Defendants at the property address of 4030A International Blvd Oakland, CA 94601 or their legal counsel of so directed upon receipt of this notice, as applicable within one business day after the date of the filing of this Application.  See the accompanying declaration of S. Raye Mitchell.  Plaintiffs believe that both Defendants will oppose this application.

Dated:  September 3, 2010                               S. R. Mitchell

                                                        Attorney at Law


                                                        By: /s/ S. Raye Mitchell
                                                        S. Raye Mitchell
                                                        Attorney for Plaintiff
                                                        Boyd Real Property LLC

**Application for TRO   8**                             1300 Clay Street Suite 600/Oakland, CA 94612
                                                        510.836.2097 (ph)/510.836.2374 (fax)