S. **R. Mitchell (SBN 172664)**
**Attorney at Law**
**1300 Clay Street Suite 600**
**Oakland, CA 94612**
**510.836.2097 (ph)/510.380.6431 (fax)**
**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Boyd Real Property LLC,** a California limited liability company<br><br>      Plaintiff,<br><br>vs.<br><br>**The Mario Juarez Selling Team** (form of entity unknown); **Mario Juarez,** an individual; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual;<br>**Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual<br>**Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.**<br>      Defendants. | Civil Case No.: C1003142 THH ADR<br><br>**Declaration of Douglas Boyd in Support of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.**<br><br>**Hearing Date:  TDB**<br><br>**Hearing Time:  TDB**<br><br>**Court Room:    TDB** |

---

I, Douglas Boyd, declare as follows:

1.  I have personal knowledge of the facts stated herein and if called as a witness am competent to testify based on my personal knowledge. I am a member of Boyd Real Property LLC.  Inyoung Boyd and I are the sole members of Boyd Real Property LLC.  We both reside in Las Vegas Nevada.  Plaintiff Boyd Real Property LLC ("BRP") is the owner of certain commercial real property identified as 4030A International Blvd Oakland, CA ("The Premises").

2.  Boyd Real Property LLC purchased the property in 2008 and acquired an existing written lease agreement for The Premises due to expire February 2008.  The lessee was Fireside California Group, a California corporation ("Fireside"), Mario Juarez ("Juarez") identified himself as the CEO and owner of the Fireside.  Cecilia Mendez ("Mendez") held herself out as the President of Fireside.

3.  During the course of the lease and continuing thereafter, Juarez operated and continued to operate a business called, The Mario Juarez Selling Team ("The Selling Team").  Juarez holds himself out as the owner, is featured on the website www.mariojuarez.com and represents that The Mario Juarez Selling Team is a company. The only business address used and continued to be used by The Selling Team is that of The Premises.

4.  Upon expiration of the written lease agreement in February 2008 and beginning in March 2008, BRP entered into an oral lease agreement between Fireside, Mario Juarez as an individual and The Mario Juarez Selling Team (collectively "New Tenants") for a month to month tenancy for the Premises.  The terms of the oral agreement were to mirror the terms of the original Fireside agreement.  The New Tenants were required to make the monthly rental payments and common area charges payment by direct deposit into the bank account of BRP.  For a few months following the new rental agreement, the New Tenants performed the terms of the

---

**Declaration of D. P. Boyd 2**  1300 Clay Street Suite 600/Oakland, CA 94612
510.836.2097 (ph)/510.836.2374 (fax)

agreement, but then began to fall consistently and persistently behind in the monthly rental and common area maintenance charges (CAM).  At some point BRP entered a modified agreement with the New Tenants to enable the tenants to pay a reduced monthly rental amount until their cash flow improved.  The agreement provided that any payments would first be applied to any outstanding rental obligations.

5.	In the fall of 2009, upon discovery of certain financial irregularities, embezzlement, theft and other questionable activities on the part of New Tenants, BRP caused its counsel; S. Raye Mitchell to issue notices terminating any agreements with The New Tenants and terminating *any* tenancy agreements pursuant to California Civil Code § 789 *et seq*.

6.	The property involved in this litigation is commercial rental property.  It is our custom and practice to collect rental income for the property to pay the mortgage, operating expenses and prevent the bankruptcy from the ownership of the building.  4030A International Blvd, Oakland, CA is a large commercial office space in the total complex.  The electric meter and other operating expenses, such as water, insurance, and repairs are billed to and paid by Boyd Real Property.  There is a mortgage on the building in the amount of $2.5 million, the mortgage of course is the financial obligation of the land owner, however, Boyd Real Property counts on rental income to pay the mortgage.  As of the date of this declaration, **No Defendant has paid any rent or CAM charges since January 2010 when we received a payment of $3,500 which represents approximately ½ of the amount due for that month.**  The unpaid monthly rent, CAM charges and other expenses and loses attributed to Defendants are almost **$ 120,000** to date and continue to mount.  The monthly operating cost and expenses for the real property are **$ 22, 000 per month** on average.  Plaintiff receives income of **$ 16,000** from other tenants and sources. The negative cash flow is approximately **$ 6000** per month and represents the amount of money not collected and caused by Defendants.  To date the actual cash loss of **$ 50, 500**

---

**Declaration of D. P. Boyd 3**                                                     1300 Clay Street Suite 600/Oakland, CA 94612
                                                                                                         510.836.2097 (ph)/510.836.2374 (fax)

negative cash flow since February 2010 that has been covered through personal loans to Plaintiff. All reserves for the property and contingent reserves for normal variations of receipt of rental income have been depleted and Plaintiff cannot continue to borrow money to cover the actual out of pocket expenses associated with the failure of defendants to pay rent and pay for its own operating expenses. Plaintiff is insolvent and faces bankruptcy if it is unable to remove Defendants and cut monthly costs. The unpaid monthly rent CAM charges and other expenses are almost $ 120,000 to date and continue to mount. With no rental income coming in and the continued increase in electric and water cost caused by the Defendants occupying 4030A International Blvd are causing the unbudgeted negative cash flow of $6,000 per month. Even if the property were vacant, it would be cheaper as we would not have to pay the high operating costs being used and abused by Mario Juarez and others. Not only are we losing money in unpaid rent, we have to try to find money each month to pay the operating expenses and incremental charges made each day by Mario Juarez. No person has paid any rent, made any effort to pay any rent and no person has paid for the operating charges incurred by the Defendants. Boyd Real Property never entered into any agreement with Cecilia Mendez and Terracota LLC to be a tenant. Not only has Defendants refused to pay any amounts for their own CAM charges, they have invited others to operate businesses on the property and utilize Plaintiff's energy and resources to enable Defendants to make further profit. Defendants are insolvent and or engage in a pattern of conduct to evade creditors. Boyd Real Property LLC will face bankruptcy as it cannot pay for its expenses of operating the property at 4030A International Blvd because of lack of rental income and reimbursement. Mario Juarez has said that he is judgment proof and that he will not pay for any rent or other damages.

        **Plaintiff faces bankruptcy if it cannot stop the bleeding by removal of the Defendants from the property and terminate use of the resources**, energy and other hard cost resources it

---

**Declaration of D. P. Boyd 4**              1300 Clay Street Suite 600/Oakland, CA 94612
                                      510.836.2097 (ph)/510.836.2374 (fax)

is forced to absorb. Plaintiff is losing thousands of dollars weekly.

7.  In addition, the property owner is responsible for removal of waste and debris in the warehouse area, where Mario Juarez and the other Defendants have and continue to dump trash. In the past, we have paid thousands of dollars to remove and haul waste from the warehouse. Some of the debris includes a stove, heavy appliances and hazardous waste such as old paint and oil, which cost even more to remove.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the date below in Las Vegas, NA.

Dated: September 6, 2010

By: /s/ Douglas Boyd
Douglas Boyd

---

**Declaration of D. P. Boyd 5**          1300 Clay Street Suite 600/Oakland, CA 94612
                                         510.836.2097 (ph)/510.836.2374 (fax)