1  S. **R. Mitchell (SBN 172664)**
2  **Attorney at Law**
   **1300 Clay Street Suite 600**
3  **Oakland, CA 94612**
   **510.836.2097 (ph)/510.380.6431 (fax)**
4  **Attorney for Plaintiff**

5

6  # IN THE UNITED STATES DISTRICT COURT

7  # FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **Boyd Real Property LLC, a California limited liability company** | Civil Case No.: C1003142 THH ADR |
|---|---|
| Plaintiff, | |
| vs. | **Declaration of S. Raye Mitchell of Notice of Application of TRO and Order to Show Cause.** |
| **The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.** | **Declaration in Support of Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.**<br><br>**Hearing Date: TDB**<br><br>**Hearing Time: TDB**<br><br>**Court Room:    TDB** |
| Defendants. | |

---

**Declaration S. R. Mitchell 1**                                1300 Clay Street Suite 600/Oakland, CA 94612
                                                                510.836.2097 (ph)/510.836.2374 (fax)

I, S. Raye Mitchell, declare as follows:

1.     I am an attorney licensed to practice in all courts in the State of California and the United States District Court, Northern California.  If called as a witness, I can testify to the following facts based on personal knowledge:

2.     I provided notice of this Application for TRO and Order to Show Cause by contacting the lead counsel of record Erika Jordening for Defendants Mario Juarez, The Mario Juarez Selling Team, The Neal Juarez LLC, and Fireside California Corporation at her email address of record ejordening@gmail.com on September 5, 2010.  I engaged in an email exchange with Ms. Jordening and a copy of the email notice is attached as **Exhibit A.**  I also gave notice of the TRO application via email to all know Defendants at their email addresses on their business cards.  On Monday September 6, 2010, starting at approximately 6:30 p.m., I telephoned all defendants at their cell and or office telephone numbers on the business cards attached hereto and for those that I did not reach, I left a message of the notice of TRO application.  On Tuesday September 7, 2010 at 8:15 a.m., I again called the parties at their office numbers and I gain called legal counsel for all defendants that have counsel of record.  I called Erika Jordening at 415.706.2930 (she hung up the telephone as I spoke) and Sara Allman at 415 461.2700. I called the business telephone number of 510 532 1111 and tried the employee directory and it did not work and so I followed the directions to leave a message for each person at the general number,  I identified all the named defendants and provided notice of the application and relief sought.  I completed the call at 8:45 am 9/7/10.One or more persons called back, but no one identified himself or herself. **See Exhibit A** for directory of parties and numbers called.

2.     In October 2009, I was engaged by Boyd Real Property LLC to issue a written notice pursuant to California Civil Code § 789 *et seq* terminating any all tenancies, or estates no matter

---

**Declaration S. R. Mitchell 2**                                                  1300 Clay Street Suite 600/Oakland, CA 94612
                                                                                                   510.836.2097 (ph)/510.836.2374 (fax)

how created. I sent notices to all persons who appear to use the property address of 4030A International Blvd, Oakland, CA for business. At the front of the office, there is a business card section and I simply obtained a business card of over 20 people and businesses. I mailed the notices certified US Mail pursuant to statute. No party responded to the notice and no party left the property.

      3.      In February 2010, I filed the matter of Boyd Real Property vs. Fireside California Group, Inc, The Mario Juarez Selling Team, Mario Juarez, an individual and American first Financial Group (Alameda County Superior Court Case No. RG10500488) as an unlawful detainer action. An unlawful detainer action is a narrow summary proceedings based on the theory of a landlord tenant relationship. It is not the same action as an action in ejectment to remove all other parties form the real property. I caused the complaint and summons to be served with a Prejudgment Claim of Right of Possession to all other parties on the property. Cecilia Mendez was served as an individual and as alleged owner of Terrocota LLC. She never appeared in the matter of RG10500488 and to this date has never filed any claim in the litigation alleging that she is a tenant or claims a right of possession of the real property located at 4030A International Blvd. Any such waiver of rights or failure to claim any rights to possession operates as collateral estopple and res judicata as to any claims of right of possession there after. Mario Juarez was named and appeared in the proceedings. On the eve of trial Mr. Juarez renounced any claims of right of possession to the property and as required by law was dismissed from the complaint without prejudice as the only issue before the court in summary proceedings is that of possession. Once Mr. Juarez renounced any claims to possession there were no issues to be tried. Mr. Juarez was the only defendant that answered the complaint and on July 1, 2010, I obtained a Judgment for Possession as to all remaining defendants—The Mario Juarez Selling Team and Fireside California Group. See **Exhibit C** for a true and correct copy of the judgment.

---

**Declaration S. R. Mitchell 3**                  1300 Clay Street Suite 600/Oakland, CA 94612
                                             510.836.2097 (ph)/510.836.2374 (fax)

The litigation of Alameda County Superior Court Case No. RG10500488[1] was challenging as Defendant Mario Juarez used every opportunity to delay and distract the summary proceedings seeking possession.  There was and is no dispute that Mr. Juarez is in possession of the property, utilizes it for his many business ventures. Despite the fact that Juarez was denying his status as a tenant or subtenant, Mr. Juarez defended the eviction proceeding by attempting to utilize the bankruptcy proceedings of a non-party-employee Cecilia Mendez (Mendez holds herself out as the 'Operations Manager' of The Mario Juarez Selling Team) to allege that the proceedings are subject to the automatic stay.  **See Exhibit A.**  As of the date of this filing, businesses associated and or owned by Mario Juarez operating at 4030A International Blvd include, "The Mario Juarez Selling Team." The Neal Juarez LLC, Viridis Fuel California corporation (incorrectly named in this complaint as Verdes Bio Fuel Company, and operates as an agent/employee of Defendants American First Financial Corp. and operates a branch office of American Financial Corp as a licensed real estate agent.

    4.     Plaintiff filed this action to eject the trespassers and to recover other damages, including damages for Fraudulent Conveyance and alleges a pattern and practice of fraud and deceit by Mendez and Juarez acting individually and in concert with the intent to defraud creditors.  Mendez and Juarez have formed numerous corporate entities to execute shall games to deprive consumers, creditors and federal, state and local tax collection agencies of recourse to recover their loses from unpaid debts. Eleven entities discovered to date link to Juarez and Mendez as their current alter egos, abandoned alter egos or shell companies including: The

---

[1] Defendants Mario Juarez renounced any claims of right of possession on the eve of trial and by operation of law an unlawful detainer proceeding cannot proceed as to a party that does not claim a right of possession. Plaintiff's judgment thus rests with the remaining defendants and tenants –The Fireside California Group and The Mario Juarez Selling Team. No other persons alleged themselves to be tenants or occupants with a right of possession.

Mario Juarez Selling Team, Mario Juarez Realtor, American First Financial Corporation, American First Financial Corporation dba Fireside Realty, Fireside Realty Company, Fireside California Group, The Judicial Group, The United Judicial Group, Folden Enterprises, Terrocota LLC, The Neal Juarez LLC, and Verdes Bio Fuel Company.

5. All efforts to obtain stipulation to avoid this application have failed. In deed, current counsel, Ms. Jordening is a named defendant in this case. Ms. Jordening first represented that she is not the counsel and then she later files a purported motion on August 6, 2010.

6. In addition to Plaintiff suffering severe financial hardship, there is evidence of waste, damages, property destruction, unhealthy and dumping of human waste and debris on the property by the Defendants. There is evidence that the Defendants are utilizing the property for unlawful construction and other activities overnight and dumping waste of such on property. See **Exhibit D** that includes **actual photographs** of the unsanitary health and hazardous conditions created by Defendants. I have seen Mario Juarez make damages on the property in an effort to make a claim for damages. In reviewing the photographs there is evidence of construction enterprise, heavy equipment and building. The property is not zoned for such activities and in searching the business license records of the City of Oakland, I have found no licenses, permits or other documents issued by the city of Oakland or State of California permitting such activities at the address.

7. Attached as **Exhibit E** are copies of documents indicating the businesses that utilize the address of 4030A International Blvd Oakland, CA:

a) Mari Juarez, real estate agent/salesperson for The Mario Juarez Selling Team. Sources: www.mariojuarez.com, business cards, and signage on the property.

b) Mario Juarez, real estate agent salesperson American First Financial Corporation- 4030A International Blvd, Oakland. Sources: California Department of Real Estate License Registration.

c) The Neal Juarez LLC. Sources: California Secretary of State Business Registration.

d) Fireside California Group, a California corporation. Sources: California Secretary of State Business Registration. Agent for service of process Mario Juarez.

e) American First Financial Corporation-Branch office 4030A International Blvd, Oakland. Sources: California Department of Real Estate License Registration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the date below in Oakland, CA.

Dated: September 6, 2010

By: /s/ S. Raye Mitchell
S. Raye Mitchell

---

**Declaration S. R. Mitchell 6**        1300 Clay Street Suite 600/Oakland, CA 94612
                                         510.836.2097 (ph)/510.836.2374 (fax)