### THE **MARIO JUAREZ** *Selling Team!*



**Dario Loza**
Project Coordinator

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-316-5297
Office: 510-532-1111
Fax: 800-706-2281
email: dariol@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Bernardo Villafuerte**
Realtor / Loan Officer

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-258-7385
Office: 510-532-1111
Fax: 800-706-2281
email: bernardov@mariojuarez.com
DRE# 01382654
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Fernando Salazar**
Realtor

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-586-3632
Office: 510-532-1111
Fax: 800-706-2281
email: fernandos@mariojuarez.com
DRE# 01792892
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Fernando "El Carinoso" Martinez**
Promotions Talent

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-491-3251
Office: 510-532-1111
Fax: 800-706-2281
email: fernandom@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Eleyna Felix**
Account Executive

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-209-3122
Office: 510-532-1111
Fax: 800-706-2281
email: eleynaf@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Adalberto Gutierrez**
Realtor

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 925-584-6911
Office: 510-532-1111
Fax: 800-706-2281
email: agutierrez@mariojuarez.com
DRE# 01800683
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Frank Coello**
Account Executive

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-301-0518
Office: 510-532-1111
Fax: 800-706-2281
email: frankc@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Jennifer Juarez**
Office Assistant

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-828-5836
Office: 510-532-1111
Fax: 800-706-2281
email: jenniferj@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Mario Juarez**
Realtor

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-821-6699
Office: 510-532-1111
Fax: 800-706-2281
email: mario@mariojuarez.com
DRE# 01451647
www.mariojuarez.com

---

### THE **MARIO JUAREZ** *Selling Team!*



**Cecilia Mendez**
Operations Manager

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-909-9594
Office: 510-532-1111
Fax: 800-706-2281
email: cecilia@mariojuarez.com
DRE# 01827986
www.mariojuarez.com



**Rosana Eyvaznejad**
Broker
DRE 01467390

American First Financial Corp

00 White Oaks Dr #206
mpbell Ca 95008
ell: 408-313-4296
Office: 408-226-4000 Ext: 103
x: 408-516-0100

rosana@affcorp.net
www.affcorp.net

10/5
10/6

---

THE **MARIO JUAREZ** *Selling Team!*



**Sonia Dominguez**
Account Executive/
Notary Public

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-368-5194
Office: 510-532-1111
Fax: 800-706-2281
email: soniad@mariojuarez.com
DRE 01827986
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Enedina Munguia**
Realtor

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-228-6942
Office: 510-532-1111
Fax: 800-706-2281
email: enedinam@mariojuarez.com
DRE# 01779468
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Jose Ontiveros**
Office Assistant

4030 International Blvd, Suite A
Oakland, California 94601

Office: 510-532-1111
Fax: 800-706-2281
email: joseo@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Frank Coello**
Account Executive

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 510-301-0518
Office: 510-532-1111
Fax: 800-706-2281
email: frankc@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Jimena Olmos**
Office Assistant

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 209-814-2262
Office: 510-532-1111
Fax: 800-706-2281
email: jimenao@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Irma Reynoso**
Account Executive

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 408-509-6086
Office: 510-532-1111
Fax: 800-706-2281
email: irmar@mariojuarez.com
DRE# 01827986
www.mariojuarez.com

---

THE **MARIO JUAREZ** *Selling Team!*



**Jess Medina**
Broker Associate/
Trainer

4030 International Blvd, Suite A
Oakland, California 94601

Cell: 415-269-0561
Office: 510-532-1111
Fax: 800-706-2281
email: jessm@mariojuarez.com
DRE# 00867570
www.mariojuarez.com