# Exhibit E

# Real Estate

Home  \  Staff

Home    About ˅    Buy ˅    Sell ˅    Lease    Contact    Blog

## Staff

Call us now at
*(510) 532 - 1111*     or  contact us

## Meet the Staff



1  2  3  4  5  **6**

## Management



# Mario Juarez

Owner

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 



# Cecilia Mendez

Operations Manager

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 



# Erika Jordening

General Councel

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]

# Staff



## Edwin Ramirez

Transaction Manager

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Jimena Olmos

Loan Processor

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Jennifer Juarez

Office Assistant

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Jose Ontiveros

Office Assistant

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Dario Laza

Office Assistant

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]

- ![flickr]
- ![digg]
- ![email]



# Fernando "El Carinoso" Martinez

Promotions Talent

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Will Jimenez

Marketing Director /
Graphic Designer

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Adalberto "TITO" Gutierrez

REALTOR

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Bernardo Villafuerte

REALTOR

## *Social Networks*

- Facebook
- Twitter
- LinkedIn
- Delicious
- Flickr
- Digg
- Email



# Carmen Acosta

Account Executive

## *Social Networks*

- Facebook
- Twitter
- LinkedIn
- Delicious
- Flickr
- Digg
- Email



# Delia Dorantes

Account Executive

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 



# [Eleyna Felix](#)

Account Executive

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 



# Enedina "Dina" Munguia

REALTOR

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Ezequiel Zarate

Account Executive

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Frank Coello

Team Sonia Dominguez Member

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Gabriel Ortiz

REALTOR

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]

- di
- ✉



# Irma Reynoso

Account Executive

## *Social Networks*

- f
- t
- in
- ◼
- ••
- di
- ✉



# Jonathan Izazaga

Account Executive

## *Social Networks*

- f
- t
- in
- ◼

- ![flickr]
- ![digg]
- ![email]



# Rosa Valencia

Account Executive

## *Social Networks*

- ![facebook]
- ![twitter]
- ![linkedin]
- ![delicious]
- ![flickr]
- ![digg]
- ![email]



# Rosalia Negron

Team Wilfred Negron

## *Social Networks*

- ![facebook]

- 
- 
- 
- 
- 
- 



# Sonia Dominguez

Account Executive

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 



# Stephanie Candevan

Account Executive

*Social Networks*

- Facebook
- Twitter
- LinkedIn
- Delicious
- Flickr
- Diigo
- Email



# Sue Mei

REALTOR

*Social Networks*

- Facebook
- Twitter
- LinkedIn
- Delicious
- Flickr
- Diigo
- Email



# Wilfred Negron

REALTOR

## *Social Networks*

- 
- 
- 
- 
- 
- 
- 

# Find a Property



# Latest News

- Jan 04 Phasellus nisi mauris, venenatis nec, venenatis nec, ante...
- Jan 02 Nullam non dolor. Integer leo. Donec ut arcu. Maecenas vitae...
- Dec 30 Ut feugiat, ante quis vestibulum bibendum, lectus tortor...

# Testimonial

" My agent was terrific he really listened to me and helped me to understand each and every step of the process. My agent made me feel comfortable and helped me get into my first house. "

— *Mary*

© 2010 Mario Juarez Realtor. Designed by will