







Unlicensed construction manuafacturing





One or more persons appeared to be living in the space over night.



**Urine and human waste and other bio hazards.**



**More human waste and something was dead in one of the bags as it smelled decaying**