# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 9/7/2010 9:44:41 AM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | American First Financial Corp |
| **Mailing Address:** | 5547 CHESBRO AVE<br>SAN JOSE, CA 95123 |
| **License ID:** | 01827986 |
| **Expiration Date:** | 10/10/11 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 10/11/07 |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 5547 CHESBRO AVE<br>SAN JOSE, CA 95123 |
| **Licensed Officer(s):** | DESIGNATED OFFICER<br>01467490 - Expiration Date: 10/10/11<br>Eyvaznejad, Rosana |
| **DBA** | Destination Home Loans<br>ACTIVE FROM 07/14/2009 TO 06/13/2010<br><br>The Mortgage Resolution<br>ACTIVE FROM 03/30/2009 TO 06/13/2010<br><br>VR Financial<br>ACTIVE FROM 05/09/2008 TO 06/13/2010<br><br>NO CURRENT DBAS |
| **Branches:** | 4030 A INTERNATIONAL BLVD<br>OAKLAND, CA 94601 |
| **Salespersons:** | 01838819 - Cabezas, Ricardo |

01859517 - Cotton, Boomie

01507745 - Eyvaznejad, Rameil

01800683 - Gutierrez, Adalberto

01476027 - Haw, Presentacion Romano

01451647 - Juarez, Mario R

01830363 - Kratz, John Francis

01886494 - Madoo, Kamil

01441740 - Mc Daniel, Tara Dudnath

01779468 - Munguia, Enedina

01459503 - Partisala, Susan Peralta

01877440 - Peralta, Vanessa Lazaga

01334123 - Sandhu, Baljinder S

01382654 - Villafuerte, Oscar Bernardo

**Comment:** NO DISCIPLINARY ACTION

NO OTHER PUBLIC COMMENTS

>>>> Public information request complete <<<<