# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform |

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Mail Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alert
(misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, September 03, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | VIRIDIS FUELS |
| Entity Number: | C3156736 |
| Date Filed: | 08/05/2008 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 4030 INTERNATIONAL BLVD., STE. A |
| Entity City, State, Zip: | OAKLAND CA 94601 |
| Agent for Service of Process: | RAFAEL A ICAZA |
| Agent Address: | 4030 INTERNATIONAL BLVD., STE. A |
| Agent City, State, Zip: | OAKLAND CA 94601 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2010   California Secretary of State