1  S. **R. Mitchell (SBN 172664)**
   **Attorney at Law**
2  **1300 Clay Street Suite 600**
   **Oakland, CA 94612**
3  **510.836.2097 (ph)/510.380.6431 (fax)**
4  **Attorney for Plaintiff**

5

6              # IN THE UNITED STATES DISTRICT COURT

7            # FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Boyd Real Property LLC**, a California limited liability company | Civil Case No.: C1003142 THH ADR |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION.** |
| **The Mario Juarez Selling Team** (form of entity unknown); **Mario Juarez**, an individual; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.** | Hearing Date:  TDB  Hearing Time:  TDB  Court Room:     TDB |
| Defendants. | |

_____

**Proposed Order  1**                          1300 Clay Street Suite 600/Oakland, CA 94612
                                               510.836.2097 (ph)/510.836.2374 (fax)

The Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (the "Application") of Plaintiff Boyd Real Property LLC ("BRP" or "Plaintiff") came before the Court upon the court's grant of Plaintiff's requested TRO and the issuance of an ORDER to SHOW CAUSE dated _____, 2010 as to why a preliminary injunction should not issue against defendants;

**The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual.

AND the Court having considered the Complaint, the declarations and memorandum of points and authorities presented by Plaintiff in support of the Application, and any other papers, evidence or arguments presented by the parties in connection with Plaintiffs' Application:

AND, it appearing to the satisfaction of the Court upon hearing that:

(1) Plaintiffs have made a clear showing that they are likely to succeed on the merits at trial in this action;

(2) Plaintiffs have shown that they are suffering, and will continue to suffer, immediate and irreparable harm if the requested relief is not granted; and

(3) the balance of hardships tips in the favor of Plaintiffs on the present application for preliminary injunction;

IT IS HEREBY ORDERED THAT:

---

**Proposed Order  2**                                         1300 Clay Street Suite 600/Oakland, CA 94612
                                                                                510.836.2097 (ph)/510.836.2374 (fax)

**The Mario Juarez Selling Team (form of entity unknown); Mario Juarez,** an individual; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual**.** (collectively "Defendants") and all of their officers, directors, stockholders, owners, agents, servants, employees, representatives and attorneys and all those in active concert or participation with Defendants or each of them, and all others who receive notice of this order, are pending hearing on this Court's below-issued Order to Show Cause, hereby ordered, enjoined and restrained as follows:

    a)    RESTRAINED and ENJOINED from occupying, using, storing, entry upon, engaging in commercial or non-commercial activities, possession, access to, use, direct or indirect use, direct or indirect blocking access to the property located at and described as 4030A International Blvd Oakland, CA 94601.

    b)    RESTRAINED and ENJOINED from making use of any of real property of Boyd Real Property LLC directly or indirectly in and by any means for any form of

---

**Proposed Order   3**                                                                 1300 Clay Street Suite 600/Oakland, CA 94612
                                                                                           510.836.2097 (ph)/510.836.2374 (fax)

      commercial or non-commercial activity on the property by removing themselves and any and all personal property located on the property, no matter who is or are the actual owners of the property form 4030A International Blvd Oakland, CA 94601, and.

c)    ORDERED to immediately leave the property within three (e) days of service of this order, free of debris, trash and waste. **In the alternative,**

d)    ORDERED  to post a bond in the amount of no less than $ 120,000.00 in favor of Boyd Real Property within three (3) days of receipt this Order and ORDERED to pay monthly rent of no less than $ 5,500.00 plus $ CAM charges of at least $ 700.00 ("Rent and CAM") per month during the pendency of this action to Boyd Real Property LLC in good funds.  In the event that Defendants fail to Rent and CAM, by the fifth (5th) of each month starting October 5, 2010, Plaintiff's is entitled to return to Court with an ex parte application for an Order to enforce items a-c above.

IT IS FURTHER ORDERED THAT:

    Within fourteen (14) days after entry of this Order of Preliminary Injunction, Defendants shall file with the Court and serve upon Plaintiffs' counsel as report setting forth the manner and form in which Defendants have complied with the Preliminary Injunction.

IT IS FURTHER ORDERED THAT:

    The $ _____ bond posted in connection with the Temporary Restraining Order in this Action shall continue in effect and constitute the bond on this Preliminary Injunction, or, if a bond has not yet posted in connection with the Temporary Restraining Order, this Preliminary Injunction is effectively immediately upon Defendants filing an undertaking in the sum of $ _____.

    Within notice and receipt of this notice, any party may apply to this Court for an Order to

---

**Proposed Order  4**             1300 Clay Street Suite 600/Oakland, CA 94612
                                      510.836.2097 (ph)/510.836.2374 (fax)

1  dissolve or Modify this Order with forty eight hours notice to all parties.

IT IS SO ORDERED.

Dated: _____, 2010              _____

                                            Hon. _____

                                            United States District Judge