S. **R. Mitchell (SBN 172664)**
**Attorney at Law**
**1300 Clay Street Suite 600**
**Oakland, CA 94612**
**510.836.2097 (ph)/510.380.6431 (fax)**
**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Boyd Real Property LLC, a California limited liability company**<br><br>    Plaintiff,<br><br>    vs.<br><br>**The Mario Juarez Selling Team** (form of entity unknown); **Mario Juarez**, an **individual**; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate,** an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.**<br>    Defendants. | Civil Case No.: C1003142 THH ADR<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br><br><br>**Hearing Date: TDB**<br><br>**Hearing Time: TDB**<br><br>**Court Room:    TDB** |

_____

**Request for Judicial Notice   1**                   1300 Clay Street Suite 600/Oakland, CA 94612
                                                                           510.836.2097 (ph)/510.836.2374 (fax)

1   Plaintiff Boyd Real Property LLC asks the Court to take judicial notice of the declaration of Mario Juarez in Support of Motion for to Dismiss for Lack of Subject Matter Jurisdiction filed in this matter August 6, 2010.  The document is not apart of the electronic case file of this case. Attached as Exhibit A is a copy of the document.

Plaintiff also asks the Court to take judicial notice of the UD Judgment for Restitution of Premises Only Pursuant to California Code of Civil Procedure § 1169 as to The Mario Juarez Selling Team and Fireside California Group, a California Corporation.   Attached as Exhibit B is a true and correct copy of said judgment.

Respectfully submitted,

Dated:  September 7, 2010
/s/ S. Raye Mitchell
S. Raye Mitchell
Attorney at Law
Attorneys for Plaintiff

---

**Request for Judicial Notice   2**                                                  1300 Clay Street Suite 600/Oakland, CA 94612
                                                                                                        510.836.2097 (ph)/510.836.2374 (fax)