Law Offices of Erika Jordening
Erika Jordening, Esq.
1376 De Solo Drive
Pacifica, CA 94044
415-706-2930
ejordening@gmail.com

Attorney for Defendants,
The Mario Juarez Selling Team,
Mario Juarez, Fireside California Group,

**United States District Court**

**Northern District of California**

San Francisco Division

| | |
|---|---|
| Boyd Real Property, LLC., | Case No.: C 10-03142 EMC |
| Plaintiff, | Declaration of Mario Juarez in support of Motion to Dismiss For Lack of Subject Matter Jurisdiction |
| vs. | |
| The Mario Juarez Selling Team, et al., | Date: September 15, 2010 |
| Defendants | Time: 10:30 am |
| | Place: Courtroom C |

**Declaration**

I, Mario Juarez, declare:

1. I am an employee of Terracota LLC and am familiar with the background of the tenancy at 4030 International Blvd, Suite A, Oakland, CA 94601.

2. I am a licensed real estate agent but conduct no real estate activities for Terracota LLC.

3. I am affiliated with another brokerage company and conduct my real estate activities under that company.

4. The slogan, "The Mario Juarez Selling Team" is only an advertising mechanism for the purposes of branding.

5. "The Mario Juarez Selling Team" does not transact business nor enter into any contracts on its own.

6. "The Mario Juarez Selling Team" is not a DBA, is not my fictitious name or business name.

7. I am aware that Boyd Real Property has offices at the same location of the subject lawsuit in Suite B which is next door to Suite A.

8. I am informed and believe that Boyd Real Property, LLC employs agents and others from their offices at 4030 International Blvd, Suite B to run a real estate investment venture which purchases single family residences as rental properties in the area.

9. I am also informed and believe that Boyd Real Property LLC operates and runs a Market Place where they lease space to multi tenants as well.

10. I have heard Inyoung Boyd say that she domiciles in the State of Nevada merely to avoid paying California income taxes, but my understanding is that the majority of her real estate activities are in Oakland, California.

11. None of the named defendants are tenants of the property.  They either have an employment relationship with Terracota LLC or an independent contractor relationship with Terracota LLC.

12. Defendants, Neal Juarez LLC and Verdes Bio Fuel Company are not even occupants of the premises at 4030 International Blvd, Suite A, Oakland, CA 94601.

13. Fireside California Group has been closed for over a year and does no business nor occupies any space at the premises.

14. Any other defendants named in the lawsuit that sublease with Terracota LLC has never been objected to by plaintiff and the oral rental agreement does not prohibit these persons from occupying the premises.

15. Plaintiff is fully aware that Terracota LLC whose sole managing member is Cecilia Mendez is the proper tenant and party as it initially served them with a 30 day notice to vacate.

16. Plaintiff also signed an unlawful detainer complaint under penalty of perjury that Terracota and Ms. Mendez were tenants of the premises.

17. Based on my knowledge, Terracota has been paying rent to the plaintiff since January 2009.

18. There is a Superior Court Ruling rendered last month that found that Terracota was the sole tenant of the premises and that plaintiff was not permitted to proceed with an unlawful detainer action against the remaining defendants.

19. I believe that plaintiff has now sued in Federal Court to circumvent the court's order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except for those matters alleged on information and belief, as to those matters I believe them to be true.  This declaration is executed on this day, August 3, 2010 at Oakland, California.

Mario Juarez