Attorney at Law
Attn:  Mitchell, S. Raye
1300 Clay Street,
Suite 600
Oakland, CA   94612

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

**Boyd Real Property**
Plaintiff/Petitioner(s)

- VS.

**Fireside California Group, Inc**
Defendant/Respondent(s)
(Abbreviated Title)

No. RG10500488

**UD Judgment for restitution of premises only,
Pursuant to Section 1169 CCP**

The plaintiff(s) request that judgment for restitution of premises only be entered against the defendant(s) hereinafter named:
　　Fireside California Group, Inc
　　Mario Juarez Selling Team

Said defendant(s) having been served with summons and copy of complaint, and having failed to appear and answer the complaint within the time allowed by law, and default of said defendant(s) having been entered at the request of plaintiff(s):
　　Boyd Real Property

Judgment for restitution of premises only is hereby entered and that plaintiff(s) recover from defendant(s):
　　Fireside California Group, Inc
　　Mario Juarez Selling Team

the restitution and possession of the premises
situated in Oakland, County of Alameda, State of California, described as follows:

　　4030A International Blvd.,

And the lease or agreement under which said defendant(s) holds said premises is declared forfeited.

　　This judgment was entered on     07/01/2010

Executive Officer / Clerk of the Superior Court

By _*Melzena Hayes* (Digital)_____
　　　　　　　　　　　　　　Deputy Clerk