Sara B. Allman, Esq. CSB #107932
■**Allman & Nielsen, P.C.**■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:   415.461.2726
E-Mail:       all-niel@comcast.net

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL, AND
THE MARIO JUAREZ SELLING TEAM

Erika Jordening CSB #184986
Law Offices of Erica Jordening
1376 De Solo Dr
Pacifica, CA 94044
(415) 706-2930
ejordening@gmail.com

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL, AND
THE MARIO JUAREZ SELLING TEAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, | Case No.:  3:10-cv-03142-TEH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                    -1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | an individual; Erika Jordening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual, Adelberto "TITO" Gutierrez, an individual, Bernardo Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an individual, Gaberiel Ortiz, an individual, Irma Reynoso, an individual, Johnathan Izazaga, an individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10.,<br><br>Defendants. |

18

19  Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Mario Juarez, an

20  individual, and The Mario Juarez Selling Team respectfully request that this Court take

21  judicial notice of the following document:

22  1.  Order Quashing Writ of Possession filed in *Boyd v. Fireside California*

23  *Group, et al.*, Alameda County Superior Court, Case No. RG10-500488 on July 9, 2010,

24  attached hereto as Exhibit "1."

25  Rule 201 allows the federal courts to take notice of matters of record in other court

26  proceedings "both within and without the federal judicial system, if those proceedings have

27  a direct relation to matters at issue." (*United States ex rel. Robinson Rancheria Citizens*

28  *Council v. Borneo*, 971 F.2d 244, 248 (9th Cir. 1992)(internal citation omitted); *see also*

29  *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, fn. 6(9th Cir. 2006); *Bennett*

30  *v. Medtronic, Inc.*, 285 F.3d 801, 803 (9th Cir. 1987)(judicial notice taken of documents filed

31  in bankruptcy court).) Rule 201 mandates that a federal court take judicial notice "if

32

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                        -2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

requested by a party and supplied with the necessary information." (Fed. R. Evid. 201(d).) "Judicial notice may be taken at any stage of the proceeding." (Fed. R. Evid. 201(f).)

These documents illuminate matters that are "not subject to reasonable dispute," and substantiate facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (Fed. R. Evid . 201.) Accordingly defendants respectfully request that the Court grant this Request for Judicial Notice.

Respectfully Submitted,

Dated: September 9, 2010                    ALLMAN & NIELSEN, P.C.


By: ___/s/_____
Sara B. Allman
Attorneys for Defendants
MARIO JUAREZ, an individual, and
THE MARIO JUAREZ SELLING TEAM

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                    -3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| S. Raye Mitchell<br>Attorney at Law<br>1300 Clay Street Suite 600<br>Oakland, CA 94612<br>510-836-0102<br>Fax: 510-380-6531<br>Email: mitchellsr@aol.com | Attorneys for Boyd Real Property LLC<br>*a California limited liability company* |
| Erika Jordening CSB #184986<br>Law Offices of Erica Jordening<br>1376 De Solo Dr<br>Pacifica, CA 94044<br>(415) 706-2930 | Attorney for Defendants<br>MARIO JUAREZ, AN INDIVIDUAL, AND THE MARIO JUAREZ SELLING TEAM |

[x]   **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ]   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ]   **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on September 9, 2010, at Larkspur, California.

NOLI VILLA

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                                           -4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Exhibit "1"



# FILED
## ALAMEDA COUNTY

JUL - 9 2010

CLERK OF THE SUPERIOR COURT
By_Vicki Daybell_

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

BOYD REAL PROPERTY, LLC,

    Plaintiff,

vs.

FIRESIDE CALIFORNIA GROUP, INC., MARIO JUAREZ, an Individual, AMERICAN FIRST FINANCIAL CORP., a California corporation, THE MARIO JUAREZ SELLING TEAM (form of entity unknown) and DOES 1 through 20, inclusive,

    Defendants.

Case No. RG10-500483
Sheriff's File No. 10-7135
ORDER QUASHING WRIT OF POSSESSION

This matter came before the court EX-PARTE today for motion for stay.

Appearing for Plaintiff, Boyd Real Property, LLC, was S. Rae Mitchell, Esq. and appearing for dismissed defendant, Mario Juarez, was Erika Jordening Esq.

The matter was argued and submitted.

It appearing to the Court that Terracotta LLC is an occupant of he real property that is the subject of this unlawful detainer and that the sole shareholder of Terracotta

1

LLC, Cecilia Mendez, may be a holdover tenant on a month to month basis after expiration of a term lease.

It further appearing to the court that Cecilia Mendez is the Debtor in a Bankruptcy proceeding in the Eastern District of California with the case file number of 2009-30142.

It further appearing to the court that Plaintiff has obtained a Writ of possession that will have the effect of dispossessing the bankrupt Debtor Cecilia Mendez individually and/or her business, Terracotta LLC from the premises described in this Unlawful Detainer.

It further appears to the court that relief from the Bankruptcy Stay has not been Ordered by the Bankruptcy Court.

Because of the above cited facts, the Writ of Possession in this matter is QUASHED, and Plaintiff and his counsel are ordered to refrain from seeking or obtaining any writ in this matter 1) without further Order of <u>this</u> court, and 2) without having either received an Order granting relief from stay from the Bankruptcy Court or a notice of dismissal of the Bankruptcy Petition.

Dated: July 9, 2010

_/s/ Frank Roesch_
Frank Roesch
Judge of the Superior Court

## CLERK'S DECLARATION OF MAILING

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing ORDER QUASHING WRIT OF POSSESSION to be mailed first class, postage pre paid, in a sealed envelope to the persons hereto, addressed as follows:

S. Raye Mitchell, Esq.
1300 Clay Street, Suite 600
Oakland, CA 94612


Erika Jordening, Esq.
1376 De Solo Drive
Pacifica, CA 94044


I declare under penalty of perjury that the same is true and correct.
Executed on July 12, 2010

By: *Vicki Daybell*
Vicki Daybell, Deputy Clerk
Department 31