Sara B. Allman, Esq. CSB #107932
■**Allman & Nielsen, P.C.** ■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:     all-niel@comcast.net

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL, AND
THE MARIO JUAREZ SELLING TEAM

Erika Jordening CSB #184986
Law Offices of Erica Jordening
1376 De Solo Dr
Pacifica, CA 94044
(415) 706-2930
ejordening@gmail.com

Attorney for Defendants
MARIO JUAREZ, AN INDIVIDUAL, AND
THE MARIO JUAREZ SELLING TEAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company, | Case No.: 3:10-cv-03142-TEH |
| Plaintiff, | **DECLARATION OF ERIKA JORDENING IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| v. | |
| The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jordening, an individual; | |

DECLARATION OF ERIKA JORDENING IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                                    -1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1 | Edwin Ramirez, an individual; Jimena
2 | Olmos, an individual; Jennifer Juarez, an
individual; Jose Ontiveros, an individual;
3 | Dario Laza, an individual, Fernando "El
4 | Carinoso" Martinez; an individual, Will
Jimenez, an individual,  Adelberto "TITO"
5 | Gutierrez, an individual, Bernardo
6 | Villafuerte, an individual, Carmen Acosta, an
7 | individual, Delia Dorantes, an individual,
Eleyna Felix, an individual, Enedina "Dina"
8 | Munguia, an individual, Ezequiel Zarate, an
9 | individual, Frank Coelle, an individual,
Gaberiel Ortiz, an individual, Irma Reynoso,
10 | an individual, Johnathan Izazaga, an
11 | individual, Rosa Valencia, an individual,
12 | Rosalia Negron, an individual, Sonia
Dominguez, an individual, Stephanie
13 | Candevan, an individual, Sue Mei, an
14 | individual, Wilfred Negron, an individual
15 | Does 1-10.,

16 |      Defendants.

17 |

18 | I, Erika Jordening, hereby declare:

19 | 1. I am an attorney at law duly licensed to practice in all courts within the State of

20 |    California and am one of the attorneys of record for defendants Mario Juarez and the

21 |    Mario Juarez Selling Team. Unless stated on information and belief, I have first hand

22 |    knowledge of all the facts set forth in this declaration and if called to testify could

23 |    testify competently thereto.

24 |

25 | 2. I allege upon information and belief that in January 2010, Terracota LLC, who was

26 |    already in possession of the subject premises, paid rent to Boyd Real Property in the

27 |    amount of $3,500.00.  See attached Exhibit "A", and made a part hereof, a true and

28 |    correct copy of the deposit receipt for payment to Boyd Real Property's Wells Fargo

29 |    Checking Account.

30 | 3. I allege upon information and belief that after Terracota, LLC tendered January's rent

31 |    and Boyd Real Property accepted this rent, negotiations between Lewis Phon (Cecilia

32 |    Mendez's bankruptcy attorney) and Boyd's attorney, S. Raye Mitchell, broke down

DECLARATION OF ERIKA JORDENING IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                    -2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

and she filed a 3 Day Notice to Pay or Quit.  See Exhibit "B", attached hereto, and made a part hereof, a true and correct copy of the 3 Day Notice served and proof of service signed by Sandra Raye Mitchell.

4.  I allege upon information and belief that on January 22, 2010, S. Raye Mitchell filed a Complaint for Unlawful Detainer in Alameda County Superior Court, case no. RG 10495150, on behalf of Boyd and against Terracota LLC, Cecilia Mendez, Mario Juarez, dba The Mario Juarez Selling Team, Fireside California Group, and all occupants.  See Exhibit "C", attached hereto and made a part hereof, a true and correct copy of the Summons dated January 22, 2010 and the UD Complaint dated January 25, 2010.

5.  On January 29, 2010, Lewis Phon, the attorney for Terracota LLC and Cecilia Mendez, filed a demurrer to the complaint.  The hearing was set for March 3, 2010. See Exhibit "D", attached hereto and made a part hereof, a true and correct copy of the demurrer.

6.  On February 5, 2010, S. Raye Mitchell obtained a clerk's default judgment against Fireside California Group and Mario Juarez as holdover tenants for possession only. See Exhibit "E", attached hereto and made a part hereof, a true and correct copy of the default judgment.

7.  On February 18, 2010, the court vacated and set aside the defaults and quashed and recalled the Writ of Possession against Fireside California Group and Mario Juarez. See Exhibit "F", attached hereto and made a part hereof, a true and correct copy of the court's order to set aside and quash.

8.  On February 19, 2010, the court also issued a tentative ruling that the demurrer of Mendez and Terracota LLC was moot in light of a voluntary dismissal filed by Boyd and entered as to those parties that date.  See Exhibit "G", attached hereto and made a part hereof, a true and correct copy of the tentative ruling by Department 31.

9.  On February 25, 2010, Boyd filed a second unlawful detainer in Alameda County Superior Court, case no., RG 10500488.  See Exhibit "H", attached hereto and made a part hereof, the Summons and Complaint filed on February 25, 2010. In the second

DECLARATION OF ERIKA JORDENING IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                     -3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

unlawful detainer Boyd sued Fireside California Group, Mario Juarez, and "The Mario Juarez Selling Team" as defendants.

10. On April 22, 2010, Mario Juarez filed an answer in case no. RG 10500488.  See Exhibit "I", attached hereto and made a part hereof, a true and correct copy of the answer.

11. On June 21, 2010, I filed a summary judgment motion and the hearing was set for June 25, 2010. I stipulated to give S. Raye Mitchell a 5 day extension to file her opposition papers as a professional courtesy, the actual hearing was moved out to July 2, 2010, the same day as the trial.

12. On July 1, 2010, while I was preparing for trial set for July 2, 2010, S. Raye Mitchell obtained a clerk's default judgment against Fireside California Group, Inc. and "The Mario Juarez Selling Team".  See Exhibit "J", attached hereto and made a part hereof, a true and correct copy of the "Clerk's Judgment" dated July 1, 2010.

13. On July 1, 2010, S. Raye Mitchell, filed a Request for Dismissal as to Mario Juarez, and individual.  See Exhibit "K", attached hereto and made a part hereof, a true and correct copy of the "Request for Dismissal" filed on July 1, 2010.

14. On July 8, I filed an Ex Parte application to recall the writ and a temporary stay on the default judgment until further evidence could be heard by the court on this matter. See Exhibit "L", attached hereto and made a part of a true and correct copy of the Ex Parte Notice and Application for hearing on July 9, 2010.

15. At the Ex Parte hearing, S. Raye Mitchell submitted evidence that Cecilia Mendez and Terracota were the true tenants of the subject premises.  I acknowledged that Cecilia Mendez was currently in bankruptcy and that she had named Terracota LLC on the petition as her alias.

16. After reviewing the evidence submitted by S. Raye Mitchell, the court ruled that Cecilia Mendez is the true tenant and occupant of the property located at 4030 A International Blvd., Oakland, CA 94601 and that Cecilia Mendez is currently under the protection of the automatic stay of the bankruptcy court.  See attached Exhibit

DECLARATION OF ERIKA JORDENING IN SUPPORT OF
OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE
APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION                              -4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

"M", a true and correct copy made a part hereof, "Order of the Court on Ex Parte Application."

17. After failing to obtain a writ of possession or filing a request for relief from the stay as to Cecilia Mendez in Bankruptcy Court, Miss Mitchell filed this complaint in Federal Court instead.

18. On Sunday, September 5, 2010, S. Raye Mitchell e-mailed me a Notice that she intended to file a TRO motion in this court proceeding on September 6, 2010. I attempted to advise her that Monday September 6, 2010 was a federal legal holiday and that such notice was improper under the court rules. I also advised her that I would soon be substituting out as counsel. She advised that she was merely advocating for her client. On Tuesday morning, September 7, 2010, she telephoned me to advise that she was submitting her TRO to the court for filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except for those matters alleged on information and belief, as to those matters I believe them to be true. This declaration is executed on this day, September 9, 2010 at Pacifica, California.

/s/_____
Erika Jordening

DECLARATION OF ERIKA JORDENING IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION                -5-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.3700 Facsimile: 415.461.2726

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

### DECLARATION OF ERIKA JORDENING IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S FIRST EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

S. Raye Mitchell                          Attorneys for Boyd Real Property LLC
Attorney at Law                           *a California limited liability company*
1300 Clay Street Suite 600
Oakland, CA 94612
510-836-0102
Fax: 510-380-6531
Email: mitchellsr@aol.com

Erika Jordening CSB #184986               Attorney for Defendants
Law Offices of Erica Jordening           MARIO JUAREZ, AN INDIVIDUAL,
1376 De Solo Dr                           AND THE MARIO JUAREZ SELLING
Pacifica, CA 94044                        TEAM
(415) 706-2930

[x]   **BY MAIL:**  I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ]   **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

[ ]   **BY FACSIMILE:**  I sent such document via facsimile to the facsimile machine of the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on September 9, 2010, at Larkspur, California.

NOLI VILLA

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Exhibit "A"

**Cecilia Mendez**

| | |
|---|---|
| **From:** | Cecilia Mendez |
| **Sent:** | Sunday, January 03, 2010 11:53 AM |
| **To:** | 'chie palisoc' |
| **Cc:** | Mario Juarez |
| **Subject:** | copy of deposit receipt |
| **Attachments:** | 20100103124816676.pdf |

20100103124816667
6.pdf (43 KB)

Hi Chie,

Here is a copy of the deposit receipt for the rent of January.

Regards,

Cecilia Mendez
THE MARIO JUAREZ Selling Team!
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281
-----Original Message-----
From: COPIER2 [mailto:COPIER2]
Sent: Sunday, January 03, 2010 9:48 AM
To: Cecilia Mendez
Subject:

This E-mail was sent from "COPIER_2" (Aficio 2015).

Scan Date: 01.03.2010 12:48:16 (-0500)
Queries to: COPIER2

1



Wells Fargo Bank
Transaction Record

Deposit

Store # *0575 AC&J

Account Number          XXXXXX5102
00004                    $3,500.00
Cash Amount                       0
Number of Checks

Total Deposited          $3,500.00
Less Cash                  - $0.00
Net Deposit Amount       $3,500.00

Transaction # 013 0019
12:17PM   01/02/10 Credited: 01/04/10

Thank you for banking with Wells Fargo!

Thank you, Cammie.

Exhibit "B"

# THREE DAY NOTICE TO PAY RENT OR QUIT

Commercial Premises:
4030 International Blvd, Suite A
Oakland, CA 94601 (the "Premises")

Also known as
4030A International Blvd
Oakland, CA 94601

TO:
TO ALL OCCUPANTS:

**Mario Juarez, an individual**

**Mario Juarez
dba The Mario Juarez Selling Team
4030 International Blvd, Suite A
Oakland, CA 94601**

**Terracota LLC
4030 International Blvd, Suite A
Oakland, CA 94601**

**Mario Juarez
As apparent agent and representative of all tenants and occupants
4030 International Blvd, Suite A
Oakland, CA 94601**

**Mario Juarez
Assignee and Holdover Tenant Under
Fireside California Group, Inc
4030 International Blvd, Suite A
Oakland, CA 94601**

**All Occupants
4030 International Blvd, Suite A
Oakland, CA 94601**

**Fireside California Group, Inc
4030 International Blvd, Suite A
Oakland, CA 94601**

**Cecilia Mendez
Agent and Member
Terracota LLC
4030 International Blvd, Suite A
Oakland, CA 94601**

Attachment to Complaint for Unlawful Detainer

Commercial Premises:
4030 International Blvd, Suite A
Oakland, CA 94601 (the "Premises")

Also known as
4030A International Blvd
Oakland, CA 94601

**Defendants**

**Mario Juarez, an individual**

**Mario Juarez**
**dba The Mario Juarez Selling Team**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**Terracota LLC**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**Mario Juarez**
**As apparent agent and representative of all tenants and occupants**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**Mario Juarez**
**Assignee and Holdover Tenant Under**
**Fireside California Group, Inc**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**All Occupants**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**Fireside California Group, Inc**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

**Cecilia Mendez**
**Agent and Member**
**Terracota LLC**
**4030 International Blvd, Suite A**
**Oakland, CA 94601**

YOU ARE HEREBY NOTIFIED that the rent is now due for the Premises in the estimated amount of **$ 39, 170.71** representing rent due and owing for the months of May 2009 through January 2010, under the oral agreement to which the above entities occupy the Premises.

Within three days after service of this Notice upon the above named entities and persons, the above named entities and persons are required to pay all of the outstanding monthly rent due and owing for the Premises in the amount stated above by cash, or certified funds, or bank check, payable to Boyd Real Property dba Plaza Del Sol ("Landlord") for the Premises, which payment must be delivered to S. Raye Mitchell, at The Making a New Reality Inc, 1300 Clay Street Suite 600 Telephone 510.836.0102: Business Hours 9:00 a.m.-5:00 p.m., Monday –Friday.  In the alternative, possession of the Premises must be delivered to Boyd Real Property within three days after service of this Notice upon the above named entities and persons.

YOU ARE FURTHER NOTIFIED that the Landlord does hereby elect to declare the forfeiture of the agreement pursuant to which the above named entities or persons occupy the Premises, if the rent demanded in this Notice is not paid as required by this Notice.

YOU ARE FURTHER NOTIFIED that, pursuant to Code of Civil Procedure § 1161.1 (c), the acceptance by Landlord of any partial rent payment does not and shall not constitute a waiver of any rights, including any right the Landlord may have to recover possession of the Premises.

YOU ARE FURTHER NOTIFIED that if the above rent is not paid in full as demanded in this Notice or if possession of the Premises is not delivered to S. Raye Mitchell, then Landlord will commence legal proceedings against the above named entities and persons to: 1) Declare a forfeiture or any and all rental agreements governing the occupancy of the Premises by the above named entities or persons; 2) Recover possession of the Premises; 3) Recover the rent demanded in this Notice and 4) costs.

Dated: January 13, 2010

S. Raye Mitchell, Esq

# PROOF OF SERVICE

Resident(s): _SEE ATTACHED._

Space No.: _____

Address:  4030A  International Blvd Oakland, CA 94601

Date of Service  1/13/10 _____

Document(s) Served:

____ Three & Sixty Day Notices

____ Sixty Day Notice ONLY

____ Seven Day Notice

✓ Other:  3 Day Notice to Pay or Quit

---

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served the above notice, of which this is a true copy, on the above-mentioned tenant(s) in possession in the manner(s) indicated below:

☐ On _____, 20___ , I handed the notice to the tenants.

☒ On _____, 20___ . after attempting personal service, I handed the notice to a person of suitable age and discretion at the tenant's residence/business and mailed a copy to tenants residence by first class mail, postage prepaid..

☐ On _____, 20___ . after attempting service by both manners indicated above, I posted the notice on a conspicuous place at the tenant's residence, and mailed a copy to tenants residence by first class mail, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I can competently testify thereto.

Executed on  1/14/10 _____, 20___ , at the City of  Oakland _____ , County of  Alameda _____ State of California.

Served by _____

---

## Legal Owner

Name  Boyd Real Property _____

Address:  4030 International Blvd Oakland, CA 94601

## Registered Owner

Name: _____

Address: _____

---

☐  There are no legal or registered Owners of the mobilehome other than the Resident(s):

I hereby declare the foregoing to be true and correct under penalty of perjury.

Executed this  12th _____ day of  January _____ at  Oakland _____ California.

_____
Landlord, or Landlord's Agent or Attorney at Law

Exhibit "C"

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

*ENDORSED*
FILED
ALAMEDA COUNTY

JAN 2 2 2010

CLERK OF THE SUPERIOR COURT
By: ERICA BAKER

**NOTICE TO DEFENDANT:** MARIO JAUREZ individual
**(AVISO AL DEMANDADO):** Mario Jaurez aka Mario Juarez
Selling Team, Terra com LLC Fireside Cafe Group, Inc
Cecilia Mendez ~~~~~~~~ ~~~~~ and all occupants

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
Boyd Real Property

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
(El nombre y dirección de la corte es):

CASE NUMBER:
(Número del caso):   **10 495 150**

Alameda County Superior Court 1221 Fallon Street, Oakland, CA 94612

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

S. Raye Mitchell 1300 Clay Street Suite 600 Oakland, CA 94612

3. *(Must be answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☑ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: **JAN 2 2 2010**   *Executive Officer/Clerk of the Superior Court*
(Fecha)   **PAT S. SWEETEN**   Clerk, by  **ERICA BAKER**  , Deputy
(Secretario)   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, *(POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant.
   d. ☑ on behalf of *(specify):* Cecilia Mendez, Agent of Terracom Llc
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☑ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ CCP 415.46 (occupant)   ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**SUM-130**

| | |
|---|---|
| PLAINTIFF *(Name):* Boyd Real Property | CASE NUMBER: |
| DEFENDANT *(Name):* Mario Juaraez, et al as attached | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

    a. Assistant's name:

    b. Telephone no.:

    c. Street address, city, and zip:

    d. County of registration:

    e. Registration no.:

    f. Registration expires on *(date):*

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
S. Raye Mitchell SBN 172664
The Making a New Reality, LLC
1300 Clay Street Suite 600
Oakland, CA 94612
TELEPHONE NO.: 510.836.0101     FAX NO.: 510.380.6531
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Alameda**
STREET ADDRESS: 1221 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern

*FOR COURT USE ONLY*

ENDORSED
FILED
ALAMEDA COUNTY

JAN 2 8 2010

CLERK OF THE SUPERIOR COURT
By: ERICA BAKER

**CASE NAME:**
Boyd Real Property vs. Mario Juarez, et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: RG 10 495150 |
|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☑ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder  Filed with first appearance by defendant *(Cal. Rules of Court, rule 3.402)* | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☑ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation**
*(Cal. Rules of Court, rules 3.400–3.403)*
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* One
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 1/25/10

S. Raye Mitchell
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

ENDORSED UD-100

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>S. Raye Mitchell  SBN 172664<br>The Making a New Reality, Inc<br>1300 Clay Street Suite 600<br>Oakland, CA 94612<br>TELEPHONE NO.: 510.836.0102   FAX NO. (Optional): 510.380.6531<br>E-MAIL ADDRESS (Optional): raye@ichope2.com<br>ATTORNEY FOR (Name): Boyd Real Property | FOR COURT USE ONLY<br>ALAMEDA COUNTY<br>MAY 2 5 2010<br>CLERK OF THE SUPERIOR COURT<br>BY ERICA BAKER |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Alameda
STREET ADDRESS: 1221 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern

PLAINTIFF: Boyd Real Property

DEFENDANT: Mario Juaraez, et al as attached

[✓] DOES 1 TO 25

**COMPLAINT — UNLAWFUL DETAINER***

[✓] COMPLAINT   [ ] AMENDED COMPLAINT (Amendment Number):

CASE NUMBER:   10 495150

**Jurisdiction** (check all that apply):

[✓] ACTION IS A LIMITED CIVIL CASE
  Amount demanded   [ ] does not exceed $10,000
                    [✓] exceeds $10,000 but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)   [ ] from unlimited to limited

1. PLAINTIFF (name each):
   Boyd Real Property
   alleges causes of action against DEFENDANT (name each):
   Mario Juarez, an individual,  Terracota LLC, et al.  See Attached for a full list of Defendants   Exhibit (A)

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                     (2) [ ] a public agency.                         (5) [✓] a corporation.
                     (3) [ ] other (specify):
   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   4030A International Blvd, Oakland, CA 94601

4. Plaintiff's interest in the premises is   [✓] as owner   [ ] other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): 2/1/08                   defendant (name each):
   Mario Juarez, an individual, Terracata LLC, Mario Juarez dba The Mario Juarez Selling Team, et al See
   Attached for full list of Defendants
     (1) agreed to rent the premises as a   [✓] month-to-month tenancy   [ ] other tenancy (specify):
     (2) agreed to pay rent of $ 4961.25           payable [✓] monthly   [ ] other (specify frequency):
     (3) agreed to pay rent  on the   [✓] first of the month   [ ] other day (specify):
   b. This  [ ] written   [✓] oral   agreement was made with
     (1) [✓] plaintiff.                   (3) [ ] plaintiff's predecessor in interest.
     (2) [ ] plaintiff's agent.           (4) [ ] other (specify):

**\* NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Page 1 of 3

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF (Name): Boyd Real Property | CASE NUMBER: |
| DEFENDANT (Name): Mario Juaraez, et al as attached | |

6. c. ☑ The defendants not named in item 6a are
      (1) ☑ subtenants.
      (2) ☐ assignees.
      (3) ☐ other (specify):

  d. ☑ The agreement was later changed as follows (specify):
      Boyd Real Property allowed a temporary rent reduction to $2500.00 per month 8/1/09~12/31/09

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
  f. ☐ (For residential property) A copy of the written agreement is not attached because (specify reason):
      (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
      (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☑ a. Defendant (name each):
      See Attached

      was served the following notice on the same date and in the same manner:
      (1) ☑ 3-day notice to pay rent or quit    (4) ☐ 3-day notice to perform covenants or quit
      (2) ☐ 30-day notice to quit           (5) ☐ 3-day notice to quit
      (3) ☐ 60-day notice to quit           (6) ☐ Other (specify):
  b. (1) On (date): 1/18/10        the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. ☑ The notice included an election of forfeiture.
  e. ☐ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. ☑ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. ☑ The notice in item 7a was served on the defendant named in item 7a as follows:
      (1) ☐ by personally handing a copy to defendant on (date):
      (2) ☑ by leaving a copy with (name or description): Cecillia Mendez
          a person of suitable age and discretion, on (date): 1/13/10    at defendant's
         ☐ residence ☑ business AND mailing a copy to defendant at defendant's place of residence on
         (date): 1/14/10      because defendant cannot be found at defendant's residence or usual
         place of business.
      (3) ☐ by posting a copy on the premises on (date):      ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date):
         (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
         (b) ☐ because no person of suitable age or discretion can be found there.
      (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
      (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
  b. ☐ (Name):
      was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Page 2 of 3

| PLAINTIFF (Name): Boyd Real Property | CASE NUMBER: |
|---|---|
| DEFENDANT(Name): Mario Juaraez, et al as attached | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 39,170.71
11. ☑ The fair rental value of the premises is $ 165.38      per day.
12. ☑ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☐ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

         Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☑ past-due rent of $ 25,000.00
    d. ☑ reasonable attorney fees.
    e. ☑ forfeiture of the agreement.
    f. ☑ damages at the rate stated in item 11 from *(date):* 1/18/10     for each day that defendants remain in possession through entry of judgment.
    g. ☑ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*

18. ☑ Number of pages attached *(specify):* _____

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 1/25/10

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ *See attached*
_____
(SIGNATURE OF PLAINTIFF )

UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Page 3 of 3

**VERIFICATION**

I the undersign declare:

I am an attorney licensed to practice law in California.  I am one of plaintiff's attorneys on this case.  Plaintiff is absent from the county where I have my office and so I am verifying this complaint on Plaintiff's behalf.  I have read this complaint and I am informed and believe that the matters stated therein are true.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

So executed on January 24, 2010 in Oakland, CA.

S. Raye Mitchell

Attachment 12 to Complaint for Unlawful Detainer

Defendants, each individually and collectively have intentionally refused to pay rent or quit the property until tenants locate and move into new space in March 2010 or later. Defendants, as represented by Mario Juarez so stated that they know to work the system and delay release of the premises.  Defendants remain on the property for the express purpose of causing delay and expense to the landlord.  One tenant alleged that she is in Bankruptcy Court proceedings and that this action is subject to an automatic stay, however, when the defendant was granted a temporary rent reduction, there are no indications that she so notified the Bankruptcy Court.

Dated: January 13, 2010

S. Kaye Mitchell, Esq

Exhibit "D"

1  Lewis Phon Bar #74907
   Law Offices of Lewis Phon
2  4040 Heaton Court
   Antioch, CA  94509
3  (415) 574-5029 tel
   (925) 706-7600 fax
4
   ATTORNEY FOR DEFENDANT               **ENDORSED**
5  Terracota, L.L.C.                    **FILED**
   Cecilia Mendez                   ALAMEDA COUNTY
6
                                      JAN 2 9 2010
7
                              CLERK OF THE SUPERIOR COURT
8                             By _____ Deputy
                                      S. McMullen
9

10           SUPERIOR COURT OF THE STATE OF CALIFORNIA

11              IN AND FOR THE COUNTY OF ALAMEDA

12
   Boyd Real Property,
13                                   CASE No.   10495150

14        Plaintiff,
                                     NOTICE OF MOTION AND
15                                   MOTION TO
                                     DEMURRER TO COMPLAINT
16
   V.
17
   MARIO JAUREZ, an INDIVIDUAL,
18 MARIO JAUREZ, DBA MARIO
   JUAREZ SELLING TEAM,              DATE: March 3, 2010
19 TERRACOTA, LLC                    TIME: 9:00 A.M.
   FIRESIDE CALIFORNIA GROUP, INC.   PLACE: 31
20 CECILIA MENDEZ, AGENT
   AND MEMBER TERRACOTA, LLC
21 ALL OCCUPANTS,

22

23        Defendants.
   _____/
24

25     TO EACH PARTY AND THEIR ATTORNEY OF RECORD IN THIS ACTION:


   Demurrer to Complaint
                                  1

1   PLEASE TAKE NOTICE THAT DEFENDANTS TERRACOTA, LLC and CECILA

2   MENDEZ will demur to the plaintiff's complaint on March 3, 2010

3   at 9:00 A.M. or as soon thereafter as this matter can be heard,

4   in Department 31 of this Court located at the U.S. Post Office

5   Building, 201 13th Street (between Alice and Jackson), Oakland,

6   California 94612. The main courthouse building is located at

7   1225 Fallon Street, Oakland, California 94612.

8        The grounds for the demurrer is that the complaint is

9   uncertain, unintelligible and ambiguous in that the amount of

10  rent alleged past due in the three days notice is contradicted by

11  and not supported by the allegations of the complaint.

12       Furthermore, the complaint may state no cause of action as

13  the amounts sought to be recovered may be barred by the statute

14  of limitations or contain non-rent amounts.

15       This motion is made pursuant to Code of Civil Procedure,

16  Section 430.10 (e) (f).

17       Said motion is based on this notice, the demurrer, the

18  accompanying Points and Authorities and complete file and records

19  in this action.

20

21  Dated: January 28, 2010        _____
                                    Lewis Phon, Attorney for
22                                  Defendants Terracota, LLC and
                                    Cecilia Mendez
23  k:\data55\masterpiece\NOTICE OF MOTION TO DEMURRER

24

25

Demurrer to Complaint

2

## PROOF OF SERVICE

1

2    I am employed in the County of Contra Costa,
State of California.  I am over the age of 18 and not a party to
3    the within action.  My business address is 4040 Heaton Court,
Antioch, California.

4

5    On January 29, 2010, I caused to be served the
foregoing document(s) described as **Notice of Motion to Demur,
Demurrer to Complaint, Points and Authorities** in said action by
6    placing a true copy thereof enclosed in a sealed envelope
addressed to the attorney(s) or party of record whose name(s)
7    and address(es) appear below:

8    S. Raye Mitchell
The Making a New Reality, Inc.
9    1300 Clay Street, Suite 600
Oakland, California 94612

10

11    __    (BY PERSONAL SERVICE) I caused such envelope to be
delivered by hand to the offices of the address(s).
12

13    _X_    (BY MAIL)  I caused such envelope with postage thereon
fully prepaid to be placed in the United States mail at
14    Antioch, California.

15    ___    (STATE)  I declare under penalty of perjury under the
laws of the State of California that the above is true
16    and correct.

17    I declare under penalty of perjury under the laws of the State of
California and of the United States that the above is true and
18    correct.  Executed on January 29, 2010 at Antioch, California.

19
_____Lewis Phon_____                    _____
20    Print or Type Name                              Signature

21

22

23

24

25

Demurrer to Complaint

3

1   Lewis Phon Bar #74907
    Law Offices of Lewis Phon
2   4040 Heaton Court
    Antioch, CA  94509
3   (415) 574-5029 tel
    (925) 706-7600 fax
4
    ATTORNEY FOR DEFENDANTS
5   Terracota, L.L.C.
    Cecilia Mendez

                                    **ENDORSED**
                                    **FILED**
                                    **ALAMEDA COUNTY**

6 - - - - - - - - - - - - - - - - - - - - - - - - - - JAN 2 9 2010 - - -

7                                   CLERK OF THE SUPERIOR COURT
                                    By _____
8                                              J. McMullen Deputy

9

10

11              SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                  IN AND FOR THE COUNTY OF ALAMEDA

13
    Boyd Real Property,
14
                                    CASE No.  10495150
15          Plaintiffs,

16                                  DEMURRER TO COMPLAINT

17  V.

18  MARIO JAUREZ, an INDIVIDUAL,
    MARIO JAUREZ, DBA MARIO
19  JUAREZ SELLING TEAM,            DATE: 3-3-2010
    TERRACOTA, LLC                  TIME: 9:00 A.M.
20  FIRESIDE CALIFORNIA GROUP, INC. PLACE: Dept 31
    CECILIA MENDEZ, AGENT
21  AND MEMBER TERRACOTA, LLC
    ALL OCCUPANTS,
22
            Defendants.
23  _____/

24

25      Defendants Terracota, LLC and Cecilia Mendez hereby demur to


    Demurrer to Complaint

                                    1

1  plaintiff's Complaint on each of the following grounds:

2      1) The allegations of the complaint are uncertain,

3  unintelligible and ambiguous in that it cannot be determined from

4  the complaint how the past due rent was determined and if the

5  rent is, in fact, due and owing.

6      2) Defendants further demur to the complaint on the

7  grounds that it is unclear from the complaint as to whom the

8  three days notice was served as the complaint specifies seven

9  defendants but alleges only one copy was left with Cecilia

10 Mendez.  However, the proof of service does not specify who was

11 served with the notice, on whose behalf the notice was served or

12 when was the notice served.

13     3) The complaint further states no cause of action as the

14 amount claimed under the three days notice may be barred by the

15 statute of limitations or contains non-rent amounts.

16

17

18 Dated:1/28/2010                 Lewis Phon, Attorney for
                                   Defendant Terracota, LLC and
19                                 Cecilia Mendez

20

21 k:\data55\terracota\DEMURRER

22

23

24

25

Demurrer to Complaint

2

1  Lewis Phon Bar #74907
   Law Offices of Lewis Phon
2  4040 Heaton Court
   Antioch, CA  94509
3  (415) 574-5029 tel
   (925) 706-7600 fax
4
5  ATTORNEY FOR DEFENDANTS
   Terracota, L.L.C.
6  Cecilia Mendez

ENDORSED
FILED
ALAMEDA COUNTY

JAN 2 9 2010

CLERK OF THE SUPERIOR COURT
By _____ S. McMiller _____
                                    Deputy

7

8

9

10

11          SUPERIOR COURT OF THE STATE OF CALIFORNIA

12              IN AND FOR THE COUNTY OF ALAMEDA

13  Boyd Real Property,

14                                  CASE No.  10495150
              Plaintiffs,
15                                  POINTS AND AUTHORITIES
                                    IN SUPPORT OF MOTION TO
16                                  DEMURRER TO COMPLAINT

17  V.

18  MARIO JAUREZ, an INDIVIDUAL,
    MARIO JAUREZ, DBA MARIO
19  JUAREZ SELLING TEAM,            DATE: March 3, 2010
    TERRACOTA, LLC                  TIME: 9:00 A.M.
20  FIRESIDE CALIFORNIA GROUP, INC.  PLACE: 31
    CECILIA MENDEZ, AGENT
21  AND MEMBER TERRACOTA, LLC
    ALL OCCUPANTS,
22

23
              Defendants.
24  _____/

25

Demurrer to Complaint
                                    1

## STATEMENT OF FACTS

The plaintiff seeks to recover possession of its premises based upon alleged past due rents from the various named defendants.  The complaint is based upon the three days notice to pay rent or quit which specifies a past due amount of $39,170.  However, this amount is contracted by the allegations of the complaint.

Although the three days notice makes a claim that $39,170 is due, it is uncertain how this number was derived as the allegations in the complaint do not support this amount. For example, the three days notice specifies that the defendants owe rent for the period from May 2009 to January 2010.  However, the complaint itself specifies at paragraph 6d that the monthly rent due was $4961.25 from May 2009 to August 1, 2009 and that the monthly rent due from August 1, 2009 to December 31, 2009 was $2500.  Therefore, assuming that no rent was paid for the period from May 2009 to January 2010, at most the rent due for this period was $27,383.  There is a difference of $11,787 that cannot be explained and is not supported by the three days notice.

The complaint contains further defects on its face.  The proof of service of the three days notice which appears to be incorporated into the complaint contain completely contradictory dates.  While the proof of service was executed under penalty of perjury on January 12, 2010, the three days notice appears to be served served on January 13, 2010, _after_ the declaration was

Demurrer to Complaint

1   signed.  To add further confusion to the proof of service,

2   another date of 1/14/2010 is stated in the proof of service as to

3   an alleged service date while leaving a blank date of service.

4       Lastly, the summons appears to be dated on January 22, 2010

5   and filed without a complaint as the complaint appears to be

6   dated on January 25, 2010.  Therefore, it appears that there was

7   no complaint to support the issuance of the summons.

8       **IF A CAUSE OF ACTION OR COMPLAINT SHOWS ON ITS FACE THAT IT IS**

9           **AMBIGUOUS OR UNCERTAIN, A GENERAL DEMURRER MAY LIE.**

10      A cause of action is uncertain and ambiguous if the factual

11  allegations contradict each other and it cannot be determine which

12  facts the complaint is relying on to form the basis of the

13  complaint.

14      C.C.P. 430.10(f) specifies that a demurrer may lie if a

15  pleading is uncertain or ambiguous.   In this case, the plaintiff

16  is claiming unpaid rent as the basis for the complaint and attaches

17  a three days notice to pay rent or quit as part of the complaint.

18  The notice alleges $39,170 as the amount due for the period from

19  May 2009 to January 2010.  (See three days notice attached to the

20  complaint).   At the same time, the complaint at paragraph 6(2)(a)

21  specifies that the monthly rent due is $4961.25 with a reduction of

22  rent to $2500 per month for the period from August 1, 2009 to

23  December 31, 2009.  Additionally, the prayer for the past due in

24  the complaint specifies that the amount is only $25,000.  See

25  Complaint, paragraph 17.

Demurrer to Complaint

1    Assuming no rent was paid for the period from August 1, 2009
2 to December 31, 2009 or five months at a rate of $2500 per month,
3 there would be due $12,500.  Deducting $12,500 from the $39,170
4 allegedly due, the plaintiff is claiming that $26,670 for the
5 period from May 1, 2009 to August 1, 2009.  This would amount to
6 $8890 per month for three months which is far in excess of what is
7 supposed to be the monthly rent of $4961.25 and contradicts the
8 same.  Conversely, assuming that no rent was paid from May 2009 to
9 July 31, 2009, the most that would be due would be $14,883, much
10 less than what is claimed under three days notice.

11    Even if plaintiff is estimating the amount of rent due, there
12 is nothing stated in the complaint to support such a large
13 discrepancy in the amount of rent claimed.  See generally, _In_
14 _Cinnamon Square Shopping Center v. Meadowlark Enterprise_ (1994) 24
15 Cal.App.4th 1837 wherein the court found for the tenant when the
16 landlord served a three days notice based upon an estimate of rent
17 due but was unable to support the variance between the amount
18 stated in the notice and the amount actually found due.

19    **EVEN ASSUMING THAT THE PAST DUE RENT INCLUDED AMOUNTS OWED**
20 **FROM A PRIOR PERIOD, THE COMPLAINT IS SUBJECT TO DEMURRER AS IT IS**
21 **NOT CLEAR HOW FAR BACK THE ARREARAGES ARE BEING CLAIM AND, THUS,**
22 **SUBJECT THE COMPLAINT TO A DEFENSE OF THE STATUTE OF LIMITATIONS.**

23    Past due rent cannot be collected beyond a one year period.
24 C.C.P. 1161(2).  Therefore, any rent that is demanded under the
25 three days notice that is more than one year old is not collectible

Demurrer to Complaint

4

1    under the notice and invalidates the notice.    The notice served by

2    the plaintiff does not specify the date of the arrearages nor does

3    it provide a calculation as to how the past due rent is derived.

4    Without a proper explanation, the amount claim may be barred by the

5    statute of limitations and, therefore, the complaint states no

6    cause of action.

7         A THREE DAYS NOTICE TO PAY RENT OR QUIT MAY NOT CONTAIN NON-RENT

8              ITEMS SUCH AS UNPAID UPKEEP CHARGES OR TAXES WITHOUT A WRITTEN

9                                    LEASE.

10        In this case, the plaintiff is suing based upon an oral

11   contract.   However, it is not clear if the three days notice is

12   seeking additional items such as unpaid common area charges or

13   unpaid tax assessments.   The three days notice is clearly seeking

14   an amount that is more than would be due for the period from May

15   2009 to January 2010 even assuming if nothing was paid during that

16   time period.

17        If the notice seeks such non-rent items, the notice is

18   fatally defective and cannot be amended.   C.C.P. 1161.(2).

19        IT CANNOT BE ASCERTAINED FROM THE COMPLAINT ON WHOM THE THREE

20            DAYS NOTICE WAS SERVED, ON WHOSE BEHALF IT WAS SERVED

21                          AND WHEN WAS IT SERVED.

22        As a unlawful detainer is a summary procedure, the plaintiff

23   must strictly comply with the rules of service.   Each tenant or

24   subtenant must be separately named and served.   C.C.P. 1152(2)-

25   (4); Briggs v. Electronic Memories and Magnetics Corp. (1975) 53

Demurrer to Complaint

5

1  Cal.App.3d 900, 904; 126 Cal.Rptr. 34, 36.

2      In the case at bar, the proof of service filed by the

3  plaintiff does not specify how the three days notice was served.

4  See copy of proof of service attached.    There is no mention in the

5  proof of service as to whom the notice was given to, on whose

6  behalf the notice was given to, how was it served and any date of

7  mailing.  The complaint itself specifies that there was no personal

8  service of the three days notice and that no posting of the notice

9  was done.  Therefore, if substituted service was expected, there is

10 nothing in the complaint to show that such was done.

11 Additionally, as stated earlier, the proof of service was executed

12 before any service had even been performed and is, therefore,

13 defective for that reason alone.

14                          CONCLUSION

15     For the forgoing reasons, the defendants request that the

16 demurrer be sustained.

17

18

19 Dated:1/28/2010          Lewis Phon, Attorney for
                            Defendant Terracota, LLC and Cecilia
20                          Mendez

21

22 k:\data55\masterpiece\points and authorities re MOTION TO DEMURRER

23

24

25

   Demurrer to Complaint

Exhibit "E"

The Making a New Reality,Inc.
Attn:  Mitchell, S. Raye
1300 Clay St.
Ste 600
Oakland, CA   94612

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| **Boyd Real Property** | No. RG10495150 |
| Plaintiff/Petitioner(s) | |
| VS. | **UD Judgment for restitution of premises only,** |
| | **Pursuant to Section 1169 CCP** |
| **Juarez** | |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The plaintiff(s) request that judgment for restitution of premises only be entered
against the defendant(s) hereinafter named:
   Mario Juarez Assignee and Holdover Tenant Under Fireside California Group, Inc.
   Fireside California Group,Inc.

Said defendant(s) having been served with summons and copy of complaint, and having
failed to appear and answer the complaint within the time allowed by law, and default of
said defendant(s) having been entered at the request of plaintiff(s):
   Boyd Real Property

Judgment for restitution of premises only is hereby entered and that plaintiff(s)
recover from defendant(s):
   Mario Juarez Assignee and Holdover Tenant Under Fireside California Group, Inc.
   Fireside California Group,Inc.

the restitution and possession of the premises
situated in Oakland, County of Alameda, State of California, described as follows:

   4030A International Blvd.,


Include all other persons in possession including tenants, subtenants, named
claimants and other occupants pursuant to 415.46 CCP.
And the lease or agreement under which said defendant(s) holds said premises is
declared forfeited.

   This judgment was entered on      02/05/2010

                  Executive Officer / Clerk of the Superior Court

By   *C. Pitts*

                                    Deputy Clerk

Exhibit "F"

Mitchell, S. Raye
The Making a New Reality, Inc.
1300 Clay St., Ste  600
Oakland, CA  94612

---

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA
## RENE C. DAVIDSON COURTHOUSE

---

**BOYD REAL PROPERTY**                                    Case No.  RG10495150

                        **Plaintiff,**              **Order Re: Vacate/Set Aside Default and
                                                    Default Clerk's Judgment Entered /
                                                    Quash and Recall Writ of Possession**

**Vs.**

**MARIO JUAREZ, Ind.**

                        **Defendant.**

---

In the above-entitled action, due to a clerical oversight, on 2/05/2010, the clerk entered Default
and Default Clerk's Judgment (CCP 1169) prematurely as to the defendant Mario Juarez
Assignee and Holdover Tenant Under Fireside California Group, Inc. and Fireside California
Group, Inc. GOOD CAUSE APPEARING, ON COURT'S OWN MOTION, IT IS HEREBY
ORDERED that the Default and Default Clerk's Judgment (CCP 1169) entered on 2/05/2010 be
set aside, and the Writ of Possession be Quashed and Recalled.

Dated:  February 18, 2010

                                    _____
                                    Honorable Jon Rolefson, Presiding Judge

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a
party to this cause.  I served the foregoing document by placing copies in envelopes addressed as
shown hereon and then by sealing and placing them for collection, stamping or metering with
prepaid postage, and mailing on the date stated below, in the United States mail at Oakland,
California, following standard court practices.

Dated:  FEB 1 8 2010                              Pat S. Sweeten
                                        Executive Officer/Clerk of the Superior Court

                        By_____
                                        Deputy Clerk

| SHORT TITLE: | Case Number: |
|---|---|
| Boyd Real Property VS Juarez | RG10495150 |

### ADDITIONAL ADDRESSEES

Mario Juarez
4030A International Blvd.
Oakland, CA 94601

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| S. Raye Mitchell  SBN 172664<br>The Making a New Reality, Inc<br>1300 Clay Street Suite 600<br>Oakland, CA 94612 | |

TELEPHONE NO.:  510.836.2097     FAX NO. (Optional):  510.380.6531

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):  Boyd Real Property

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS:  1221 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Oakland, CA 94612
BRANCH NAME:  Northern

PLAINTIFF:  Boyd Real Property

DEFENDANT:  Mario Juaraez, et al

| WRIT OF | [ ] EXECUTION (Money Judgment)<br>[✓] POSSESSION OF   [ ] Personal Property<br>                              [✓] Real Property<br>[ ] SALE | CASE NUMBER:<br>RG10495150 |
|---|---|---|

1. To the Sheriff or Marshal of the County of:  Alameda
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name):  Boyd Real Property
   is the [✓] judgment creditor    [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   ┌─────────────────────────────────────────┐
   │ Mario Juarez, Assignee and Holdover      │
   │ Tenant Under Fireside California Group,   │
   │ Inc                                       │
   │ 4030 A International Blvd, Oak,CA 94601   │
   │ Fireside California Group, Inc            │
   │                                           │
   │                                           │
   │ [✓] Additional judgment debtors on next page │
   └─────────────────────────────────────────┘

5. Judgment entered on (date):
   2/5/10

6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [✓] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . $ Possession Only
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $
13. Subtotal (add 11 and 12) . . . . . . . . . $
14. Credits . . . . . . . . . . . . . . . . . . . . . $
15. Subtotal (subtract 14 from 13) . . . . . . . $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). . $
17. Fee for issuance of writ . . . . . . . . . . . . $
18. Total (add 15, 16, and 17) . . . . . . . . . . . $
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. . . . . . $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11--19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): FEB 0 9 2010    Clerk, by _____, Deputy
                                            DOROTHY L. LEE

PAT S. SWEETEN

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

WRIT OF EXECUTION

Page 1 of 2

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5,
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| PLAINTIFF: Boyd Real Property | EJ-130 |
| DEFENDANT: Mario Juaraez, et al | CASE NUMBER: RG10495150 |

— Items continued from page 1—

21. ☑ **Additional judgment debtor** (name and last known address):

All Other persons in possession including
tenants, subtenants, named claimants and other
occupants pursuant to 415.46 CCP
4030 A International Blvd, Oak, Ca 94601

22. ☐ Notice of sale has been requested by (name and address):

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. on (date):              a. on (date):
   b. name and address of joint debtor:     b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors (itemize):

24. ☑ (Writ of Possession or Writ of Sale) Judgment was entered for the following:
   a. ☑ Possession of real property: The complaint was filed on (date): 1/24/10
     (Check (1) or (2)):
      (1) ☑ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
          The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
          (a) $ 165.38      was the daily rental value on the date the complaint was filed.
          (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates (specify):
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value (itemize in 9e) specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:

*4030A International Blvd*
*Oakland CA 94601*

**NOTICE TO PERSON SERVED**

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).

**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

► A *Claim of Right to Possession* form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2006]          **WRIT OF EXECUTION**         Page 2 of 2

Exhibit "G"



The Making a New Reality,Inc.
Attn:  Mitchell, S. Raye
1300 Clay Street
Suite 600
Oakland, CA  94612____

Mario Juarez
4030A International Blvd.
Oakland, CA 94601___

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| Boyd Real Property | No. RG10495150 |
|---|---|
| Plaintiff/Petitioner(s) | Order |
| VS. | Demurrer to Complaint Dropped |
| Juarez | |
| Defendant/Respondent(s) (Abbreviated Title) | |

The Demurrer to Complaint was set for hearing on 03/03/2010 at 09:00 AM in Department 31 before the Honorable Frank Roesch.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The demurrer is dropped by the Court as moot in light of the dismissal filed and entered on February 19, 2010.

Dated:  03/03/2010

Judge Frank Roesch

Order

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: RG10495150
Order After Hearing Re: of 03/03/2010

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the
foregoing document was mailed first class, postage prepaid, in a sealed envelope,
addressed as shown on the foregoing document or on the attached, and that the
mailing of the foregoing and execution of this certificate occurred at
1225 Fallon Street, Oakland, California.

Executed on 03/04/2010.

Executive Officer / Clerk of the Superior Court

By  *Vicki Saybell* digital
_____
                                                    Deputy Clerk

Lewis Phon Bar
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA  94509

Exhibit "H"

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED
FILED
ALAMEDA COUNTY**

FEB 2 5 2010

**CLERK OF THE SUPERIOR COURT**
By _____ **M. Hayes**
                          Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Fireside California Group, Inc, Mario Juarez, an indiv., Mario Juarez Sell

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Boyd Real Property LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*

   **CASE NUMBER:**
   *(Número del Caso):*
   **RG10500488**

   Alameda Superior Court 1221 Fallon Street Oakland, CA 94612

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

   S. Raye Mitchell The Making a New Reality, Inc 1300 Clay Street 600 Oakland, CA 94612

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [✓] did not [ ] did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:
*(Fecha)* FEB 2 5 2010   Pat S. Sweeten   Clerk, by _____ **M. Hayes**   Deputy
                                          *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served   MARIO JUAREZ
   [SEAL]
   a. [✓] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [✓] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)   [✓] CCP 416.90 (authorized person)
             [✓] CCP 415.46 (occupant)   [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Page 1 of 2

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| S. Raye Mitchell  SBN 172664<br>The Making a New Reality, Inc<br>1300 Clay Street Suite 600<br>Oakland, CA 94612<br>TELEPHONE NO.: 51083629097    FAX NO. *(Optional)*:  5103806531<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  Boyd Real Property | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br>FEB 2 5 2010<br>CLERK OF THE SUPERIOR COURT<br>M. Hayes<br>Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Alameda |
|---|
| STREET ADDRESS: 1221 Fallon Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Oakland, CA 94612 |
| BRANCH NAME: Northern |

| PLAINTIFF:  Boyd Real Property |
|---|

| DEFENDANT:  Fireside California Group, Inc, Mario Juarez, an individual, et al |
|---|

| ☑ DOES 1 TO  20 |
|---|

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| ☑ COMPLAINT   ☐ AMENDED COMPLAINT *(Amendment Number)*: | RG10500488 |

**Jurisdiction** *(check all that apply)*:

☐ **ACTION IS A LIMITED CIVIL CASE**
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000 but does not exceed $25,000

☑ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)

☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply)*:
☐ from unlawful detainer to general unlimited civil (possession not in issue)    ☐ from limited to unlimited
☐ from unlawful detainer to general limited civil (possession not in issue)    ☐ from unlimited to limited

1. PLAINTIFF *(name each)*:
   Boyd Real Property LLC
   alleges causes of action against DEFENDANT *(name each)*:  *see attached* ☐ Ⓐ
   Fireside California Group, Inc, Mario Juarez, an indiv., Mario Juarez Selling Team, American First Financial

2. a. Plaintiff is (1) ☐ an individual over the age of 18 years.  (4) ☑ a partnership.
      (2) ☐ a public agency.  (5) ☐ a corporation.
      (3) ☐ other *(specify)*:
   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
   4030A International Blvd, Oakland, CA 94601

4. Plaintiff's interest in the premises is ☑ as owner ☐ other *(specify)*:
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date)*: 3/1/2005   defendant *(name each)*:
      Fireside California Group, Inc

      (1) agreed to rent the premises as a ☐ month-to-month tenancy ☑ other tenancy *(specify)*: lease
      (2) agreed to pay rent of $ 3,000 ☐ payable ☑ monthly ☐ other *(specify frequency)*:
      (3) agreed to pay rent on the ☑ first of the month ☐ other day *(specify)*:
   b. This ☑ written ☐ oral agreement was made with
      (1) ☐ plaintiff.  (3) ☑ plaintiff's predecessor in interest.
      (2) ☐ plaintiff's agent.  (4) ☐ other *(specify)*:

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. July 1, 2005] | COMPLAINT—UNLAWFUL DETAINER | Page 1 of 3<br>Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF (Name): Boyd Real Property | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Fireside California Group, Inc, Mario Juarez, an individu | RG/08500488 |

6. c. ☑ The defendants not named in item 6a are
   (1) ☑ subtenants.
   (2) ☐ assignees.
   (3) ☐ other (specify):

   d. ☑ The agreement was later changed as follows (specify):
   rent inc./written agr. expired upon term and upon oral agreement, the rental agr reduced to month to month on same terms as the lease. On 9/09 there was oral agr. to temporary reduce rent to 12/09

   e. ☑ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

   f. ☐ (For residential property) A copy of the written agreement is not attached because (specify reason):
   (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☑ a. Defendant (name each):

   Fireside California Group, Mario Juarez, an individual, American First Financial Corp, Mario Juarez Selling Team (form of entity unknown)

   was served the following notice on the same date and in the same manner:
   (1) ☑ 3-day notice to pay rent or quit       (4) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit                   (5) ☐ 3-day notice to quit
   (3) ☐ 60-day notice to quit                   (6) ☐ Other (specify):

   b. (1) On (date): 2/23/10 the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.

   c. All facts stated in the notice are true.

   d. ☑ The notice included an election of forfeiture.

   e. ☑ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)

   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. ☑ The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) ☐ by personally handing a copy to defendant on (date):
   (2) ☑ by leaving a copy with (name or description): Jennifer Juarez
         a person of suitable age and discretion, on (date): 2/19/10 12:20pm at defendant's
         ☐ residence ☒ business AND mailing a copy to defendant at defendant's place of residence on
         (date): 2/19/2010 because defendant cannot be found at defendant's residence or usual place of business.
   (3) ☐ by posting a copy on the premises on (date): ☐ AND giving a copy to a
         person found residing at the premises AND mailing a copy to defendant at the premises on
         (date):
         (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
         (b) ☐ because no person of suitable age or discretion can be found there.
   (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
   (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

   b. ☐ (Name):
      was served on behalf of all defendants who signed a joint written rental agreement.

   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

   d. ☑ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

**COMPLAINT—UNLAWFUL DETAINER**

| PLAINTIFF (Name):  Boyd Real Property | CASE NUMBER: |
|---|---|
| DEFENDANT(Name):  Fireside California Group, Inc, Mario Juarez, an individu | RG/05 00 4/8 |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 39,170.71
11. ☑ The fair rental value of the premises is $ 165.38            per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure  section 1174(b).  *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☐ A written agreement between the parties provides for attorney fees.
14. ☐ Defendants' tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

_____ Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☑ past-due rent of $ 25,000.00
    d. ☐ reasonable attorney fees.
    e. ☑ forfeiture of the agreement.
    f. ☑ damages at the rate stated in item 11 from *(date):* _____ for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*

18. ☐ Number of pages attached *(specify):* _____

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☑ did not ☐ did  for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date:  2/24/10

_____
S Mitchell
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/24/10

**S. Raye Mitchell**
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF )

**VERIFICATION**

I the undersign declare:

I am an attorney licensed to practice law in California.  I am one of plaintiff's attorneys on this case.  Plaintiff is absent from the county where I have my office and so I am verifying this complaint on Plaintiff's behalf.  I have read this complaint and I am informed and believe that the matters stated therein are true.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

So executed on February 24, 2010 in Oakland, CA.

S. Raye Mitchell



Defendants

1.  Fireside California Group, Inc
    4030 International Blvd, Suite A
    Oakland, CA 94601

2.  Mario Juarez, an individual
    4030 International Blvd, Suite A
    Oakland, CA 94601

3.  American First Financial Corp, a California corporation
    4030 International Blvd, Suite A
    Oakland, CA 94601

4.  The Mario Juarez Selling Team (form of entity unknown)
    4030 International Blvd, Suite A
    Oakland, CA 94601

Exhibit "I"

1   Mario Juarez
    4030A International Blvd.
2   Oakland, CA 94601
    (510) 821-6699 tel
3
    In Propria Persona
4

ENDORSED
FILED
ALAMEDA COUNTY

APR 22 2010

CLERK OF THE SUPERIOR COURT
By Esther Coleman, Deputy

5

6

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                IN AND FOR THE COUNTY OF ALAMEDA

11

12   Boyd Real Property LLC              CASE No.  10500488

13        Plaintiff,

14                                       ANSWER TO COMPLAINT

15   V.

16   FIRESIDE CALIFORNIA GROUP, INC
     MARIO JUAREZ, AN INDIVIDUAL,
17   THE MARIO
     JUAREZ SELLING TEAM,
18   MARIO JUAREZ, AS APPARENT
     AGENT AND REPRESENTATIVE
19   OF ALL OCCUPANTS,
     AMERICAN FIRST FINANCIAL CORP.,
20

21        Defendants.

22   _____/

23        Defendant Mario Juarez, individually and incorrectly named

24   as Mario Juarez Selling Team and incorrectly named as Mario

25   Juarez as apparent agent and representative of all occupants,

Answer to Complaint
                              1

1    hereby answers plaintiff's Complaint as follows:

2         Defendant denies generally and specifically, each and every,

3    whether in the singular or plural, all allegations of the

4    Plaintiff's Complaint, each cause of action therein, and each

5    count therein and further denies that Defendant owes the sums

6    alleged or any sums at all.

7                         AFFIRMATIVE DEFENSES

8         1.   AS AND FOR A FIRST, SEPARATE AFFIRMATIVE DEFENSE to the

9    Complaint, and each Cause of Action thereof, Defendant alleges

10   that each cause of action, and each count therein, fails to state

11   facts sufficient to constitute any cause of action against this

12   answering Defendant.

13        2.   AS AND FOR A SECOND, SEPARATE AFFIRMATIVE DEFENSE to

14   the Complaint, and each Cause of Action and each count therein,

15   Defendant alleges that Defendant does not owe the sums alleged by

16   plaintiff or any sums at all.

17        3.   AS AND FOR A THIRD, SEPARATE AFFIRMATIVE DEFENSE to the

18   Complaint and each Cause of Action and each count therein,

19   Defendants alleges that Plaintiff's complaint has been improperly

20   verified in that the attorney does not have personal knowledge of

21   the facts of this case.

22        4.   AS AND FOR A FOURTH, SEPARATE DEFENSE to the Complaint,

23   Defendants avers that plaintiff has improperly included rent that

24   is more than one year old in its three days notice making said

25   notice defective.

Answer to Complaint

2

1    5.   AS AND FOR A FIFTH, SEPARATE DEFENSE to the Complaint,

2    and each Cause of Action and each count herein, Defendant avers

3    that plaintiff has no agreement with defendant, written or

4    otherwise, to collect rent from the defendant as defendant is not

5    a tenant of the premises.

6        6.   AS AND FOR A SIXTH, SEPARATE DEFENSE to the complaint,

7    and each Cause of Action and each count herein, Defendant avers

8    that Plaintiff has acknowledged that Terracota, LLC is the tenant

9    of the premises and has accepted rent from Terracota pursuant to

10   such an understanding.

11       7.   AS AND FOR A SEVENTH, SEPARATE DEFENSE to the complaint,

12   and each Cause of Action and each count herein, Defendant avers

13   that the Plaintiff is guilty of unclean hands.

14       8.   AS AND FOR A EIGHTH, SEPARATE DEFENSE to the complaint,

15   and each Cause of Action and each count herein, Defendant avers

16   that the Plaintiff has miscalculated the rent due under the three

17   days notice.

18       9. AS AND FOR A NINTH, SEPARATE DEFENSE to the complaint,

19   and each Cause of Action and each count herein, Defendant avers

20   that plaintiff agreed with Terracota that $2500 was the agreed

21   rent commencing March 1, 2009.  Terracota paid this rent up to

22   January 31, 2010.  Therefore, there is no past due rent owing.

23       10. AS AND FOR A TENTH, SEPARATE DEFENSE to the complaint,

24   and each Cause of Action and each count therein, defendant avers

25   that plaintiff has failed to include in this action an

Answer to Complaint

3

1   indispensable party, Terracota, LLC, thereby making this

2   complaint defective.

3      11. AS AND FOR A ELEVENTH, SEPARATE DEFENSE to the

4   complaint,  and each Cause of Action and each count therein,

5   defendant avers that plaintiff has demanded in the three days

6   notice more rent that was due making the notice defective.

7      12.  AS AND FOR A TWELVETH, SEPARATE DEFENSE to the

8   complaint,  and each Cause of Action and each count therein,

9   defendant avers that plaintiff lacks capacity to sue in that

10   plaintiff has not been qualified to do business in California.

11      13.  AS AND FOR A THIRTEENTH, SEPARATE DEFENSE to the

12   complaint, and each Cause of Action and each count therein,

13   defendant avers that plaintiff did not give proper notice to

14   defendant of the actual rent, if any, that was actually due.

15      14.  AS AND FOR A FOURTEENTH, SEPARATE DEFENSE to the

16   complaint, and each Cause of Action and each count therein,

17   defendant avers that plaintiff has no written acceptance of any

18   assignment of any rental agreement or any guarantee by defendant

19   to pay rent for the premises.

20      15.  AS AND FOR A FIFTEENTH, SEPARATE DEFENSE to the

21   complaint, and each Cause of Action and each count therein,

22   defendant avers that plaintiff has filed no fictitious name

23   statement with the County of Alameda or the City of Oakland

24   allowing it to maintain this suit under a fictitious name.

25

Answer to Complaint

4

1   16.   AS AND FOR A SIXTEENTH, SEPARATE DEFENSE to the

2   complaint, and each Cause of Action and each count therein,

3   defendant avers that the claims of plaintiff are barred by the

4   statute of frauds.

5   17.   AS AND FOR A SEVENTEENTH, SEPARATE DEFENSE to the

6   complaint, and each Cause of Action and each count therein,

7   defendant avers that the claim of plaintiff for past due rent is

8   barred by Code of Civil Procedure, 1161(2).

9   18.   AS AND FOR A EIGHTEENTH, SEPARATE DEFENSE to the

10   complaint, and each Cause of Action and each count therein,

11   defendant avers that plaintiff made no reasonable estimation of

12   rent due and, thus, cannot collect rent on this basis.

13   WHEREFORE, this answering Defendant prays that Plaintiff

14   take nothing by reason of said Complaint and that this answering

15   Defendant be awarded costs of suit and attorney's fees herein and

16   for such other and further relief as the court deems just and

17   proper.

18

19   Dated: 4/22/2010

20                                             Mario Juarez

21

22

23

24   k:\data55\terracota\answer

25

Answer to Complaint

5

1

## PROOF OF SERVICE

2

3      I am employed in the County of Alameda, State of California.
I am over the age of 18 and not a party to the within action.  My
4   business address is 4030A International Blvd. Oakland, California
94601.

5
          On April 22, 2010, I caused to be served the foregoing
6   document(s) described as Answer to Complaint in said action by
placing a true copy thereof enclosed in a sealed envelope
7   addressed to the attorney (s) or party of record whose name(s)
and address(es) appear below:

8

Raye Mitchell
9   The Making a New
Reality, Inc
10   1300 Clay Street, Suite 600
Oakland, CA 94612

11

Raye Mitchell
12   dba Mitchell Law Corporation
505 - 14th Street
13   Oakland, CA 94612

14
          ___      (BY PERSONAL SERVICE) I caused such envelope to be
15               delivered by hand to the offices of the address(s).

16   _X_      (BY MAIL)  I caused such envelope with postage thereon
               fully prepaid to be placed in the United States mail at
17               Antioch, California.

18   ___      (STATE)  I declare under penalty of perjury under the
               laws of the State of California that the above is true
19               and correct.

20   I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.  Executed on April
21   22, 2010 at Oakland, California.

22   JENNIFER JONES
23   Print or Type Name                              Signature

24

25

26

27

28

6

Exhibit "J"

CIV-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>S. Raye Mitchell SBN 172664<br>Attorney at Law Making a New Reality Inc<br>Oakland, CA 94612<br><br>TELEPHONE NO.: 5108362097          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Boyd Real Property | **FOR COURT USE ONLY**<br><br>**ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>JUL 0 1 2010<br><br>**CLERK OF THE SUPERIOR COURT**<br>By M. Hayes<br>Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland,CA 94612
BRANCH NAME: Northern

PLAINTIFF/PETITIONER: Boyd Real Property

DEFENDANT/RESPONDENT: Fireside California Group, Inc et al

| **REQUEST FOR**<br>**(Application)** | ☐ Entry of Default   ☑ Clerk's Judgment<br>☐ Court Judgment | CASE NUMBER:<br><br>RG10500488 |
|---|---|---|

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date):* 2/25/10
   b. by *(name):* Boyd Real Property LLC
   c. ☐ Enter default of defendant *(names):*

   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      ☑ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☑ for default previously entered on *(date):* April 1, 2010

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . | $ | $ | $ |
| b. Statement of damages *<br>   (1) Special . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
|    (2) General . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. Interest . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| d. Costs *(see reverse)* . . . . . . . . . . . . | $ | $ | $ |
| e. Attorney fees . . . . . . . . . . . . . . . . | $ | $ | $ |
| f. **TOTALS** . . . . . . . . . . . . . . . . . . | $ | $ | $ |

   g. **Daily damages** were demanded in complaint at the rate of: $            per day beginning *(date):*
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*
Date: 7/1/10

S. Raye Mitchell
_____          _____
(TYPE OR PRINT NAME)                       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT<br>USE ONLY** | (1) ☐ Default entered as requested on *(date):*<br>(2) ☐ Default NOT entered as requested *(state reason):*<br><br>Clerk, by_____, Deputy |
|---|---|

Page 1 of 2

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure,
§§ 585–587, 1169
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**CIV-100**

| PLAINTIFF/PETITIONER: Boyd Real Property | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Fireside California Group, Inc et al | RG10500488 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ✓ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

  a.  Assistant's name:
  b.  Street address, city, and zip code:

  c.  Telephone no.:
  d.  County of registration:
  e.  Registration no.:
  f.  Expires on *(date):*

5. ✓ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action

  a. ☐ is ✓ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
  b. ☐ is ✓ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
  c. ☐ is ✓ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was *and Request for Judgmen*

  a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*
  b. ✓ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

     (1) Mailed on *(date):* 7/1/10      (2) To *(specify names and addresses shown on the envelopes):*
                                          Erica Jordening
                                          1376 De Solo Drive
                                          Pacifca CA 94044

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: 7/1/10

S. Raye Mitchell
_____      ►_____
(TYPE OR PRINT NAME)                        (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

  a.  Clerk's filing fees . . . . . . . . . . . . . . . . . $
  b.  Process server's fees . . . . . . . . . . . . . . . . $
  c.  Other *(specify):* . . . . . . . . . . . . . . . . . . $
  d.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  e.  TOTAL . . . . . . . . . . . . . . . . . . . . . . . . $
  f.  ☐ Costs and disbursements are waived.
  g.  I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

_____      ►_____
(TYPE OR PRINT NAME)                        (SIGNATURE OF DECLARANT)

8. ✓ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 7/1/10

S. Raye Mitchell
_____      ►_____
(TYPE OR PRINT NAME)                        (SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Exhibit "K"

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

S. Raye Mitchell SBN 172664
Attorney at Law Making a New reality Inc
1300 Clay Street Suite 600
Oakland, CA 94612
TELEPHONE NO.:5108362097   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*Boyd Real Property LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS:1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE:Oakland, CA 94612
BRANCH NAME:Northern

**ENDORSED
FILED
ALAMEDA COUNTY**
JUN 01 2010
**CLERK OF THE SUPERIOR COURT**
By M. Hayes
Deputy

PLAINTIFF/PETITIONER:Boyd Real Property LLC

DEFENDANT/RESPONDENT:Fireside California Group Inc et al

| **REQUEST FOR DISMISSAL** | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle   ☐ Other<br>☐ Family Law   ☐ Eminent Domain<br>☑ Other *(specify):* Unlawful Detainer | RG10500488 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☑ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
   (3) ☐ Cross-complaint filed by *(name):* _____ on *(date):*
   (4) ☐ Cross-complaint filed by *(name):* _____ on *(date):*
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☑ Other *(specify):*\*Mario Juarez, an individual and Does 1-10

2. *(Complete in all cases except family law cases.)*
   ☐ Court fees and costs were waived for a party in this case. *(This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).*

Date: 7/1/10

S. Raye Mitchell
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

\*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross–Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.\*\*
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

\*\* If a cross-complaint – or Response *(Family Law)* – seeking affirmative relief – is on file, the attorney for cross-complainant *(respondent)* must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross–Complainant

*(To be completed by clerk)*
4. ☐ Dismissal entered as requested on *(date):*
5. ☐ Dismissal entered on *(date):* _____ as to only *(name):*
6. ☐ Dismissal **not** entered as requested for the following reasons *(specify):*

7. a. ☐ Attorney or party without attorney notified on *(date):*
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: _____   Clerk, by _____, Deputy

**DISMISSAL ENTERED**

JUL 01 2010

By M. Hayes
Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. July 1, 2009] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov |
|---|---|---|

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

CIV-110

| PLAINTIFF/PETITIONER: Boyd Real Property LLC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Fireside California Group Inc et al | RG10500488 |

## Declaration Concerning Waived Court Fees

> The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for *(name):*

2. The person in item 1 *(check one):*
   a. ☐ is not recovering anything of value by this action.
   b. ☐ is recovering less than $10,000 in value by this action.
   c. ☐ is recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)

Exhibit "L"

Erika Jordening
State Bar # 184986
Law Offices of Erika Jordening
1376 De Solo Drive
Pacifica, CA 94044
ejordening@gmail.com
Tel: 415-706-2930


Attorney for Defendant,
Mario Juarez

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA

| | |
|---|---|
| Boyd Real Property LLC , | Case No.: RG 10500488 |
| Plaintiff, | **DECLARATION OF ERIKA JORDENING REGARDING NOTICE OF EX PARTE HEARING AND APPLICATION FOR STAY** |
| vs. | |
| Fireside California Group, Inc. et al., | DATE: July 9, 2010 |
| Defendant | TIME: 11:00 am |
| | DEPT: 31 |
| | Reservation No. 10823848 |

I, Erika Jordening, declare that on July 8, 2010 at 10:00 am, I phoned Plaintiff's counsel to inform her that I would be seeking Ex Parte relief for a Stay of Execution of the Clerk's Default Judgment entered against Defendant Mario Juarez, incorrectly named as The Mario Juarez Selling Team in Department 31, 11:00 am, located at U.S. Post Office Building, 201 13th Street, Oakland, CA 94612.  Plaintiff's counsel did not answer the phone so I also e-mailed all of the related documents for this Ex Parte Motion to S. Raye Mitchell on July 8, 2010 to mitchellsr@aol.com.

Dated:  July 8, 2010

_____
Erika Jordening, Attorney for Defendant,
Mario Juarez

Declaration Regarding Notice of Ex Parte- 1

1  Erika Jordening
   State Bar # 184986
2  Law Offices of Erika Jordening
   1376 De Solo Drive
3  Pacifica, CA 94044
   ejordening@gmail.com
4  Tel: 415-706-2930

5

6  Attorney for Defendant,
   Mario Juarez

7

8                    SUPERIOR COURT OF CALIFORNIA
9                         COUNTY OF ALAMEDA

10

11

12  Boyd Real Property LLC ,          )   Case No.: RG 10500488
                                       )
13            Plaintiff,               )   NOTICE OF MOTION FOR TEMPOARY
                                       )   STAY; MEMORANDUM OF POINTS
14      vs.                            )   AND AUTHORITIES
                                       )
15  Fireside California Group, Inc. et al.,  )   DATE: July 9, 2010
                                       )   TIME: 11:00 am
16            Defendant                )   DEPT: 31
                                       )
17                                     )   Reservation No.: 10823848
                                       )
18                                     )
                                       )
19                                     )

20          TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21          YOU ARE HEREBY NOTIFIED THAT on July 9, 2010 at 11:00 am, in Department No.

22  31 of this Court, located at U.S. Post Office Building, 201 13th Street, Oakland, Ca 94612,

23  Defendnat Mario Juarez, incorrectly named as The Mario Juarez Selling Team, will move for an

24  order staying enforcement of the Clerk's Default Judgment issued by this court in the above

25  entitled action on July 1, 2010 until such time as the clerk or court recalls the Default and Writ.

26  This motion is made on the grounds that Defendant has already been granted a summary

27  judgment as to himself and has been dismissed by Plaintiff on July 1, 2010, thereby making this

28  default in violation of due process.  This motion will be based on this notice, the provisions of

                              Notice of Motion- 1

1   Code of Civil Procedure §918 & 1176 (a), the attached points and authorities, the Ex Parte

2   Application and the Declaration of Erika Jordening, and the complete files and record of this

3   case.

4   Dated:  July 8, 2010

5                                                     Erika Jordening, Attorney for Defendant,
                                                      Mario Juarez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion- 2

1
Erika Jordening
   State Bar # 184986
2
Law Offices of Erika Jordening
   1376 De Solo Drive
3
Pacifica, CA 94044
   ejordening@gmail.com
4
Tel: 415-706-2930

5

6
Attorney for Defendant,
   Mario Juarez
7

8
### SUPERIOR COURT OF CALIFORNIA
9
### COUNTY OF ALAMEDA

10

11

12
Boyd Real Property LLC ,                    )   Case No.: RG 10500488
                                            )
13
            Plaintiff,                      )   **EX PARTE APPLICATION FOR**
                                            )   **TEMPORARY STAY OF**
14
      vs.                                   )   **ENFORCEMENT; RECALL OF**
                                            )   **CLERK'S DEFAULT JUDGMENT;**
15
Fireside California Group, Inc. et al.,     )   **DECLARATION OF ERIKA**
                                            )   **JORDENING, MEMORANDUM OF**
16
            Defendant                       )   **POINTS AND ATHORITIES**
                                            )
17
                                            )   DATE: July 9, 2010
                                            )   TIME: 11:00 am
18
                                            )   DEPT: 31
                                            )
19
                                            )   Reservation No.: 10823848

20

21
TO THE HONORABLE JUDGE Frank Roesch, Judge of the above entitled court.

22
       Pursuant to Code of Civil Procedure, §918 & §1176 (a), movant, Mario Juarez, requests

23
this court for a stay of execution for possession against Mario Juarez Selling Team (form of

24
entity unknown) and a recall of the clerk's default judgment against Mario Juarez Selling Team

25
entered in this case on July 1, 2010 as requested by Plaintiff's counsel S. Raye Mitchell.  The

26
movant requests that the stay remain in effect until the court has an opportunity to recall the Writ

27
of Possession against Defenant Mario Juarez, incorrectly named as Mario Juarez Selling Team as

28
apparent agent and representative of all occupants.

Ex Parte Application-Stay- 1

1   The stay is needed as Mario Juarez was dismissed as a defendant in the above case by

2   Plaintiff on July 1, 2010.  Further, Mario Juarez, incorrectly named as Mario Juarez Selling

3   Team as apparent agent and representative of all occupants, was also granted summary judgment

4   by this court on July 2, 2010.

5   Movant further requests a Stay of Judgment because the moving party will suffer extreme

6   hardship in the absence of a stay and that the nonmoving party will not be irreparably injured by

7   its issuance.  Code of Civil Procedure §1176 (a).

8   This application is based on the contents of this ex parte application, the accompanying

9   declaration of Erika Jordening and the records and files of this case.

10  Dated:  July 8, 2010

11  Erika Jordening, Attorney for Defendant,
    Mario Juarez

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "M"



**F I L E D**
ALAMEDA COUNTY

JUL - 9 2010

CLERK OF THE SUPERIOR COURT
By *Vicki Dayhell*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

BOYD REAL PROPERTY, LLC,

                  Plaintiff,

vs.

FIRESIDE CALIFORNIA GROUP,
INC., MARIO JUAREZ, an Individual,
AMERICAN FIRST FINANCIAL
CORP., a California corporation,
THE MARIO JUAREZ SELLING
TEAM (form of entity unknown) and
DOES 1 through 20, inclusive,

                  Defendants.

Case No. RG10-500488
*Sheriff's File No. 10-7135*
ORDER QUASHING WRIT OF
POSSESSION

This matter came before the court EX-PARTE today for motion for stay.

Appearing for Plaintiff, Boyd Real Property, LLC, was S. Rae Mitchell, Esq. and appearing for dismissed defendant, Mario Juarez, was Erika Jordening, Esq.

The matter was argued and submitted.

It appearing to the Court that Terracotta LLC is an occupant of the real property that is the subject of this unlawful detainer and that the sole shareholder of Terracotta

1

LLC, Cecilia Mendez, may be a holdover tenant on a month to month basis after expiration of a term lease.

It further appearing to the court that Cecilia Mendez is the Debtor in a Bankruptcy proceeding in the Eastern District of California with the case file number of 2009-30142.

It further appearing to the court that Plaintiff has obtained a Writ of possession that will have the effect of dispossessing the bankrupt Debtor Cecilia Mendez individually and/or her business, Terracotta LLC from the premises described in this Unlawful Detainer.

It further appears to the court that relief from the Bankruptcy Stay has not been Ordered by the Bankruptcy Court.

Because of the above cited facts, the Writ of Possession in this matter is QUASHED, and Plaintiff and his counsel are ordered to refrain from seeking or obtaining any writ in this matter 1) without further Order of this court, and 2) without having either received an Order granting relief from stay from the Bankruptcy Court or a notice of dismissal of the Bankruptcy Petition

Dated: July 9, 2010

_Frank Roesch_

Frank Roesch
Judge of the Superior Court

## CLERK'S DECLARATION OF MAILING

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing ORDER QUASHING WRIT OF POSSESSION to be mailed first class, postage pre paid, in a sealed envelope to the persons hereto, addressed as follows:

S. Raye Mitchell, Esq.
1300 Clay Street, Suite 600
Oakland, CA 94612


Erika Jordening, Esq.
1376 De Solo Drive
Pacifica, CA 94044


I declare under penalty of perjury that the same is true and correct.
Executed on July 12, 2010

By: *Vicki Daybell*
    Vicki Daybell, Deputy Clerk
    Department 31