IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOYD REAL PROPERTY, LLC,

          Plaintiff,

    v.

THE MARIO JUAREZ SELLING TEAM, et al.,

          Defendants.

NO. C10-3142 TEH

ORDER VACATING MOTION TO DISMISS

     Several defendants filed a motion to dismiss on August 6, 2010, while this case was pending before a magistrate judge. Following Plaintiff's declination to consent to proceed before a magistrate judge, the case was reassigned to this Court. On August 13, 2010, the parties were instructed that all pending motions would be taken off-calendar and would need to be re-noticed.

     Defendants have yet to re-notice their motion to dismiss, and this Court now VACATES the motion without prejudice.

**IT IS SO ORDERED.**

Dated: 09/10/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT