Sara B. Allman, Esq. CSB #107932
■**Allman & Nielsen, P.C.**■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:       all-niel@comcast.net

Attorney for Defendant
MARIO JUAREZ, INDIVIDUALLY, AND
ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jordening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual,  Adelberto "TITO" Gutierrez, an individual, Bernardo Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an individual, Gaberiel Ortiz, an individual, Irma Reynoso, an individual, Johnathan Izazaga, an | Case No.:  3:10-cv-03142-TEH<br><br>**SUBSTITUTION OF ATTORNEYS BY DEFENDANT MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM** |

**SUBSTITUTION OF ATTORNEYS BY DEFENDANT MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM**   -1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10.,

  Defendants.

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Defendant MARIO JUAREZ, an individual, and erroneously sued herein as MARIO JUAREZ SELLING TEAM, formerly also represented by ERIKA JORDENING of the LAW OFFICES OF ERICA JORDENING, hereby substitutes as his sole attorney of record SARA B. ALLMAN, ESQ., SBN 107932, ALLMAN & NIELSEN, P.C., 100 Larkspur Landing Cir., Suite 212, Larkspur, CA 94939, (415) 461-2700, facsimile: (415) 461-2726, email: all-niel@comcast.net.

I consent to this substitution.

Dated:  September 14, 2010

/s/  Mario Juarez
MARIO JUAREZ, individually, and erroneously sued herein as MARIO JUAREZ SELLING TEAM, Defendant

I consent to this substitution.

Dated:  September 14, 2010

/s/  Erika Jordening
ERIKA JORDENING, Attorney

I consent to this substitution.

Dated:  September 14, 2010

/s/  Sara B. Allman
SARA B. ALLMAN, Attorney

SUBSTITUTION OF ATTORNEYS BY DEFENDANT MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM   -2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726