Sara B. Allman, Esq. CSB #107932
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:     all-niel@comcast.net

Attorney for Defendant
MARIO JUAREZ, INDIVIDUALLY, AND
ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jorndening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual,  Adelberto "TITO" Gutierrez, an individual, Bernardo Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an | Case No.: 3:10-cv-03142-TEH<br><br>**ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL** |

**ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-1-

individual, Gaberiel Ortiz, an individual, Irma Reynoso, an individual, Johnathan Izazaga, an individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10.,

   Defendants.

Defendant MARIO JUAREZ, individually, and erroneously sued herein as MARIO JUAREZ SELLING TEAM ("defendant") answers the Complaint For Injunctive And Declaratory Relief And Damages as follows:

**PRELIMINARY STATEMENT OF FACTS**

1. Defendant denies every allegation contained in Paragraph 1.

2. Defendant denies every allegation contained in Paragraph 2.

3. Defendant denies every allegation contained in Paragraph 3.

4. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 4 and based on this lack of information and belief denies the allegations therein.

5. Defendant denies every allegation contained in Paragraph 5.

6. Defendant denies every allegation contained in Paragraph 6.

7. Defendant denies every allegation contained in Paragraph 7.

**JURISDICTION AND VENUE**

8. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 8 and based on this lack of information and belief denies the allegations therein.

9. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 8 and based on this lack of information and belief denies the allegations therein.

**PARTIES**

10. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 10 and based on this lack of information and belief denies the allegations therein.

11. Defendant denies every allegation contained in Paragraph 11.

12. Defendant denies every allegation contained in Paragraph 12.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

13. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 13 and based on this lack of information and belief denies the allegations therein.

14. Defendant denies every allegation contained in Paragraph 14.

15. Defendant lack information or belief sufficient to enable defendant to answer Paragraph 15 and based on this lack of information and belief denies the allegations therein.

16. Defendant denies every allegation contained in paragraph 16.

17. Defendant denies every allegation contained in Paragraph 17.

18. Defendant denies every allegation contained in Paragraph 18.

19. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 19 and based on this lack of information and belief denies the allegations therein.

20. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 20 and based on this lack of information and belief denies the allegations therein.

## FACTUAL ALLEGATIONS

*Plaintiff's Purchase of 4030 International Blvd., Oakland, CA*

1. Defendant denies every allegation contained in Paragraph 1.

2. Defendant denies every allegation contained in Paragraph 2.

*Boyd Real Property Agreement to Engage Mario Juarez and The Mario Juarez Selling Team as General Contractors for Plaza Del Sol.*

3. Defendant denies every allegation contained in Paragraph 3.

4. Defendant denies every allegation contained in Paragraph 4.

*Boyd Real Property Terminates Agreement with Mario Juarez and The Mario Juarez Selling Team Upon Discovery of Embezzlement Lack of California Contractor's License: Tenancy for 4030A Terminated as of December 31, 2009.*

5. Defendant denies every allegation contained in Paragraph 5.

6. Defendant denies every allegation contained in Paragraph 6.

7. Defendant denies every allegation contained in Paragraph 7.

*Boyd Real Property Obtains Judgment for Possession: Juarez Makes False Statements Under Oath and Engages in Fraudulent Conveyance and Bankruptcy Fraud to Evade Credit Obligations to BRP and Eviction from 4030A.*

8. Defendant denies every allegation contained in Paragraph 8.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

*Mario Juarez Initiates Harassment Campaign Against Boyd Real Property; Making False Police Reports; Dumping Trash and Human Waste on BRP's Property, Interfering with Contracts with Other Tenants and Encouraging Non-payment of Rental Contracts.*

9. Defendant denies every allegation contained in Paragraph 9.

10. Defendant denies every allegation contained in Paragraph 10.

*After the Judgment and then Incidents of Harassment, Boyd Real Property Posted No Trespass Signs and Specifically Notified Juarez and His Legal Counsel Erika Jordening Not to Come onto the Property and Warehouse Space at 4030 International Blvd. and Plaza Del Sol: Both Flaunted the Do Not Trespass Signs.*

11. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 11 and based on this lack of information and belief denies the allegations therein.

## FIRST CAUSE OF ACTION (ALL DEFENDANTS)

### Trespass

12. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 11.

13. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 13 and based on this lack of information and belief denies the allegations therein.

14. Defendant denies every allegation contained in Paragraph 14.

15. Defendant denies every allegation contained in Paragraph 15.

16. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 16 and based on this lack of information and belief denies the allegations therein.

17. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 17 and based on this lack of information and belief denies the allegations therein.

18. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 18 and based on this lack of information and belief denies the allegations therein.

19. Defendant denies every allegation contained in Paragraph 19.

20. Defendant denies every allegation contained in Paragraph 20.

## SECOND CAUSE OF ACTION (ALL DEFENDANTS)

### Ejection from Private Property
### (California Civil Code § 33334)

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-

21. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 20.

22. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 22 and based on this lack of information and belief denies the allegations therein.

23. Defendant denies every allegation contained in Paragraph 23.

24. Defendant denies every allegation contained in Paragraph 24 and further denies that plaintiff was injured or damaged in any sum, or at all.

25. Defendant denies every allegation contained in Paragraph 25 and further denies that plaintiff was injured or damaged in any sum, or at all.

26. Defendant denies every allegation contained in Paragraph 26.

## THIRD CAUSE OF ACTION

### Fraud and Deceit

**(Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team" Fireside California Group**

27. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 26.

28. Defendant denies every allegation contained in Paragraph 28.

29. Defendant denies every allegation contained in Paragraph 29.

30. Defendant denies every allegation contained in Paragraph 30.

31. Defendant denies every allegation contained in Paragraph 31.

32. Defendant denies every allegation contained in Paragraph 32.

33. Defendant denies every allegation contained in Paragraph 33.

34. Defendant denies every allegation contained in Paragraph 34 and further denies that plaintiff was injured or damaged in any sum, or at all.

## FOURTH CAUSE OF ACTION

### Conversion (Theft & Embezzlement)

**(Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team")**

35. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 34.

**ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-5-

36. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 36 and based on this lack of information and belief denies the allegations therein.

37. Defendant denies every allegation contained in Paragraph 37.

38. Defendant denies every allegation contained in Paragraph 38.

39. Defendant denies every allegation contained in Paragraph 39.

40. Defendant denies every allegation contained in Paragraph 40.

## FIFTH CAUSE OF ACTION

### Fraudulent Transfer (California Civil Code 3439-3439.12)

(Mario Juarez, an individual, Mario Juarez, realtor, 'The Mario Juarez Selling Team")

41. Defendant incorporates herein by reference, as though fully set forth at length, defendant's answers to Paragraphs 1 through 40.

42. Paragraph 42 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

43. Defendant denies every allegation contained in Paragraph 43.

44. Paragraph 44 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

45. Paragraph 45 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

46. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 46 and based on this lack of information and belief denies the allegations therein.

## SIXTH CAUSE OF ACTION

### Mario Juarez, an individual, Mario Juarez, relator, 'The Mario Juarez Selling Team" and Erika Jordening Unfair, Unlawful and Deceptive Business Practices in Violation of Calif. B & P §17200

47. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 46.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-6-

48. Paragraph 48 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

49. Paragraph 49 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

50. Paragraph 50 contains no allegations against this defendant and no response is necessary. However, should a response be deemed necessary, defendant denies every allegation contained therein.

51. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 51 and based on this lack of information and belief denies the allegations therein.

52. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 52 and based on this lack of information and belief denies the allegations therein.

53. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 53 and based on this lack of information and belief denies the allegations therein.

54. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 54 and based on this lack of information and belief denies the allegations therein.

55. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 55 and based on this lack of information and belief denies the allegations therein.

56. Defendant denies every allegation contained in Paragraph 56 and further denies that plaintiff was injured or damaged in any sum, or at all.

***Claims against Mario Juarez and The Mario Juarez Selling Team***

57. Defendant denies every allegation contained in Paragraph 57.

### SEVENTH CAUSE OF ACTION

**Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team"**

**Intentional and Negligent Interference with Prospective Advantage**

58. Defendant incorporates herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 57.

59. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 59 and based on this lack of information and belief denies the allegations therein.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-7-

60. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 60 and based on this lack of information and belief denies the allegations therein.

61. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 61 and based on this lack of information and belief denies the allegations therein.

62. Defendant denies every allegation contained in Paragraph 62.

63. Defendant denies every allegation contained in Paragraph 63.

64. Defendant denies every allegation contained in Paragraph 64.

65. Defendant denies every allegation contained in Paragraph 65 and further denies that plaintiff was injured or damaged in any sum, or at all.

66. Defendant denies every allegation contained in Paragraph 66 and further denies that plaintiff was injured or damaged in any sum, or at all.

## EIGHTH CAUSE OF ACTION

**Mario Juarez, an individual, Mario Juarez, realtor,**

**'The Mario Juarez Selling Team"**

**Intentional Interference with the Right to Pursue a Lawful Business**

67. Defendant lacks information or belief sufficient to enable defendant to answer Paragraph 67 and based on this lack of information and belief denies the allegations therein.

68. Defendant denies every allegation contained in Paragraph 68.

## AFFIRMATIVE DEFENSES

AS A FIRST AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, there is a lack of subject matter jurisdiction.

AS A SECOND AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, there is a failure to join a party under Federal Rules of Civil Procedure, Rule 19.

AS A THIRD AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the action is stayed by pending bankruptcy proceedings of Cecilia Mendez/ Terracota, LLC, pursuant to 11 U.S.C. § 362.

AS A FOURTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff lacks capacity to sue.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-8-

AS A FIFTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the applicable statute of limitations, including but not limited to, California Code of Civil Procedure, sections 340, 339, 338 and 337.

AS A SIXTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint is barred by the doctrine of res judicata.

AS A SEVENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff is collaterally estopped in this action from contesting issues resolved in prior litigation between the parties.

AS AN EIGHTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff acknowledged, ratified, consented to and acquiesced in the alleged acts of omission, if any, of this defendant, thus barring plaintiff's recovery.

AS A NINTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint, and each cause of action therein, is barred by the doctrine of laches.

AS A TENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

AS AN ELEVENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, that if any damages are awarded to plaintiff, the amount of damages awarded to plaintiff should be offset by any amount owed by plaintiff to defendant for expensed incurred by defendant on plaintiff's behalf due to plaintiff's own negligence, carelessness or other fault in amounts presently unascertained.  Defendant will amend this answer to set forth said amount(s) when ascertained.

AS A TWELFTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff was partially, if not wholly, negligent or otherwise at fault on its own part and should be barred from recovery of that portion of the damages directly attributable to its proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-9-

AS A THIRTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the damages sustained by plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which this defendant is not liable or responsible.

AS A FOURTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the complaint does not state facts sufficient to constitute a claim for relief against these defendants.

AS A FIFTHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff lacks standing to bring the claim for relief pled in the Complaint.

AS A SIXTHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff has waived and/or is estopped from alleging the matters set forth in said complaint.

AS A SEVENTEEN AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff failed to mitigate its damages.

AS AN EIGHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff has failed to state a claim upon which attorney's fees can be awarded.

AS A NINETEENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's claims for injunctive relief are moot.

AS A TWENTIETH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, defendant presently has insufficient knowledge or information on which to form a belief as to whether he may have additional, as yet unstated, defenses available. Defendant reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

WHEREFORE, Defendant MARIO JUAREZ, individually, and erroneously sued herein as MARIO JUAREZ SELLING TEAM, pray judgment as follows:

1. That plaintiff take nothing against defendant by reason of the complaint;
2. For defendant's attorneys fees and costs and expenses of suit incurred herein;

ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-10-

3. Alternatively, if defendant is found liable to plaintiff, for an apportionment of plaintiff's damages, if any, in proportion to the shares of fault attributable to plaintiff and/or third parties; and

4. For such other and further relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendant MARIO JUAREZ, INDIVIDUALLY, and erroneously sued herein as MARIO JUAREZ SELLING TEAM, hereby demands a trial by jury.

Dated:  September 13, 2010                                   ALLMAN & NIELSEN, P. C.

By: _____/s/_____
Sara B. Allman, Esq.
Attorneys for Defendant
MARIO JUAREZ, INDIVIDUALLY, and erroneously sued herein as MARIO JUAREZ SELLING TEAM

**ANSWER OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTIVES, INTENTIONAL & NEGLIGENT INTERFERECNE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-11-