Sara B. Allman, Esq. CSB #107932
■**ALLMAN & NIELSEN, P.C.**■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:  415.461.2726
E-Mail:      all-niel@comcast.net

Attorney for Defendants
EDWIN RAMIREZ, JIMENA OLMOS, AND JENNIFER JUAREZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jorndening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual,  Adelberto "TITO" Gutierrez, an individual, Bernardo Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an individual, Gaberiel Ortiz, an individual, Irma | Case No.:  3:10-cv-03142-TEH<br><br>**ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, AND JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL** |

ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Reynoso, an individual, Johnathan Izazaga, an individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10.,

Defendants.

Defendants EDWIN RAMIREZ, JIMENA OLMOS, AND JENNIFER JUAREZ (collectively "defendants") answer the Complaint For Injunctive And Declaratory Relief And Damages, as follows:

## PRELIMINARY STATEMENT OF FACTS

1. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 1 and based on this lack of information and belief deny the allegations therein.

2. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 2 and based on this lack of information and belief deny the allegations therein.

3. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 3 and based on this lack of information and belief deny the allegations therein.

4. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 4 and based on this lack of information and belief deny the allegations therein.

5. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 5 and based on this lack of information and belief deny the allegations therein.

6. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 6 and based on this lack of information and belief deny the allegations therein.

7. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 7 and based on this lack of information and belief deny the allegations therein.

## JURISDICTION AND VENUE

8. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 8 and based on this lack of information and belief deny the allegations therein.

9. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 9 and based on this lack of information and belief deny the allegations therein.

## PARTIES

ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

10. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 10 and based on this lack of information and belief deny the allegations therein.

11. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 11 and based on this lack of information and belief deny the allegations therein.

12. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 12 and based on this lack of information and belief deny the allegations therein.

13. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 13 and based on this lack of information and belief deny the allegations therein.

14. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 14 and based on this lack of information and belief deny the allegations therein.

15. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 15 and based on this lack of information and belief deny the allegations therein.

16. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 16 and based on this lack of information and belief deny the allegations therein.

17. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 17 and based on this lack of information and belief deny the allegations therein.

18. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 18 and based on this lack of information and belief deny the allegations therein.

19. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 19 and based on this lack of information and belief deny the allegations therein.

20. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 20 and based on this lack of information and belief deny the allegations therein.

## FACTUAL ALLEGATIONS

*Plaintiff's Purchase of 4030 International Blvd., Oakland, CA*

1. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 1 and based on this lack of information and belief deny the allegations therein.

2. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 2 and based on this lack of information and belief deny the allegations therein.

*Boyd Real Property Agreement to Engage Mario Juarez and The Mario Juarez Selling Team as General Contractors for Plaza Del Sol.*

ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

3. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 3 and based on this lack of information and belief deny the allegations therein

4. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 4 and based on this lack of information and belief deny the allegations therein

***Boyd Real Property Terminates Agreement with Mario Juarez and The Mario Juarez Selling Team Upon Discovery of Embezzlement Lack of California Contractor's License: Tenancy for 4030A Terminated as of December 31, 2009***.

5. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 5 and based on this lack of information and belief deny the allegations therein

6. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 6 and based on this lack of information and belief deny the allegations therein

7. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 7 and based on this lack of information and belief deny the allegations therein

***Boyd Real Property Obtains Judgment for Possession: Juarez Makes False Statements Under Oath and Engages in Fraudulent Conveyance and Bankruptcy Fraud to Evade Credit Obligations to BRP and Eviction from 4030A.***

8. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 8 and based on this lack of information and belief deny the allegations therein

***Mario Juarez Initiates Harassment Campaign Against Boyd Real Property; Making False Police Reports; Dumping Trash and Human Waste on BRP's Property, Interfering with Contracts with Other Tenants and Encouraging Non-payment of Rental Contracts.***

9. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 9 and based on this lack of information and belief deny the allegations therein.

10. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 10 and based on this lack of information and belief deny the allegations therein.

***After the Judgment and then Incidents of Harassment, Boyd Real Property Posted No Trespass Signs and Specifically Notified Juarez and His Legal Counsel Erika Jordening Not to Come onto the Property and Warehouse Space at 4030 International Blvd. and Plaza Del Sol: Both Flaunted the Do Not Trespass Signs.***

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

11. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 11 and based on this lack of information and belief deny the allegations therein.

## FIRST CAUSE OF ACTION (ALL DEFENDANTS)

### Trespass

12. Defendants incorporate herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 11.

13. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 13 and based on this lack of information and belief deny the allegations therein.

14. Defendants deny every allegation contained in Paragraph 14.

15. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 15 and based on this lack of information and belief deny the allegations therein.

16. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 16 and based on this lack of information and belief deny the allegations therein.

17. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 17 and based on this lack of information and belief deny the allegations therein.

18. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 18 and based on this lack of information and belief deny the allegations therein.

19. Defendants deny every allegation contained in Paragraph 19.

20. Defendants deny every allegation contained in Paragraph 20.

## SECOND CAUSE OF ACTION (ALL DEFENDANTS)

### Ejection from Private Property

### (California Civil Code § 33334)

21. Defendants incorporate herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 20.

22. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 22 and based on this lack of information and belief deny the allegations therein.

23. Defendants lack information or belief sufficient to enable defendants to answer Paragraph 23 and based on this lack of information and belief deny the allegations therein.

24. Defendants deny every allegation contained in Paragraph 24 and further deny that plaintiff was injured or damaged in any sum, or at all.

**ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-5-

1    25. Defendants deny every allegation contained in Paragraph 25 and further deny that

2    plaintiff was injured or damaged in any sum, or at all.

3    26. Defendants deny every allegation contained in Paragraph 26.

4    **THIRD CAUSE OF ACTION**

5    **Fraud and Deceit**

6    **(Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team"**

7    **Fireside California Group**

8    27. Defendants incorporate herein by reference, as though fully set forth at length,

9    defendants' answers to Paragraphs 1 through 26.

10    28. Paragraph 28 contains no allegations against these defendants and no response is

11    necessary. However, should a response be deemed necessary, defendants deny every allegation

12    contained therein.

13    29. Paragraph 29 contains no allegations against these defendants and no response is

14    necessary. However, should a response be deemed necessary, defendants deny every allegation

15    contained therein.

16    30. Paragraph 30 contains no allegations against these defendants and no response is

17    necessary. However, should a response be deemed necessary, defendants deny every allegation

18    contained therein.

19    31. Paragraph 31 contains no allegations against these defendants and no response is

20    necessary. However, should a response be deemed necessary, defendants deny every allegation

21    contained therein.

22    32. Paragraph 32 contains no allegations against these defendants and no response is

23    necessary. However, should a response be deemed necessary, defendants deny every allegation

24    contained therein.

25    33. Paragraph 33 contains no allegations against these defendants and no response is

26    necessary. However, should a response be deemed necessary, defendants deny every allegation

27    contained therein.

28    34. Paragraph 34 contains no allegations against these defendants and no response is

29    necessary. However, should a response be deemed necessary, defendants deny every allegation

30    contained therein.

31

32

ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ
TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE
PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT
TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL &
NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND
INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS;
DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-6-

**FOURTH CAUSE OF ACTION**

**Conversion (Theft & Embezzlement)**

**(Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team")**

35. Defendants incorporate herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 34.

36. Paragraph 36 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

37. Paragraph 37 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

38. Paragraph 38 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

39. Paragraph 39 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

40. Paragraph 40 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

**FIFTH CAUSE OF ACTION**

**Fraudulent Transfer (California Civil Code 3439-3439.12)**

(Mario Juarez, an individual, Mario Juarez, realtor, 'The Mario Juarez Selling Team")

41. Defendants incorporate herein by reference, as though fully set forth at length, defendants' answers to Paragraphs 1 through 40.

42. Paragraph 42 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

**ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-7-

1    43. Paragraph 43 contains no allegations against these defendants and no response is

2   necessary. However, should a response be deemed necessary, defendants deny every allegation

3   contained therein.

4    44. Paragraph 44 contains no allegations against these defendants and no response is

5   necessary. However, should a response be deemed necessary, defendants deny every allegation

6   contained therein.

7    45. Paragraph 45 contains no allegations against these defendants and no response is

8   necessary. However, should a response be deemed necessary, defendants deny every allegation

9   contained therein.

10   46. Paragraph 46 contains no allegations against these defendants and no response is

11   necessary. However, should a response be deemed necessary, defendants deny every allegation

12   contained therein.

13                              **SIXTH CAUSE OF ACTION**

14   **Mario Juarez, an individual, Mario Juarez, relator, 'The Mario Juarez Selling Team" and**

15   **Erika Jordening Unfair, Unlawful and Deceptive Business Practices in Violation of Calif. B &**

16                                    **P §17200**

17   47. Defendants incorporate herein by reference, as though fully set forth at length,

18   defendants' answers to Paragraphs 1 through 46.

19   48. Paragraph 48 contains no allegations against these defendants and no response is

20   necessary. However, should a response be deemed necessary, defendants deny every allegation

21   contained therein.

22   49. Paragraph 49 contains no allegations against these defendants and no response is

23   necessary. However, should a response be deemed necessary, defendants deny every allegation

24   contained therein.

25   50. Paragraph 50 contains no allegations against these defendants and no response is

26   necessary. However, should a response be deemed necessary, defendants deny every allegation

27   contained therein.

28   51. Paragraph 51 contains no allegations against these defendants and no response is

29   necessary. However, should a response be deemed necessary, defendants deny every allegation

30   contained therein.

31

32   **ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-8-

1   52. Paragraph 52 contains no allegations against these defendants and no response is
2   necessary. However, should a response be deemed necessary, defendants deny every allegation
3   contained therein.

4   53. Paragraph 53 contains no allegations against these defendants and no response is
5   necessary. However, should a response be deemed necessary, defendants deny every allegation
6   contained therein.

7   54. Paragraph 54 contains no allegations against these defendants and no response is
8   necessary. However, should a response be deemed necessary, defendants deny every allegation
9   contained therein.

10   55. Paragraph 55 contains no allegations against these defendants and no response is
11   necessary. However, should a response be deemed necessary, defendants deny every allegation
12   contained therein.

13   56. Paragraph 56 contains no allegations against these defendants and no response is
14   necessary. However, should a response be deemed necessary, defendants deny every allegation
15   contained therein.

16   *Claims against Mario Juarez and The Mario Juarez Selling Team*

17   57. Paragraph 57 contains no allegations against these defendants and no response is
18   necessary. However, should a response be deemed necessary, defendants deny every allegation
19   contained therein.

20   **<u>SEVENTH CAUSE OF ACTION</u>**

21   **Mario Juarez, an individual, Mario Juarez, realtor, "The Mario Juarez Selling Team"**
22   **Intentional and Negligent Interference with Prospective Advantage**

23   58. Defendants incorporate herein by reference, as though fully set forth at length,
24   defendants' answers to Paragraphs 1 through 57.

25   59. Paragraph 59 contains no allegations against these defendants and no response is
26   necessary. However, should a response be deemed necessary, defendants deny every allegation
27   contained therein.

28   60. Paragraph 60 contains no allegations against these defendants and no response is
29   necessary. However, should a response be deemed necessary, defendants deny every allegation
30   contained therein.

31

32   ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ
     TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE
     PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT
     TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL &
     NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND
     INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS;
     DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-9-

61. Paragraph 61 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

62. Paragraph 62 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

63. Paragraph 63 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

64. Paragraph 64 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

65. Paragraph 65 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

66. Paragraph 66 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

## **EIGHTH CAUSE OF ACTION**

### **Mario Juarez, an individual, Mario Juarez, realtor,**

### **'The Mario Juarez Selling Team"**

### **Intentional Interference with the Right to Pursue a Lawful Business**

67. Paragraph 67 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

68. Paragraph 68 contains no allegations against these defendants and no response is necessary. However, should a response be deemed necessary, defendants deny every allegation contained therein.

**ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-10-

<center>AFFIRMATIVE DEFENSES</center>

AS A FIRST AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, there is a lack of subject matter jurisdiction.

AS A SECOND AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, there is a failure to join a party under Federal Rules of Civil Procedure, Rule 19.

AS A THIRD AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the action is stayed by pending bankruptcy proceedings of Cecilia Mendez/ Terracota, LLC, pursuant to 11 U.S.C. § 362.

AS A FOURTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff lacks capacity to sue.

AS A FIFTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, the applicable statute of limitations, including but not limited to, California Code of Civil Procedure, sections 340, 339, 338 and 337.

AS A SIXTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint is barred by the doctrine of res judicata.

AS A SEVENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff is collaterally estopped in this action from contesting issues resolved in prior litigation between the parties.

AS AN EIGHTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff acknowledged, ratified, consented to and acquiesced in the alleged acts of omission, if any, of this defendant, thus barring plaintiff's recovery.

AS A NINTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint, and each cause of action therein, is barred by the doctrine of laches.

AS A TENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, plaintiff's complaint, and each cause of action therein, is barred by the doctrine of unclean hands.

AS AN ELEVENTH AFFIRMATIVE DEFENSE to the complaint and each and every claim for relief of the complaint, that if any damages are awarded to plaintiff, the amount of

**ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-11-

1  damages awarded to plaintiff should be offset by any amount owed by plaintiff to defendants for

2  expensed incurred by defendants on plaintiff's behalf due to plaintiff's own negligence, carelessness

3  or other fault in amounts presently unascertained.  Defendants will amend this answer to set forth

4  said amount(s) when ascertained.

5       AS A TWELFTH AFFIRMATIVE DEFENSE to the complaint and each and every claim

6  for relief of the complaint, plaintiff was partially, if not wholly, negligent or otherwise at fault on its

7  own part and should be barred from recovery of that portion of the damages directly attributable to

8  its proportionate share of the negligence or fault, pursuant to the doctrine of comparative

9  negligence.

10      AS A THIRTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

11  claim for relief of the complaint, the damages sustained by plaintiff, if any, were caused, in whole

12  or in part, by the negligence or fault of others for which this defendants are not liable or responsible.

13      AS A FOURTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

14  claim for relief of the complaint, the complaint does not state facts sufficient to constitute a claim

15  for relief against these defendants.

16      AS A FIFTHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

17  claim for relief of the complaint, plaintiff lacks standing to bring the claim for relief pled in the

18  Complaint.

19      AS A SIXTHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

20  claim for relief of the complaint, plaintiff has waived and/or is estopped from alleging the matters

21  set forth in said complaint.

22      AS A SEVENTEEN AFFIRMATIVE DEFENSE to the complaint and each and every claim

23  for relief of the complaint, plaintiff failed to mitigate its damages.

24      AS AN EIGHTEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

25  claim for relief of the complaint, plaintiff has failed to state a claim upon which attorney's fees can

26  be awarded.

27      AS A NINETEENTH AFFIRMATIVE DEFENSE to the complaint and each and every

28  claim for relief of the complaint, plaintiff's claims for injunctive relief are moot.

29      AS A TWENTIETH AFFIRMATIVE DEFENSE to the complaint and each and every claim

30  for relief of the complaint, defendants presently have insufficient knowledge or information on

31

32  **ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL & NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS; DEMAND FOR JURY TRIAL**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-12-

1  which to form a belief as to whether he may have additional, as yet unstated, defenses available.

2  Defendants reserve herein the right to assert additional defenses in the event discovery indicates that

3  they would be appropriate.

4        WHEREFORE, Defendants EDWIN RAMIREZ, JIMENA OLMOS, AND JENNIFER

5  JUAREZ, pray judgment as follows:

6        1.     That plaintiff take nothing against defendants by reason of the complaint;

7        2.     For defendants' attorneys fees and costs and expenses of suit incurred herein;

8        3.     Alternatively, if defendants are found liable to plaintiff, for an apportionment of

9                 plaintiff's damages, if any, in proportion to the shares of fault attributable to plaintiff

10                 and/or third parties; and

11        4.     For such other and further relief as the court may deem just and proper.

12        **<ins>DEMAND FOR JURY TRIAL</ins>**

13        Defendants EDWIN RAMIREZ, JIMENA OLMOS, AND JENNIFER JUAREZ, hereby

14  demand a trial by jury.

15  Dated:  September 15, 2010          ALLMAN & NIELSEN, P. C.

16

17            By: _____ /s/ _____

18              Sara B. Allman, Esq.
            Attorneys for Defendants

19              EDWIN RAMIREZ, JIMENA OLMOS,
            AND JENNIFER JUAREZ

20

21

22

23

24

25

26

27

28

29

30

31

32

ANSWER OF EDWIN RAMIREZ, JIMENA OLMOS, JENNIFER JUAREZ
TO COMPLAINT FOR TRESPASS, EJECTION FROM PRIVATE
PROPERTY, FRAUD AND DECEIT, CONVERSION, FRAUDULENT
TRANSFER, UNLAWFUL BUSINESS PRACTICES, INTENTIONAL &
NEGLIGENT INTERFERENCE PROSPECTIVE ADVANTAGE, AND
INTERFERENCE WITH RIGHT TO PURSUE LAWFUL BUSINESS;
DEMAND FOR JURY TRIAL

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-13-