S. R. Mitchell (SBN 172664)
Attorney at Law
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6431 (fax)
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company<br><br>         Plaintiff,<br><br>    vs.<br><br>The Mario Juarez Selling Team (form of entity unknown); **Mario Juarez**, an individual; **The Neal Juarez LLC**, a California limited liability company; **Verdes Bio Fuel Company** (form of entity unknown):**American First Financial Corp**. a California corporation; **Fireside California Group**, a California corporation; **Francis Mabel Nunez**, an individual; **Erika Jordening**, an individual; **Edwin Ramirez**, an individual; **Jimena Olmos**, an individual; **Jennifer Juarez**, an individual; **Jose Ontiveros**, an individual; **Dario Laza**, an individual, **Fernando "El Carinoso" Martinez**; an individual, **Will Jimenez**, an individual **Adalberto "TITO" Gutierrez**, an individual, **Bernardo Villafuerte**, an individual, **Carmen Acosta**, an individual, **Delia Dorantes**, an individual, **Eleyna Felix**, an individual, **Enedina "Dina" Munguia**, an individual, **Ezequiel Zarate**, an individual, **Frank Coello**, an individual, **Gaberiel Ortiz,** an individual **Irma Reynoso,** an individual, **Jonathan Izazaga,** an individual, **Rosa Valencia**, an individual, **Rosalia Negron**, an individual, **Sonia Dominguez**, an individual, **Stephanie Candevan**, an individual, **Sue Mei**, an individual, **Wilfred Negron**, an individual **Does 1-10.**<br>         Defendants. | Civil Case No.: C1003142 THH ADR<br><br>**Declaration of S. Raye Mitchell in Support of Plaintiff's Response to Order to Show Cause.**<br><br>**Response Date: September 27, 2010** |

_____

**Declaration S. R. Mitchell 1**                              1300 Clay Street Suite 600/Oakland, CA 94612

I, S. Raye Mitchell, declare as follows:

1.     I am an attorney licensed to practice in all courts in the State of California and the United States District Court, Northern California.  If called as a witness, I can testify to the following facts based on personal knowledge:

2.     On September 24, 2010, the Alameda Superior Court issued an **Emergency Restring Order** against Mario Juarez based on my application and supporting proof that Mario Juarez committed a criminal battery against me.  On September 21, 2010, while I was on the property at 4030B International Blvd Oakland, CA attending to my job duties as counsel for the plaintiff in this case and in gathering further evidence in this case, **Mario Juarez hit, pushed, injured, hit in face and ripped the clothes and ripped off the buttons on the clothing**.  I then filed an application for TRO and filed criminal complaints for **felony** violence against a witness (CA Penal Code 136.1, Criminal Trespass (CA Penal Code 602) and Criminal Battery (CA Penal Code 245) have been filed with the Alameda County District Attorney.  See **Exhibit A** for a true and correct copy of the TRO issued *Mitchell vs. Mario Juarez,* Alameda County Superior Court Case No. RG10537688. The order of protection extends until October 12, 2010 and protects S. Raye Mitchell, Inyoung Boyd, Douglas Boyd (members of Plaintiff's LLC) and Juan Flores (Property Manager and employee of Plaintiff)

2.     I was under the impression that the writ of possession was quashed based on clerical oversight, although I could not get an understanding of the actual claims of clerical oversight.  I have been unable to obtain further information as to what is or was the clerical oversight by the Clerk.  The civil clerk was unable to articulate the clerical oversight and an inquiry to Honorable Judge Roech generated no response.  The Clerk of the Appellate Division stated that the writ of

_____

Declaration S. R. Mitchell 2                                                         1300 Clay Street Suite 600/Oakland, CA 94612

possession can be reissued, but no one knows the procedure. I did not mention the administrative issue, as it did not appear to be substantive.

Upon further investigation I subsequently *found two different* and **conflicting Court Orders dated July 9, 2010**. Defendant appears to have produced one. Attached as **Exhibit B** is a true and correct copy of the July 9, 2010 Order quashing writ based on "clerical oversight."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the date below in Oakland, CA.

Dated:  September 27, 2010

                                      By: /s/ S. Raye Mitchell
                                      S. Raye Mitchell

---

**Declaration S. R. Mitchell 3**                          1300 Clay Street Suite 600/Oakland, CA 94612