SHERIFF'S FILE

| **CH-120** | **Notice of Hearing and Temporary Restraining Order** |
|---|---|

*Clerk stamps date here when form is filed.*

**① Name of person asking for protection:**
Sandra Raye Mitchell

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
1300 Clay Street 600

City: Oakland   State: CA   Zip: 94612
Your telephone number *(optional):* (510) 836-2097
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* _____

*Fill in court name and street address:*
**Superior Court of California, County of Alameda**
Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

**② Name of person to be restrained:**
Mario Juarez

Description of that person:

*Court fills in case number when form is filed.*
**Case Number:**
RG10537688

Sex: ☑ M  ☐ F   Height: 5'7   Weight: 200lb   Race: Hispanic
Hair Color: Blk   Eye Color: Brn   Age: 40   Date of Birth: _____
Home Address *(if known):* 4030A International Blvd
City: Oakland   State: CA.   Zip: 94601
Work Address *(if known):* 4030A International Blvd
City: Oakland   State: CA.   Zip: 94601

**To the person in ②:**

**③ Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

| Hearing Date | Date: 10/12/2010   Time: 9:00am | Name and address of court if different from above: |
|---|---|---|
| | Dept.: 102   Rm.: _____ | 661 Washington Street<br>Oakland, CA 94607 |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**④ Court Orders**
The court *(check a or b):*
a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.
b. ☑ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**

CH-120, Page 1 of 4 →

Your name: Sandra Raye Mitchell

Case Number: RG10537688

## Temporary Orders Against the Restrained Person

*(Write the name of the person in ②):* Mario Juarez

**The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.**

**⑤ ☑ Personal Conduct Orders**

You must **not** do the following things to the people listed in ① and ⑩:

☑ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☑ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☑ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**⑥ ☑ Stay-Away Order**

You **must** stay at least *(specify):* 200 yards away from:

a. ☑ The person listed in ①   e. ☑ Vehicle of person in ①   ☐ Vehicles of persons in ⑩
b. ☑ The people listed in ⑩   f. ☐ The protected children's school or child care
c. ☑ The home of the persons in ① and ⑩   g. ☑ Other *(specify):* 14030 B International Blvd Oakland, CA warehouse & parking area
d. ☑ Jobs or workplaces of the persons in ① and ⑩

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

**⑦ No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑧ Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

**⑨ ☑ Other Orders** *(specify):*

stay away from Internal space 4030 B International Blvd, Oakland CA. 94601 Warehouse work space and parking lot attached to 4030 B International Blvd doesn't prevent enter into 4030A International Blvd his alleged work place.

**This is a Court Order.**

Your name: Sandra Raye Mitchell

Case Number: RG10537688

**(10) ☑ Other Protected Persons**
List of the full names of all family or household members protected by these orders:
Douglas Boyd, Inyoung Boyd, Juan Flores

### Instructions for the Protected Person

**To the person in ①:** *(Write the name of the person in ①):* Sandra Raye Mitchell

**(11) Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:      Address (City, State, Zip)

**(12) Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:
 a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
 b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
 c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
 d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
 e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
 f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**(13) Time for Service** *(check a, b, or c)*
 a. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.
 b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.
 c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least _____ days before the hearing.

**(14) ☑ No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**



| Case Number: |
|---|
| RG10537688 |

Your name: Sandra Raye Mitchell

⑮ ☑ **No Fee for Service of Order by Law Enforcement**
The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.
b. ☑ The Order is based on a credible threat of violence.
c. ☐ The person in ① is entitled to a fee waiver.

Date: 09/23/2010

▶ _Taylor R Culver_ digital
*Judicial Officer*

### Warnings and Notices to the Restrained Person in ②

#### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order* (Form *MC-410*). (Civil Code, § 54.8.)



*(Clerk will fill out this part.)*
—**Clerk's Certificate**—

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: SEP 2 3 2010     Clerk, by _KyHicks_, Deputy

### This is a Court Order.