EXHIBIT B

Attorney at Law
Attn: Mitchell, S. Raye
1300 Clay Street,
Suite 600
Oakland, CA   94612

---

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| **Boyd Real Property** | **No. RG10500488** |
| Plaintiff/Petitioner(s) | |
| vs. | **UD Judgment for restitution of premises only,** |
| | **Pursuant to Section 1169 CCP** |
| **Fireside California Group, Inc** | |
| Defendant/Respondent(s) | |
| **(Abbreviated Title)** | |

The plaintiff(s) request that judgment for restitution of premises only be entered
against the defendant(s) hereinafter named:
    Fireside California Group, Inc
    Mario Juarez Selling Team

Said defendant(s) having been served with summons and copy of complaint, and having
failed to appear and answer the complaint within the time allowed by law, and default of
said defendant(s) having been entered at the request of plaintiff(s):
    Boyd Real Property

Judgment for restitution of premises only is hereby entered and that plaintiff(s)
recover from defendant(s):
    Fireside California Group, Inc
    Mario Juarez Selling Team

the restitution and possession of the premises
situated in Oakland, County of Alameda, State of California, described as follows:

    4030A International Blvd.,

And the lease or agreement under which said defendant(s) holds said premises is
declared forfeited.

    This judgment was entered on     07/01/2010

                    Executive Officer / Clerk of the Superior Court

By   _Melgena Hayes_
                                    Deputy Clerk

S.Raye Mitchell SBN 172664
Attorney At Law Making a New Reality Inc.
Clay Street, Suite 600
Oakland, CA 94612

Mario Juarez
4030A International Blvd.
Oakland, CA 94601

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA
## RENE C DAVIDSON

Boyd Real Property

                    Plaintiff(s)

vs.

                                                    RG0500488

                                        Order to Recall and Quash Writ of
                                                    Possesion

Fireside California Group, Inc. et al al

                    Defendant(s)

---

GOOD CAUSE APPEARING, THE COURT ON ITS OWN MOTION ORDERS, the Writ of Possession issued on July 1, 2010, to Alameda County be recalled and quashed due to clerical oversight.

Dated:  July 9, 2010        _____
                                        Judge of the Superior Court

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served the foregoing document by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court procedure.

Dated: July 9, 2010    By _____ , Deputy Clerk

