1
2   Sara B. Allman, Esq. CSB #107932
3   ■Allman & Nielsen, P.C. ■
    100 Larkspur Landing Circle, Suite 212
4   Larkspur, CA 94939
5   Telephone:  415.461.2700
    Facsimile:   415.461.2726
6   E-Mail:     all-niel@comcast.net
7
8   Attorney for Defendants
    MARIO JUAREZ, INDIVIDUALLY, AND
9   ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM,
    EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS
10
11
12              IN THE UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14
15
16  Boyd Real Property LLC, a California          Case No.:  3:10-cv-03142-TEH
    limited liability company,
17                                                **REQUEST FOR JUDICIAL**
                 Plaintiff,                       **NOTICE IN SUPPORT OF**
18                                                **OPPOSITION OF MARIO**
19  v.                                            **JUAREZ, THE MARIO JUAREZ**
                                                  **SELLING TEAM, EDWIN**
20                                                **RAMIREZ, JENNIFER JUAREZ,**
    The Mario Juarez Selling Team (form of        **AND JIMENA OLMOS TO**
21  entity unknown); Mario Juarez, an             **PLAINTIFF'S RESPONSE TO**
    individual; The Neal Juarez LLC, a            **ORDER TO SHOW CAUSE**
22  California limited liability company; Verdes
23  Bio Fuel Company (form of entity unknown):
    American First Financial Corp. a California
24  corporation; Fireside California Group, a
25  California corporation; Francis Mable Nunez,
    an individual; Erika Jordening, an individual;
26  Edwin Ramirez, an individual; Jimena
27  Olmos, an individual; Jennifer Juarez, an
    individual; Jose Ontiveros, an individual;
28  Dario Laza, an individual, Fernando "El
29  Carinoso" Martinez; an individual, Will
    Jimenez, an individual,  Adelberto "TITO"
30  Gutierrez, an individual, Bernardo
31
32

1 | Villafuerte, an individual, Carmen Acosta, an
2 | individual, Delia Dorantes, an individual,
3 | Eleyna Felix, an individual, Enedina "Dina"
   | Munguia, an individual, Ezequiel Zarate, an
4 | individual, Frank Coelle, an individual,
5 | Gaberiel Ortiz, an individual, Irma Reynoso,
   | an individual, Johnathan Izazaga, an
6 | individual, Rosa Valencia, an individual,
7 | Rosalia Negron, an individual, Sonia
   | Dominguez, an individual, Stephanie
8 | Candevan, an individual, Sue Mei, an
9 | individual, Wilfred Negron, an individual
   | Does 1-10.,
10 |
11 |       Defendants.
12 |
13 |        Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Mario Juarez, an

14 | individual, and erroneously sued herein as Mario Juarez Selling Team, Edwin Ramirez,

15 | Jennifer Juarez and Jimena Olmos, respectfully request that this Court take judicial notice of

16 | the following documents:

17 |        1.      Plaintiff Boyd Real Property LLC's Supplemental Exhibit in Opposition to Ex

18 | Parte Application of Dismissed Defendant Mario Juarez filed in *Boyd v. Fireside California*

19 | *Group, et al.,* Alameda County Superior Court, Case No. RG10-500488 on July 13, 2010,

20 | attached hereto as Exhibit "1."

21 |

22 |        2.      Plaintiff Boyd Real Property LLC's Notice of Appeal to Alameda County

23 | Superior Court Appellate Division filed in *Boyd v. Fireside California Group, et al.,*

24 | Alameda County Superior Court, Case No. RG10-500488 on July 16, 2010, attached hereto

25 | as Exhibit "2."

26 |        3.      Order Quashing Writ of Possession filed in *Boyd v. Fireside California*

27 | *Group, et al.,* Alameda County Superior Court, Case No. RG10-500488 on July 9, 2010,

28 | attached hereto as Exhibit "3."

29 |        4.      Order to Recall and Quash Writ of Possession in *Boyd v. Fireside California*

30 | *Group, et al.,* Alameda County Superior Court, Case No. RG10-500488 dated July 9, 2010,

31 | attached hereto as Exhibit "4."

32 |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION OF MARIO JUAREZ, THE MARIO JUAREZ
SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND
JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO
SHOW CAUSE                                    -2-

5.     Appellant-Plaintiff Boyd Real Property LLC's Notice of Designating Record on Appeal filed in *Boyd v. Fireside California Group, et al.,* Alameda County Superior Court, Case No. RG10-500488 on July 22, 2010, attached hereto as Exhibit "5."

6.     Motion for Relief from Automatic Stay filed in *Boyd Real Property v. Cecilia Mendez,* U.S. Bankruptcy Court, Eastern District of California, Case No. 09-30142 on October 4, 2010, attached hereto as Exhibit "6."

7.     Application for Order Shortening Time on Motion for Order for Relief from Automatic Stay filed in *Boyd Real Property v. Cecilia Mendez,* U.S. Bankruptcy Court, Eastern District of California, Case No. 09-30142 on October 5, 2010, attached hereto as Exhibit "7."

8.     Request for Orders to Stop Harassment filed in *Juarez v. Mitchell,* Alameda County Superior Court, Case No. RG10537626 on September 22, 2010, attached hereto as Exhibit "8."

9.     Notice of Hearing and TRO filed in *Juarez v. Mitchell,* Alameda County Superior Court, Case No. RG10537626 on September 22, 2010, attached hereto as Exhibit "9."

Respectfully Submitted,

Dated: October 12, 2010                    ALLMAN & NIELSEN, P.C.


By:   /s/
                                       Sara B. Allman, Esq.
                                       Attorneys for Defendants
                                       MARIO JUAREZ, INDIVIDUALLY, and
                                       erroneously sued herein as MARIO JUAREZ
                                       SELLING TEAM, EDWIN RAMIREZ,
                                       JENNIFER JUAREZ, AND JIMENA OLMOS

Exhibit "1"

1  S. Raye Mitchell SBN 172664
   Attorney at Law
2  Making a New Reality, Inc
3  1300 Clay Street, Suite 600
   Oakland, CA 94612
4  510.836.2097 (ph)/510.380.6531(fax)
5
   Attorney for Plaintiff
6  Boyd Real Property LLC

**FILED**
ALAMEDA COUNTY

JUL 1 3 2010

CLERK OF THE SUPERIOR COURT
By_____
                    Deputy

7

8                  **Superior Court of State of California,**

9                       **County of Alameda**

10                      **Unlimited Jurisdiction**

11  **Boyd Real Property LLC,**            Case No.: RG10500488

12              **Plaintiff,**             **Plaintiff Boyd Real Property LLC's**
                                           **Supplemental Exhibit in Opposition to Ex**
13      **vs.**                            **Parte Application of Dismissed Defendant**
                                           **Mario Juarez.**
14  **Fireside California Group, Inc, Mario**
15  **Juarez, an individual, American First**
16  **Financial Corp, a California corporation,**   Date:  July 9, 2010
                                                     Time:  11:00 a.m.
17  **The Mario Juarez Selling Team (form of**      Dept. 31
    **entity unknown)**
18
    **and Does 1 through 20 inclusive,**
19
              **Defendants.**
20
21
22
23      Plaintiff Boyd Real Property appeared July 9, 2010 in opposition to the dismissed

24  defendant Mario Juarez's *Ex parte* Application to Stay Writ of Possession.  The Notice of Ex

25  Parte Application included no motion to the court to Stay proceeding based on non-party Cecilia

26  Mendez or Terrecota LLC.  Despit such, the Court hear argument and the attached exhibit was

27

28

---

submitted to the court for consideration.  Apparently through error, the document was not filed

with the Court and is therefore filed herein to complete the record of the hearing.


Dated:  July 9, 2010

By:

S. Raye Mitchell
Attorney for Plaintiff

---

1  PROOF OF SERVICE

2      I, the undersigned, declare that I am employed in the City Oakland, State of California.  I

3  am over the age of eighteen (18) and not a party to the within action.  My Business address is

4  1300 Clay Street Suite 600 Oakland, CA 94612

5      On July 13, 2010, I served a copy of the documents listed below by:

6  _x_   (By MAIL), I placed said copies in the U.S. Mail addressed to the person(s) on whom it

7  is to be served.

8      Attorney for Mario Juarez
9      Erika Jordening
       1376 De Solo Drive
10     Pacifica CA 94044

11  __   (BY FAX) I transmitted via facsimile the document(s) listed below to the fax number(s)

    set forth below on this date before 5:00 p.m.
12

13  _    (BY PERSONAL DELIVERY) I caused such envelope)s) to be delivered by hand this

    date to the offices of the addressee(s) or the Attorney Erika Jordening.
14

15  _    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an

16  overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it

    is to be served.
17

18  ___   (BY ELECTRONIC MAIL DELIVERY) I caused such item to be delivered to

19  ejordening@gmail.com.

20     Attorney for Mario Juarez
       Erika Jordening
21     1376 De Solo Drive
       Pacifica CA 94044
22

23  Documents Served:

24     Plaintiff's Trial Exhibit List

25     I declare under penalty of perjury that the foregoing is true and correct and that this

26  declaration was executed on July 13, 2010.

27

28
                                      R. Mitchell

---

Plaintiff's Trial Exhibits   3                        S. Raye Mitchell
                                              1300 Clay Street, Suite 600

```
                                              FILED
                                         March 24, 2010
                                    CLERK, U.S. BANKRUPTCY COURT
                                    EASTERN DISTRICT OF CALIFORNIA
```

1   Lewis Phon, Esq.   #74907
    LAW OFFICES OF LEWIS PHON
2   4040 Heaton Court
    Antioch, CA  94509
3   (415) 574-5029 tel
    (415) 706-7600 fax
4
    Attorney for Debtor
5   Cecilia Mendez

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT

11          IN THE EASTERN DISTRICT OF CALIFORNIA

12

13
    In re:                      CASE NO: 2009-30142-A
14
    CECILIA MENDEZ              CHAPTER 11
15
                               DCN-LP-7
16
                               EX PARTE
17                             APPLICATION TO EMPLOY
                               LEWIS PHON
18          Debtor (s).        AS ATTORNEY FOR
                        /      THE ESTATE
19

20

21      Cecilia Mendez, the debtor and applicant herein,

22   respectfully represents:

23      1.   On or about May 20, 2009, I caused to be

24           filed my Chapter 13 case.   On or about

25           February 16, 2010, this case was converted to

26           Chapter 11 of the Bankruptcy Code.

27      2.   I wish to employ The Law Offices of Lewis

28           Phon,  (hereinafter "attorney"), to assist

Page 1: APPLICATION TO EMPLOY LAW FIRM

1    with the preparation of my Chapter 11

2    Petition, preparation of my schedules, to

3    provide advice and counseling as to the

4    bankruptcy proceedings, respond to court

5    documents and pleadings, to prepare a Chapter

6    11 plan and disclosure statement, to attend

7    court hearings on my behalf, and to prepare a

8    final decree.

9    3.    I have selected this attorney for the reason

10    that the attorney has agreed to assist me

11    with this bankruptcy filing and will be able

12    to advise me on my obligations during this

13    bankruptcy proceeding.

14    4.    I wish to employ the attorney and have paid a

15    pre-petition general retainer of $2,000 on or

16    about May 20, 2009.  Attorney's current

17    hourly rate is $300.00.    Attorney has

18    agreed to represent me under the above hourly

19    rate and under the above retainer subject to

20    the approval of this court.   Attached and

21    incorporated by reference is a copy of the

22    retainer agreement with Attorney.

23    6.    I have never employed this attorney prior to

24    the filing of this case.  However, I am the

25    sole member of a limited liability company

26    called Terracota, LLC.  Terracota has been

27    disclosed on my bankruptcy schedules but it

28    itself has not filed for any type of

1    bankruptcy relief.  Terracota is the tenant
2    of the premises at 4030a International Blvd,
3    Oakland, California where I am presently
4    employed.  Terracota has been paying rent to
5    the landlord at least since March 2009.
6    Recently in January 2010, the landlord of the
7    premises sought to recover payment of alleged
8    pre-petition past due rent.  Terracota
9    retained Mr. Phon to defend that action and
10   has paid him $1,000.  This action is still
11   pending and Mr. Phon continues to represent
12   Terracota.  I have no personal obligation to
13   pay any fees for the representation of
14   Terracota.

15   7.    To the best of my knowledge, neither Attorney
16        nor any member of his office has any interest
17        adverse to me or my estate in any of the
18        matters upon which he is to be engaged, and I
19        believe attorney's employment would be in the
20        best interests of this estate.  Further,
21        neither Attorney nor any member of his office
22        is an insider, has or holds any interests of
23        mine, is related to me in any way except as
24        my attorney and otherwise has no stake in the
25        my assets or liabilities.  Further, neither
26        Attorney nor any member of his staff is
27        related to me, or my accountants or
28        attorneys, except as my attorney, or to my

Page 3: APPLICATION TO EMPLOY LAW FIRM

1    creditors, or their respective attorneys or

2    accountants, to the U.S. trustee, the

3    trustee's staff or members of its office, or

4    any other party in interest.

5    WHEREFORE, I pray that he be authorized to employ

6    Attorney and that I have such other and further relief as is

7    just.

8                                    Respectfully submitted,

9    DATED:    3//11/2010            /s/ Cecilia Mendez

10   _____    _____
                                      Cecilia Mendez

11   K:\data55\cecilia mendez/ ex parte application for employment

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 4: APPLICATION TO EMPLOY LAW FIRM

Exhibit "2"

RCD

*8693628*

1   S. Raye Mitchell SBN 172664
    Attorney at Law
2   Making a New Reality, Inc
    1300 Clay Street, Suite 600
3   Oakland, CA 94612
4   510.836.2097 (ph)/510.380.6531(fax)

5   Attorney for Plaintiff
6   Boyd Real Property LLC

F I L E D
ALAMEDA COUNTY

JUL 16 2010

CLERK OF THE SUPERIOR COURT
By _____
Deputy

### Superior Court of State of California,

### County of Alameda

### Limited Jurisdiction

| | |
|---|---|
| **Boyd Real Property LLC,** | **Case No.: RG10500488** |
| **Plaintiff,** | **Plaintiff Boyd Real Property LLC's Notice of Appeal to Alameda County Superior Court Appellate Division.** |
| **vs.** | |
| **Fireside California Group, Inc, Mario Juarez, an individual, American First Financial Corp, a California corporation, The Mario Juarez Selling Team (form of entity unknown) and Does 1 through 20 inclusive,** | |
| **Defendants.** | |

     Plaintiff Boyd Real Property LLC hereby files its Notice of Appeal of the Order Granting Summary Judgment to Dismissed Party Mario Juarez dated July 2, 2010 and the Order of the Court to Recall and Quash Write of Possession and Order Recalling Writ dated July 9, 2010.

Dated: July 16, 2010

                  By: _____
                        S. Raye Mitchell
                        Attorney for Plaintiff

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: RG10500488
Notification of Filing Notice of Appeal of 07/19/2010

# DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 1225 Fallon Street, Oakland, California.

Executed on 07/19/2010.

Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

Exhibit "3"



**FILED**
ALAMEDA COUNTY

JUL - 9 2010

CLERK OF THE SUPERIOR COURT
By _Vicki Daysell_

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| BOYD REAL PROPERTY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FIRESIDE CALIFORNIA GROUP, INC., MARIO JUAREZ, an Individual, AMERICAN FIRST FINANCIAL CORP., a California corporation, THE MARIO JUAREZ SELLING TEAM (form of entity unknown) and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. RG10-500488 <br> Sheriff's File No. 10- 7135 <br> ORDER QUASHING WRIT OF POSSESSION |

This matter came before the court EX-PARTE today for motion for stay.

Appearing for Plaintiff, Boyd Real Property, LLC, was S. Rae Mitchell, Esq. and appearing for dismissed defendant, Mario Juarez, was Erika Jordening, Esq.

The matter was argued and submitted.

It appearing to the Court that Terracotta LLC is an occupant of the real property that is the subject of this unlawful detainer and that the sole shareholder of Terracotta

1

LLC, Cecilia Mendez, may be a holdover tenant on a month to month basis after expiration of a term lease.

It further appearing to the court that Cecilia Mendez is the Debtor in a Bankruptcy proceeding in the Eastern District of California with the case file number of 2009-30142.

It further appearing to the court that Plaintiff has obtained a Writ of possession that will have the effect of dispossessing the bankrupt Debtor Cecilia Mendez individually and/or her business, Terracotta LLC from the premises described in this Unlawful Detainer.

It further appears to the court that relief from the Bankruptcy Stay has not been Ordered by the Bankruptcy Court.

Because of the above cited facts, the Writ of Possession in this matter is QUASHED, and Plaintiff and his counsel are ordered to refrain from seeking or obtaining any writ in this matter 1) without further Order of _this_ court, and 2) without having either received an Order granting relief from stay from the Bankruptcy Court or a notice of dismissal of the Bankruptcy Petition

Dated:  July 9, 2010

_Frank Roesch_

Frank Roesch
Judge of the Superior Court

2

## CLERK'S DECLARATION OF MAILING

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing ORDER QUASHING WRIT OF POSSESSION to be mailed first class, postage pre paid, in a sealed envelope to the persons hereto, addressed as follows:

S. Raye Mitchell, Esq.
1300 Clay Street, Suite 600
Oakland, CA  94612

Erika Jordening, Esq.
1376 De Solo Drive
Pacifica, CA  94044

I declare under penalty of perjury that the same is true and correct.
Executed on July 12, 2010

By: _Vicki Daybell_____
     Vicki Daybell, Deputy Clerk
     Department 31

Exhibit "4"



S.Raye Mitchell SBN 172664
Attorney At Law Making a New Reality Inc.
Clay Street, Suite 600
Oakland, CA 94612

Mario Juarez
4030A International Blvd.
Oakland, CA 94601

### SUPERIOR COURT OF CALIFORNIA
### COUNTY OF ALAMEDA
### RENE C DAVIDSON

Boyd Real Property

Plaintiff(s)

vs.

Fireside California Group, Inc. etal al

Defendant(s)

RG 0500488

Order to Recall and Quash Writ of Possesion

GOOD CAUSE APPEARING, THE COURT ON ITS OWN MOTION ORDERS, the Writ of Possession issued on July 1, 2010, to Alameda County be recalled and quashed due to clerical oversight.

Dated:  July 9, 2010

_____
Judge of the Superior Court

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served the foregoing document by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court procedure.

Dated: July 9, 2010   By _____ , Deputy Clerk

Exhibit "5"

```
*8627864*
```

1  S. Raye Mitchell SBN 172664
   Attorney at Law
2  Making a New Reality, Inc
3  1300 Clay Street, Suite 600
   Oakland, CA 94612
4  510.836.2097 (ph)/510.380.6531(fax)

5  Attorney for Plaintiff
6  Boyd Real Property LLC

FILED
ALAMEDA COUNTY

2010 JUL 22  PM 1:20

CLERK OF THE SUPERIOR COURT
BY _____ DEPUTY

7              Superior Court of State of California,

8                  County of Alameda

9                  Limited Jurisdiction

10 Boyd Real Property LLC,                    Case No.:  RG10500488

11            Plaintiff,              Appellant -Plaintiff Boyd Real Property
                                      LLC's Notice Designating Record on Appeal.
12       vs.

13 Fireside California Group, Inc, Mario      Notice Designating Clerk's Transcript

14 Juarez, an individual, American First

15 Financial Corp, a California corporation,

16 The Mario Juarez Selling Team (form of

17 entity unknown)

18 and Does 1 through 20 inclusive,

19       Defendants.

20

21          Appellant-Plaintiff Boyd Real Property LLC hereby files its Notice Designating Record

22 on Appeal/Notice Designating Clerk's Transcript:

23       Document Title and Description

24

25       a)     Notice of Appeal Filed July 16, 2010.

26       b)     Notice designating record on appeal Filed July 22, 2010.

27       c)     Register of actions or docket

28 Judgment or order appealed from

---

Plaintiff's Notice of Appeal.    1                      S. Raye Mitchell
                                                        1300 Clay Street, Suite 600

a).     Order Granting Summary Judgment July 2, 2010

b)      Order to Recall and Quash Writ of Possession July 9, 2010

c)      Order recalling Writ Filed July 9, 2010

I request that the clerk include the following documents from the superior court proceeding in the transcript.

Additional documents. (If you want any documents from the superior court proceeding in addition to the items listed in a. above to be included in the clerk's transcript, you must identify those documents here.)

a)      Complaint Unlawful Detainer filed 2/25/2010.

b)      Summons on Complaint Issued and Filed 2/25/2010

c)      Proof of Service on Complaint as to American First Financial Corp

d)      Proof of Service on Complaint as to Mario Juarez Selling Team Filed 3/02/2010

e)      Proof of Service on Complaint as to Mario Juarez, an individual Filed 3/02/2010

f)      Proof of Service on Complaint as to Fireside California Group, Inc Filed 3/02/2010.

g)      Entry of dismissal of Mario Juarez filed July 1, 2010.

h)      Notice of Entry of Judgment July 1, 2010.

Dated:  July 22, 2010

By:     _____
        S. Raye Mitchell
        Attorney for Plaintiff

Plaintiff's Notice of Appeal.    2

S. Raye Mitchell
1300 Clay Street, Suite 600

Attorney at Law
Attn: Mitchell, S. Raye
1300 Clay Street,
Suite 600
Oakland, CA   94612_____

Fireside California Group, Inc

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

Boyd Real Property

VS.

Fireside California Group, Inc

Plaintiff(s)

Defendant(s)

(Abbreviated Title)

Case No.  RG10500488

# NOTIFICATION OF FILING NOTICE OF APPEAL

TO EACH PARTY OR TO THE ATTORNEY(S) OF RECORD FOR EACH PARTY:

Please take notice that a Notice of Appeal was filed in the above-entitled action by:

Boyd Real Property

APPEAL FILED: 07/16/2010

THIS NOTICE IS GIVEN PURSUANT TO CALIFORNIA RULE OF COURT 8.821(d).

NOTE:  Pursuant to CRC 8.821(b) and 8.821(c)(2) this appeal may be dismissed within 15 days
of this notice if the filing fee is not paid.

Dated:  07/19/2010

Executive Officer / Clerk of the Superior Court

By  *J. Ajamu.*

Deputy Clerk

| SHORT TITLE:<br>Boyd Real Property VS Fireside California Group, Inc | CASE NUMBER:<br>RG10500488 |
|---|---|

ADDITIONAL ADDRESSEES

Law Offices of Erika Jordening
Attn:  Jordening, Erika
331 Philip Dr.
#101
Daly City, CA   94015

Exhibit "6"

FILED

October 04, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002975596

S. R. Mitchell (SBN 172664)
Attorney at Law
The Making a New Reality, Inc
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
Attorney for Boyd Real Property LLC and Inyoung Boyd

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**CECILIA MENDEZ**<br><br>      Debtor(s), | Civil Case No.: 09-30142<br><br>Chapter 11<br><br>D.C. No. SRM-3<br><br>Motion for Relief from Automatic Stay. |
| BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual,<br><br>      Movant(s)<br><br>vs.<br><br>CECILIA MENDEZ, Debtor<br>      Respondent(s) | LBR 4001-1 and 9014-1(f)(2)<br><br>Date:    October 13, 2010<br>Time:    10:00 a.m.<br>Judge:    Hon. Robert S. Bardwell<br><br>Ctrm:    34<br>501 "I" Street Room 7-500<br>Sacramento, CA 95814 |

TO THE RESPONDENTS NAMED ABOVE:

    Boyd Real Property LLC, a California limited liability company, and Inyoung Boyd, an

individual (hereinafter "Movants"), potential creditors of the above-entitled Debtor in the above-

referenced matter, respectfully represents as follows:

### RELIEF FROM STAY-CAUSE
### FAILURE TO MAKE PAYMENTS

    1.    This court has jurisdiction over the subject matter of this Motion pursuant to the

provisions of 28 United States Code §§ 157 and 11 United States Code § 362.

2.        On or about December 23, 2004, the real property owner Mason Au ("Property Owner") of commercial office space located at 4030A International Blvd, Oakland, CA ("Premises") executed a three (3) year written lease agreement ("Original Lease") between Property Owner and Fireside California Group, Inc, a California corporation ("Fireside"). **Cecilia Mendez, aka Cecilia Mendez-Olmos executed the agreement in her capacity as Officer and President of Fireside California Group, Inc.**

2.     In Dec 2004, Cecilia Mendez aka Cecilia Mendez-Olmos executed a Personal Guaranty of Lease on or about the same date as execution of the Original Lease ("Guaranty"). The lease and the Guaranty expired in Feb. 2008.

3.     In and about February 2008, Boyd Real Property LLC ("BRP") purchased the Premises and became the successor in interest and Property Owner. At the time of the transfer of ownership interest, BRP entered into an oral agreement with Fireside California Group, Inc, by and through its CEO Mario Juarez, Mario Juarez, an individual and "The Mario Juarez Selling Team" ("The New Tenants"). The terms of the agreement mirrored the Original Lease.

4.     BRP never entered into any lease agreements with Cecilia Mendez or Cecilia Mendez Olmos or her company Terracotta LLC.

5.     BRP entered into an oral agreement for month-to-month rental of commercial property with Mario Juarez, an individual, The Mario Juarez Selling Team and Fireside California Group, Inc.  The only interactions between Debtor and Movants have been in her capacity as agent/employee of *The Mario Juarez Selling Team*.

6.     Debtor alleges that she is the sole member of Terracotta LLC, a California limited liability company.  Debtor further alleges that Terracotta LLC is a tenant in possession the property at 4030A International Blvd, Oakland, CA 94601.  Terracotta LLC is not in bankruptcy

2.                                                              1300 Clay Street Suite 600 Oakland, CA 94612

and not subject to the jurisdiction of this court and the automatic stay under 28 USC § 157 and 11 USC § 362.

7.      Movants deny that they have entered any oral or written agreements with Debtor or her company Terracotta LLC for the rental of the real property located at 4030A International Blvd.

8.      Movants filed an unlawful detainer action in Alameda County Superior Court Case No. *Boyd Real Property vs. Fireside California Group, et al Case No. RG10500488* on February 25, 2010 ("State Court Action").

9.      Debtor filed a declaration under oath in the State Court Action.  Debtor alleged that she is a tenant at the Premises and then alleged that her company, Terracotta LLC, is the tenant on the Premises.  See Declaration of S. Raye Mitchell filed September 27, 2010.

10.     On July 1, 2010, Movant obtained a **Judgment for Restitution of the Premises** as to the tenants and all occupants (which includes Debtor and her company Terracotta LLC to the extent she alleges she and her company are occupants of the Premises).  See Declaration of S. Raye Mitchell filed September 27, 2010.

11.     No person or company or any occupant of the Premises, including Cecilia Mendez and her company, Terracotta LLC have paid any rent on the property and the rent and arrears approach **$ 100,000.00**.

12.     Despite the fact that Debtor now denies she is the tenant, admits that her company Terracotta LLC is not in bankruptcy proceedings, and acknowledges that neither Debtor nor her company have paid any rent, the bankruptcy proceedings of Cecilia Mendez have been used to block execution of a Writ of Possession.  Debtor has not filed any notices with the State Court renouncing the use of her bankruptcy proceedings to block execution of the Judgment for Restitution of Premises.  Based on the statements of Debtor and others, the State Court has

3

1  blocked execution of the Judgment for Restitution of the Premises based on the bankruptcy status

2  of the Debtor.

3  13.    **Movants require an Order for Relief From Automatic Stay to recover possession of**

4

5  **the Premises pursuant to the Judgment for Restitution of Premises issued July 1, 2010.**

6  14.    Movant submits that "cause" exists for relief from the automatic stay based on a) the

7  absence of any landlord-tenant relationship between Movants and Debtor, b) the unlawful

8  occupation by debtor and all others as to the Premises, and c) the lack of payment by the Debtor

9  of monthly rent since February 2010 as an occupant of the Premises pursuant to 11 USC §

10  362(d)(1).  Accordingly, as the debtor has failed to make any payments and continues to occupy

11  the Premises and the State Court requires an order from relief from automatic stay to regain

12

13  possession from the occupants, Movants are entitled to relief from the automatic stay pursuant to

14  11 USC 362(d)(1).

15  15.    If Movants are not granted a relief from the automatic stay, Movants will continued to

16  suffer irreparable injury, loss and damages as no occupant or the Debtor are paying any rent and

17

18  fees for the property.  The amount in arrears is approaching $ 100,000.00.

19  

**RELIEF FROM STAY-CAUSE**
**DEBTOR MAY BE NAMED AS INDISPENSIBLE DEFENDANTS**
**IN FEDERAL CASE FOR TRESPASS AND FRAUD.**

20

21

22  16.    Movants have filed an action the United States District Court Northern California,

23  naming several defendants in possession of the Premises in a complaint ("Federal Case"). **Boyd**

24  **Real Property vs. Mario Juarez, et al, The Unites States District Court, Northern District,**

25  **C10-03142 THE**. No judgment has been rendered in this matter.

26

27  17.    Debtor is a seeking to name Debtor personally and her alleged entity Terracotta LLC as

28  defendants in the Federal Case.  Defendants that have appeared in the case allege that Debtor

Cecilia Mendez and her company Terracotta LLC are indispensible defendants in the case.

4                                    1300 Clay Street Suite 600 Oakland, CA 94612

Movants have responded to an Order to Show Cause as to the implications of moving forward when there are bankruptcy proceedings pending. No other defendants in the Federal Case are in bankruptcy and the court reference to bankruptcy proceedings stem from the interjection and declaration Debtor's legal counsel Lewis Phon who filed a declaration is the matter appearing to allege that Terracotta LLC, the company of Debtor is under the jurisdiction of this bankruptcy court. See Declaration of S. Raye Mitchell filed September 27, 2010.

18.     Movants submits that an Order From Relief From Automatic Stay will enable the Federal Case to proceed with or without the Debtor. Movants will suffer irreparable injury, loss, expense and delay if its Federal Case is stayed pending the Debtor's bankruptcy proceedings, when Debtor has not been named as a defendant.

        WHEREFORE, Movants respectfully pray for an Order of this court as follows:

        1.      Terminating the automatic stay of 11 USC § 362, as it applies to Alameda county Superior Court Case No RG10500488.

        2.      Terminating the automatic stay of 11 USC § 362, as it applies to USDC Case No. C10-04207 THE in the event it is determined that Debtor is an indispensible defendants in that matter.

        3.      That the 14-day stay described by Bankruptcy Rule 4001 (a)(3) be waived;

        4.      An award of attorney fees and costs in the amount of $ 1425.00 (attorney fees) and costs of $ 150.00 pursuant to the Declaration of S. Raye Mitchell as Movants sought a Stipulation form Debtor to avoid the cost of this motion and debtor's counsel declined, and debtor does not deny that she is on the property, that there is a Judgment for Restitution and that this request for an Order for Relief From Stay is necessary to remove Debtor and or her company, who have refused to leave the property (California Civil Code § 3334), and

        5.      For such other and further relief as the court deems just and proper.

Dated:      October 4, 2010

                                By:   /s/ S. Raye Mitchell
                                Attorneys for Boyd Real Property LLC and
                                Inyoung Boyd

5                                             1300 Clay Street Suite 600 Oakland, CA 94612

Exhibit "7"

FILED

October 05, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002978835

1    S. R. Mitchell (SBN 172664)
     Attorney at Law
2    The Making a New Reality, Inc
3    1300 Clay Street Suite 600
     Oakland, CA 94612
4    510.836.2097 (ph)/510.380.6531 (fax)
     raye@ichope2.com
5    Attorney for Boyd Real Property LLC and Inyoung Boyd
6
                   IN THE UNITED STATES BANKRUPTCY COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| In re | Civil Case No.: 09-30142 |
|-------|--------------------------|
| CECILIA MENDEZ | Chapter 11 |
| Debtor(s), | D.C. No. SRM-4 |
| BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual, | Application for Order Shortening Time on Motion for Order for Relief From Automatic Stay. LBR 9014 (f)(3) |
| Movant(s) | Requested Date:    October 13, 2010 Requested Time:    10:00 a.m. |
| vs. | Judge:    Hon. Robert S. Bardwell |
| CECILIA MENDEZ, Debtor Respondent(s) | Ctrm:    34 501 "I" Street Room 7-500 Sacramento, CA 95814 |

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

        Boyd Real Property, LLC, a California limited liability company, and Inyound Boyd, an

individual, ("Movants") by and through its counsel, respectfully seeks an Order Shortening Time

for notice on the below motion based on the request of Movants' counsel in open Court on

September 29, 2010 and so granted subject to filing this application:

1 Application for Order Shortening Time                    1300 Clay Street Suite 600 Oakland, CA 94612

1.    TITLE OF MOTION: Motion for Order for Relief From Automatic Stay.

2.    RELIEF SOUGHT BY MOTION:    Order Terminating the automatic stay of 11 USC § 362, as it applies to Alameda County Superior Court Case No RG10500488 ("State Case") and Terminating the automatic stay of 11 USC § 362, as it applies to USDC Case No. C10-04207 THE ("Federal Case")

3.    REASON FOR REQUEST: To terminate the automatic stay to enable the Movants to complete execution of the Writ of Possession for the real property located at 4030A International Blvd Oakland, CA in the State Case from all occupants including Debtor Cecilia Mendez and to name Debtor Cecilia Mendez as a defendant in the Federal Case if it is deemed that she is an indispensable defendants in the matter.

4.    DATE REQUESTED: October 13, 2010 at 10:00 a.m., in Sacramento, CA.

WHEREFORE, Movants request that this Court enter its Order as follows:

1.    That this Application be granted.

2.    That the time for notice on the Motion be shortened so that it may be heard on October 13, 2010 at 10:00 a.m. in Sacramento.

3.    That the notice of this application and the request in open court on September 29, 2010 shall satisfy the notice requirements upon Debtor and her counsel.

4.    For such other relief as is just and proper.


Dated: October 5, 2010                    S. Raye Mitchell


                                          /s/  S. Raye Mitchell (SBN 172664)

                                          S. Raye Mitchell
                                          Attorney for Boyd Real Property LLC
                                           and Inyoung Boyd

Exhibit "8"

  

*8766935*

**CH-100** | **Request for Orders to Stop Harassment**

**Clerk stamps date here when form is filed.**

# FILED
ALAMEDA COUNTY

SEP 2 2 2010

CLERK OF THE SUPERIOR COURT
By _Loretta _____
                                    Deputy

① Your name (person asking for protection):
Mario R. Juarez

Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):

4030 International Blvd, Suite A
City: Oakland _____ State: ca Zip: 94601
Your telephone number (optional): ( 510 ) 532-1111
Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):

*Fill in court name and street address:*
**Superior Court of California, County of**

SUPERIOR COURT OF CALIFORNIA
RENE C DAVIDSON COURTHOUSE
1225 FALLON ST., ROOM 250
OAKLAND, CA 94612

*Court fills in case number when form is filed.*
**Case Number:**
RG 10 537626

② Name of person you want protection from:
Sandra Raye Mitchell

Describe the person: Sex: ☐ M ☑ F Weight: 300 lbs
Height: 5'6" Race: Black Hair Color: Black
Eye Color: Black Age: 45 Date of Birth: unk
Home Address (if you know): 2168 Longview Drive
City: San Leandro _____ State: CA Zip: 94577
Work Address (if you know): 1300 Clay Street, #600
City: Oakland _____ State: ca Zip: 94612

③ Besides you, who needs protection? (Family or household members)

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

④ Why are you filing in this court? (Check all that apply):
☑ The person in ② lives in this county.
☑ I was hurt (physically or emotionally) by the person in ② here.
☐ Other (specify): _____

⑤ How do you know the person in ②? (Describe):
She is opposing counsel in a legal matter for the property owner where I work.

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

Your name: Mario R. Juarez                                    Case Number:

⑥ Describe how the person in ② has harassed you:
 a. Date of most recent harassment: 09/21/2010
 b. Who was there? Luis Aldana, Jose Ontiveros, Cecilia Mendez & Jennifer Juarez, Jimena Olmos

 c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
  ☑ Yes   ☐ No
  *If yes, describe those acts or threats:* Last night while at my place of employment she punched me with a closed fist in the head in front of Luis Aldana.

 d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☑ Yes  ☐ No
  *If yes, describe:* Yes, she has been engaging in a pattern of conduct of harrassment for many months an she is causing me excessive worry and stress and she is fully aware that I am represented by counsel yet she still continues to harass me at my place of employment.

 e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No
  ☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.*

## Check the orders you want ☑

⑦ ☑ **Personal Conduct Orders**
  I ask the court to order the person in ② to not do the following things to me or anyone listed in ③ :
  a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
  b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
  The person in ② will also be ordered not to take any action to get the addresses or locations of any protected persons, their family members, or their caretakers unless the court finds good cause not to make the order.

⑧ ☑ **Stay-Away Orders**
  I ask the court to order the person in ② to stay at least *(specify):*   100   yards away from me and the people listed in ③ and the places listed below: *(Check all that apply):*
  a. ☑ My home                          d. ☑ My vehicle
  b. ☑ My job or workplace              e. ☐ Other *(specify):* _____
  c. ☑ My children's school or child care

  If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☑ Yes ☐ No
  *If no, explain:* _____
  _____
  _____
  _____

**This is not a Court Order.**

 

Your name: Mario R. Juarez

Case Number: _____

**(9) ☑ Others to Be Protected**

Should the other people listed in ③ also be covered by the orders described above?

☐ Yes  ☐ No  ☑ Does not apply

*If yes, explain:* _____

_____

_____

**(10) Order About Guns or Other Firearms**

I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**(11) ☑ Other Orders**

I ask the court to order the person in ② to *(specify):* I am requesting that S. Raye Mitchell be ordered not to engage in self help by locking me out of my place of employment including the parking lots.

_____

**(12) ☑ Temporary Orders**

Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes ☐ No

*If yes, explain why you need these orders right now:* Because she will not stop harassing me without this order. She has established a pattern of conduct of harassing me for many months now.

_____

_____

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**(13) Delivery of Orders to Law Enforcement**

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: Oakland Police Department

Address: 455 7th Street

City: Oakland    State: ca    Zip: 94607

b. Name of Agency: Alameda County Sheriff

Address: 1221 Fallon St,

City: Oakland    State: Ca    Zip: 94612

**(14) ☐ Other Court Cases**

Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes ☑ No

*If yes, specify the counties and case numbers if you know them:* _____

_____

**This is not a Court Order.**

Your name: Mario R. Juarez

Case Number:

**(15)** ☑ **Time for Service**

You must have your papers personally served on (notify) the person in ②at least 5 days before the hearing, unless the court orders a different time for service. (Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.) If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____

_____

_____

**(16)** ☑ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ②has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☐ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ②about the orders for free because:

a. ☐ My request for orders is based on stalking; or

b. ☐ My request for orders is based on a credible threat of violence; or

c. ☐ I am entitled to a fee waiver.

(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)

**(18)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☐ Lawyer's fees

b. ☐ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: _____

Date: _____

_____          ▶ _____
Lawyer's name                                 Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 09/22/2010

Mario R. Juarez                              ▶ _____
Type or print your name                        Sign your name

**This is not a Court Order.**

Exhibit "9"

**CH-120**

## Notice of Hearing and Temporary Restraining Order

**Clerk stamps date here when form is filed.**

**(1) Name of person asking for protection:**
Mario R Juarez

**Address** *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
4030 International Blvd Suite A

City: Oakland          State: CA   Zip: 94601

Your telephone number *(optional):* ( 510 ) 532 1111

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

**Fill in court name and street address:**

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

*Court fills in case number when form is filed.*

**Case Number:**
RG10537626

**(2) Name of person to be restrained:**
Sandra Raye Mitchell

Description of that person:

| | |
|---|---|
| Sex: ☐ M  ☑ F   Height: 5'6   Weight: 300   Race: Black | |
| Hair Color: Black   Eye Color: Black   Age: 45   Date of Birth: | |

Home Address *(if known)*: 2168 Longview Drive
City: San Leandro          State: CA   Zip: 94577
Work Address *(if known)*: 1300 Clay Street # 600
City: Oakland          State: CA   Zip: 94612

### To the person in ②:

**(3) Notice of Hearing**
**A court hearing is scheduled on the request for orders against you to stop harassment:**

**Hearing Date →** Date: 10/12/2010   Time: 9:00am   Name and address of court if different from above:
Dept.: 102   Rm.: _____   661 Washington Street
Oakland, CA 94607

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4) Court Orders**
The court *(check a or b):*
a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.
b. ☑ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

### This is a Court Order.

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**   CH-120, Page 1 of 4   →



Your name: Mario R Juarez

Case Number: RG10537626

## Temporary Orders Against the Restrained Person

*(Write the name of the person in ②):* Sandra Raye Mitchell

**The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.**

⑤ ☑ **Personal Conduct Orders**
   You must not do the following things to the people listed in ① and ⑩:
    ☑ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
    ☑ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.
    ☐ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

⑥ ☑ **Stay-Away Order**
   You must stay at least *(specify):* ___100___ yards away from:
    a. ☑ The person listed in ①
    b. ☐ The people listed in ⑩
    c. ☑ The home of the persons in ① and ⑩
    d. ☑ Jobs or workplaces of the persons in ① and ⑩
    e. ☑ Vehicle of person in ①  ☐ Vehicles of persons in ⑩
    f. ☑ The protected children's school or child care
    g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

⑦ **No Guns or Other Firearms**
You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

⑧ **Turn In or Sell Guns or Firearms**
You must:
* Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
* File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

⑨ ☑ **Other Orders** *(specify):* _____

Not engage in self help by locking or blocking access to Petitioner's place of employment and the parking area and the warehouse area.

**This is a Court Order.**



Your name: Mario R Juarez

Case Number:
RG10537626

**(10)** ☐ **Other Protected Persons**

List of the full names of all family or household members protected by these orders:

_____

_____

_____

## Instructions for the Protected Person

**To the person in ①:** *(Write the name of the person in ①):* Mario R Juarez

**(11)** **Service of Order on Law Enforcement**

If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:          Address (City, State, Zip)

_____     _____

_____     _____

_____     _____

**(12)** **Service of Documents**

You must have someone personally deliver to the person in ② a copy of all the documents checked below:

a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)

b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)

c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)

d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)

e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*

f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**(13)** **Time for Service** *(check a, b, or c)*

a. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.

b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.

c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least _____ days before the hearing.

**(14)** ☑ **No Fee for Filing**

Filing fees are waived.

**This is a Court Order.**

Your name: Mario R Juarez

Case Number:
RG10537626

**⑮** ☑ **No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.
b. ☑ The Order is based on a credible threat of violence.
c. ☐ The person in ① is entitled to a fee waiver.

Date: 09/23/2010

_Taylor R Culver_
digital

► _____
_Judicial Officer_

### Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to _www.courtinfo.ca.gov/forms_ for _Request for Accommodations by Persons With Disabilities and Order_ (Form _MC-410)._ (Civil Code, § 54.8.)



_(Clerk will fill out this part.)_
—**Clerk's Certificate**—

I certify that this _Notice of Hearing and Temporary Restraining Order_ is a true and correct copy of the original on file in the court.

Date: SEP 2 3 2010    Clerk, by _____, Deputy

### This is a Court Order.