Sara B. Allman, Esq. CSB #107932
■Allman & Nielsen, P.c.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendants
MARIO JUAREZ, INDIVIDUALLY, AND
ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM,
EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boyd Real Property LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>The Mario Juarez Selling Team (form of entity unknown); Mario Juarez, an individual; The Neal Juarez LLC, a California limited liability company; Verdes Bio Fuel Company (form of entity unknown): American First Financial Corp. a California corporation; Fireside California Group, a California corporation; Francis Mable Nunez, an individual; Erika Jorndening, an individual; Edwin Ramirez, an individual; Jimena Olmos, an individual; Jennifer Juarez, an individual; Jose Ontiveros, an individual; Dario Laza, an individual, Fernando "El Carinoso" Martinez; an individual, Will Jimenez, an individual, Adelberto "TITO" Gutierrez, an individual, Bernardo | Case No.: 3:10-cv-03142-TEH<br><br>**DECLARATION OF SARA B. ALLMAN IN SUPPORT OF OPPOSITION OF MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

DECLARATION OF SARA B. ALLMAN IN SUPPORT OF OPPOSITION OF MARIO JUAREZ, THE MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Villafuerte, an individual, Carmen Acosta, an individual, Delia Dorantes, an individual, Eleyna Felix, an individual, Enedina "Dina" Munguia, an individual, Ezequiel Zarate, an individual, Frank Coelle, an individual, Gaberiel Ortiz, an individual, Irma Reynoso, an individual, Johnathan Izazaga, an individual, Rosa Valencia, an individual, Rosalia Negron, an individual, Sonia Dominguez, an individual, Stephanie Candevan, an individual, Sue Mei, an individual, Wilfred Negron, an individual Does 1-10.,

Defendants.

I, Sara B. Allman, do declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am President of Allman & Nielsen, P.C., the attorneys representing defendants MARIO JUAREZ, INDIVIDUALLY, AND ERRONEOUSLY SUED HEREIN AS MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS in this action;

2. The following facts are known to me based on my personal knowledge, other than those matters stated upon information and belief, and as to those matters, I am informed and believe that they are true.

3. On or about September 10, 2010, I reviewed plaintiff's Reply Memorandum In Support of Application for TRO (Doc. 26, p. 4, fn 1) and learned for the first time that plaintiff claimed to have appealed the July 9, 2010 order quashing the writ of possession in Alameda County Superior Court case no. RG10500488.

4. I thereafter secured a copy of the Alameda County Court's file in RG10500488 and received and reviewed it on or about September 27, 2010.

5. A true and correct copy of Plaintiff Boyd Real Property LLC's Supplemental Exhibit in Opposition to Ex Parte Application of Dismissed Defendant Mario Juarez filed July 13, 2010 in RG10500488 is attached to defendants' Request for Judicial Notice

DECLARATION OF SARA B. ALLMAN IN SUPPORT OF OPPOSITION OF MARIO JUAREZ, THE MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

("RJN") as Exhibit "1." In this document plaintiff's counsel, Ms. Mitchell, on July 9, 2010 presented to the Alameda Superior Court a document Ms. Mendez had filed in the Bankruptcy Court entitled "Ex Parte Application To Employ Lewis Phon as Attorney for the Estate," in which Ms. Mendez stated that Terracotta, LLC was the tenant of the subject premises and that she (Ms. Mendez) was an employee of Terracotta, LLC at the subject premises (Exhibit 1., p. 3:1-4) The document also revealed that Ms. Mendez had filed for bankruptcy. (Exhibit 1, p. 1:23-26.)

6. A true and correct copy of Plaintiff Boyd Real Property LLC's Notice of Appeal to Alameda County Superior Court Appellate Division is attached to defendants' RJN as Exhibit "2." The Notice of Appeal was filed on July 16, 2010 in RG10500488 and purports to appeal from a July 2, 2010 order granting Mario Juarez summary judgment and two orders of July 9, 2010 quashing the writ of possession.

7. A true and correct copy of the file-endorsed Order Quashing Writ of Possession filed July 9, 2010 is attached to defendants' RJN as Exhibit "3."

8. A true and correct copy of the un-filed Order to Recall and Quash Writ of Possession is attached to defendants' RJN as Exhibit "4."

9. A true and correct copy of Appellant-Plaintiff Boyd Real Property LLC's Notice of Designating Record on Appeal is attached to defendants' RJN as Exhibit "5." In this Notice, plaintiff identifies the two orders of July 9, 2010 (Exhibits 3 and 4) as orders appealed from. (RJN Exhibit 5, p, 2:2-4.)

10. I have reviewed the docket in Ms. Mendez's bankruptcy proceeding. A true and correct copy of the Motion for Relief from Automatic Stay filed by Boyd on October 4, 2010 is attached to defendants' RJN as Exhibit "6." In the Motion for Relief from Stay, plaintiff requests that the automatic bankruptcy stay be lifted as to both the state and federal court cases. I am informed and believe the hearing is set for October 13, 2010.

11. A true and correct copy of plaintiff's Application for Order Shortening Time on Motion for Order for Relief from Automatic Stay is attached to defendants' RJN as Exhibit "7."

**DECLARATION OF SARA B. ALLMAN IN SUPPORT OF OPPOSITION OF MARIO JUAREZ, THE MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

12.   I am informed and believe that plaintiff's counsel, Ms. Mitchell, went to the subject premises on September 21, 2010 and attempted to lock the occupants out of part of the subject premises. A true and correct copy of the Request for Orders to Stop Harassment and Notice of Hearing and TRO Mario Juarez filed against plaintiffs counsel, Ms. Mitchell, on September 22, 2010 are attached to defendants' RJN, respectively, as Exhibits "8" and "9."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 12, 2010 at Larkspur, California.

_____

Sara B. Allman

---

DECLARATION OF SARA B. ALLMAN IN SUPPORT OF OPPOSITION OF MARIO JUAREZ, THE MARIO JUAREZ SELLING TEAM, EDWIN RAMIREZ, JENNIFER JUAREZ, AND JIMENA OLMOS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-