UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** Thelton E. Henderson

**Date**: November 1, 2010

**Case No:** C 10-03142 TEH

**Case Title**: BOYD REAL PROPERTY LLC v. THE MARIO JUAREZ SELLING TEAM

**Appearances:**

    For Plaintiff(s): S. Raye Mitichell

    For Defendant(s): Sara Allman

**Deputy Clerk**: Tana M. Ingle     **Court Reporter**: No Reporter
**Time in Court:** 45 minutes

## *PROCEEDINGS*

1. Initial Case Management Conference - Held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 (X) Continued to: **Monday, 03/14/11 at 1:30 pm for Further CMC.**

## *SUMMARY*

Parties shall file a joint case management statement 7 days prior to the next hearing.